IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02417

ASSOCIATION OF HOME APPLIANCE
MANUFACTURERS,

        Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the
Colorado Department of Public Health & Environment
(CDPHE),

JEFF LAWRENCE, Director of the Environmental Health
and Sustainability Division of the CDPHE, and

PHIL WEISER, Colorado Attorney General,

        Defendants.

## DECLARATION OF DIANE J. DUERO

I, Diane J. Duero, declare and state as follows:

    1.    I am an Of Counsel attorney at Wheeler Trigg O'Donnell LLP. I am over 21 years of age, of sound mind, and competent to testify.

    2.    All transcripts for legislative hearings attached to this declaration were obtained by first locating the official audio recording of the hearing from the Colorado General Assemblies' website at https://sg001-harmony.sliq.net/00327/Harmony/en/View/UpcomingEvents . I then asked my paralegal to hire a court reporter to transcribe each audio file. The transcripts attached to this declaration are exact

copies of the transcripts received from the court reporter. Each transcript includes a Transcriber's Certificate certifying that the transcript is correct to the best of the court reporter's knowledge and belief.

3. Attached as **Exhibit A** is a true and correct copy of the transcript of the Hearing on HB25-1161 Before the Senate Committee on Transportation and Energy on March 26, 2025.

4. Attached as **Exhibit B** is a true and correct copy of Aaron Regunberg, *Taking on "Now We're Cooking With Gas": How a Health-First Approach to Gas Stove Pollution Could Unlock Building Electrification*, Harv. Envtl. L. Rev. (August 29, 2022), https://journals.law.harvard.edu/elr/2022/08/29/taking-on-now-were-cooking-with-gas-how-a-health-first-approach-to-gas-stove-pollution-could-unlock-building-electrification/.

5. Attached as **Exhibit C** is a true and correct copy of Nate Seltenrich, *Clearing the Air: Gas Stove Emissions and Direct Health Effects*, Envtl. Health Perspectives 132(2):022001-02 (February 28, 2024), https://pmc.ncbi.nlm.nih.gov/articles/PMC10901287/). This article is cited on the CDPHE's new website regarding Health Impacts of Gas-Fueled Stoves, https://cdphe.colorado.gov/health-impacts-of-gas-fueled-stoves, at note 5 in the Bibliography. A PDF of this CDPHE website is attached as Exhibit O to the Cassady Declaration.

6. Attached as **Exhibit D** is a true and correct copy of U.S. Government Accountability Office, *Gas Stoves: Risks and Safety Standards Related to Products and Ventilation*, GAO-25-107514, 3 (March 14, 2025), https://www.gao.gov/assets/880/876258.pdf.

7. Attached as **Exhibit E** is a true and correct copy of Brady Seals, Rocky Mountain Institute, *Indoor Air Pollution: the Link between Climate and Health* (May 5, 2020), https://rmi.org/indoor-air-pollution-the-link-between-climate-and-

health/#:~:text=May%205%2C%202020,%2C%20industry%2C%20and%20power%20generation.

8. Attached as **Exhibit F** is a true and correct copy of Ari Natter, *US Safety Agency to Consider Ban on Gas Stoves Amid Health Fears*, Bloomberg (Jan. 9, 2023), https://www.bloomberg.com/news/articles/2023-01-09/us-safety-agency-to-consider-ban-on-gas-stoves-amid-health-fears.

9. Attached as **Exhibit G** is a true and correct copy of Ronny Jackson (@RonnyJacksonTX), X (Jan. 10, 2023, 8:52 AM), https://x.com/RonnyJacksonTX/status/1612839703018934274.

10. Attached as **Exhibit H** is a true and correct copy of Maxine Joselow & Vanessa Montalbano, *Gas stove pollution causes 12.7% of childhood asthma, study finds*, Washington Post (Jan. 6, 2023), https://www.washingtonpost.com/politics/2023/01/06/gas-stove-pollution-causes-127-childhood-asthma-study-finds/.

11. Attached as **Exhibit I** is a true and correct copy of Breanne Deppisch, *What to know about the study behind the push to ban gas stoves*, Washington Examiner (Jan. 11, 2023), https://www.washingtonexaminer.com/news/209154/what-to-know-about-the-study-behind-the-push-to-ban-gas-stoves/.

12. Attached as **Exhibit J** is a true and correct copy of Nigel Bruce et. al., *WHO Indoor Air Quality Guidelines: Household Fuel Combustion Review 4: health effects of household air pollution (HAP) exposure*, at 76 (2014).

13. Attached as **Exhibit K** is a true and correct copy of HB25-1161 as introduced on February 3, 2025. This bill text was downloaded from the General Assembly's website at https://leg.colorado.gov/bills/hb25-1161.

14. Attached as **Exhibit L** is a true and correct copy of a transcript for the Hearing on HB25-1161 Before the House Committee on Energy and the Environment on February 19, 2025.

15. Attached as **Exhibit M** is a true and correct copy of 350 Colorado web page, https://350colorado.org/.

16. Attached as **Exhibits N1 and N2** are true and correct copies of Amendments L.003 and L.004 from the General Assembly's website at https://leg.colorado.gov/bills/hb25-1161.

17. Attached as **Exhibit O** is a transcript of the Hearing on HB25-1161 on Second Reading in the Committee of the Whole on February 28, 2025.

18. Attached as **Exhibit P** is a true and correct copy of Amendment L.011.

19. Attached as **Exhibit Q** is a true and correct copy of the transcript of the Hearing on HB25-1161 on Final Passage in the House on April 11, 2025.

20. Attached as **Exhibit R** is a true and correct copy of Erin Skibbens, Public Interest Research Group, *It's time to reconsider cooking with gas* (October 14, 2021), https://pirg.org/articles/its-time-to-reconsider-cooking-with-gas/#:~:text=The%20Zero%2DEmission%20Homes%20Act%20can%20help%20Americans%20make%20the%20switch%20to%20electric%20cooking.

21. Attached as **Exhibit S** is a true and correct copy of Consumer Product Safety Commission, Request for Information on Chronic Hazards Associated With Gas Ranges and Proposed Solutions, No. CPSC–2023–0009, 88 Fed. Reg. 44 (March 7, 2023).

22. Attached as **Exhibit T** is a true and correct copy of the transcript of the Hearing on HB25-1161 on Final Reading in the Senate on April 7, 2025.

23. Attached as **Exhibit U** is a true and correct copy of the United States Consumer Product Safety Commission, Minutes of Commission Meeting Decisional Matter: Fiscal Year 2023 Operating Plan (Oct. 26, 2022), https://www.cpsc.gov/s3fs-public/Commission-Meeting-Minutes-FY-2023-Operating-Plan_0.pdf?VersionId=wiJw89I902pxZ_6C.Zz08whJ6l6.9fo5.

24. I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Signed this 5th day of August, 2025.

*s/ Diane J. Duero*
Diane J. Duero