# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No. 1:25-cv-02417-SKC-KAS

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS,

    Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado Department of Public Health & Environment (CDPHE), in her official capacity;
JEFF LAWRENCE, Director of the Environmental Health and Sustainability Division of the CDPHE, in his official capacity; and
PHIL WEISER, Colorado Attorney General, in his official capacity,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE AND ACCEPTING STIPULATION TO TEMPORARILY STAY ENFORCEMENT

Having reviewed the parties' Joint Motion to Set Briefing Schedule and Hearing and Stipulation to Temporarily Stay Enforcement (Motion), and being fully apprised of the grounds therein, including the parties' stipulations set forth in the Motion, the Court ORDERS as follows:

1. Plaintiff's deadline to file a renewed Motion for a Preliminary Injunction is **August 19, 2025**.

2. Defendants' deadline to respond to the Motion for a Preliminary Injunction is **September 30, 2025**.

3. Plaintiff's deadline to reply in support of the Motion for a Preliminary Injunction is **October 21, 2025**.

4. Limited expert discovery, consisting of depositions of any experts used in connection with the Motion for a Preliminary Injunction, shall be concluded on or before **October 21, 2025**.

5. The Scheduling Conference set for September 22, 2025, is **vacated**.

6. All case management and initial disclosure deadlines arising under Rule 16 or Rule 26 are **stayed** pending resolution of the forthcoming Motion for a Preliminary Injunction.

7. The Attorney General agrees not to, and shall not, initiate any enforcement actions under the CCPA for alleged violations of section 25-5-1602 that occurred or may occur on or before 14 days after the date the Court issues a ruling on Plaintiff's forthcoming renewed Motion for a Preliminary Injunction.

The Court will set a hearing on the anticipated Motion for a Preliminary Injunction after briefing is completed on the Motion.

DATED: August 13, 2025

BY THE COURT,

S. Kato Crews
United States District Judge