# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02417

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS,

       Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado
Department of Public Health & Environment (CDPHE),

JEFF LAWRENCE, Director of the Environmental Health and
Sustainability Division of the CDPHE, and

PHIL WEISER, Colorado Attorney General,

       Defendants.

---

## DECLARATION OF DR. STACEY BENSON, PH.D.

---

## I.    QUALIFICATIONS AND BACKGROUND

I, Stacey M. Benson, hereby state as follows:

    1.    I am an epidemiologist with 20 years of professional experience conducting, analyzing, and interpreting scientific data using well-accepted scientific methodology. My areas of expertise include environmental epidemiology, occupational epidemiology, respiratory protection, and clinical research.

    2.    I earned my bachelor's degree in Physics from St. Lawrence University in 2000, my master's degree in Exercise Physiology from The University of Pittsburgh in 2005, and my doctoral degree in Epidemiology from The University of Pittsburgh in 2014.

3.      I was employed as an Associate Service Fellow at the National Institute for Occupational Safety and Health in their National Personal Protective Technology Laboratory. I was responsible for conducting clinical research and recording anthropometric data. This research led to the development of the current standard standard ISO headforms that are used in the development of personal protective equipment for the head and face. I have also held positions as a special lecturer and laboratory technician at Carnegie Mellon University in their physics department and as an adjunct Instructor at Point Park University.

4.      I currently serve as a Principal Health Scientist at Valeo Sciences, LLC, a consulting firm that provides scientific advice to the government, corporations, law firms and various scientific/professional organizations. I have published over 35 scientific articles, and presented 38 papers at both national and international conferences.

5.      Over the course of my career as a scientist, I have used epidemiological and geospatial techniques to evaluate occupational and environmental exposures to chemicals and their associations with health outcomes in adults and children. My research has focused on exposures to industrial and aviation emissions of lead and their contribution to childhood blood lead levels (BLLs). I have also evaluated exposures to air pollution, specifically particulate matter, and associations with mortality and morbidity endpoints.

6.      I have presented my research at various national and international conferences on topics that assessed health outcomes associated with various environmental and occupational chemical exposures, including but not limited to vinyl chloride, asbestos, talc, 4-methylchclohexanemethanol, ambient air pollution, particulate matter, and lead. I have used quasi-experimental designs to evaluate community exposures to environmental pollution. I have

2

overseen numerous clinical studies and designed and acted as principal investigator for a randomized controlled trial. I have published and evaluated numerous systematic reviews and pooled analyses, including meta-analyses.

7.    I have testified in areas of epidemiology employing Bradford Hill Criteria to assess causality between exposures to heavy metals, talc, nicotine, and asbestos exposures and various respiratory, neurological, cardiovascular, renal, and gastrointestinal disease endpoints.

8.    I was retained by outside counsel for the Association of Home Appliance Manufacturers to provide an independent expert opinion regarding the epidemiology of exposure to natural gas and associated combustion byproducts while cooking and whether there is a risk of health effects from these exposures. My time is billed at a rate of $425 per hour.

9.    My curriculum vitae, dated March 5, 2025, which presents my training, qualifications, and experience, is included in **Exhibit A**.

## II.    SUMMARY OF OPINIONS

10.    Based on established scientific principles, there is no scientific consensus that using gas stoves for home cooking is associated with or causes any health impacts or effects. To suggest there is a scientific consensus for such an association or causal relationship would be scientifically inappropriate and therefore factually inaccurate.

11.    There is insufficient evidence that cooking with natural gas is associated with birth outcomes, cancer, or cardiovascular disease endpoints.

12.    There is no causal association between exposure to natural gas and associated combustion byproducts experienced during cooking and the development of respiratory symptoms or respiratory diseases.

13.    The epidemiological evidence demonstrates that the risk of respiratory symptoms and diseases are equivalent between those cooking with natural gas versus those using electricity or clean fuels.

### III.    BASIS OF OPINIONS

#### A.    Glossary

14.    An effect estimate is the measure of association between an exposure and a health effect relative to a reference population. Effect estimates of 1 indicate that there is no difference between the comparison group and the reference population. When effect estimates are less than 1, the association is demonstrating that the health effect of interest is less likely to happen in the exposed group relative to the reference population. When the effect estimate is above one, it indicates that the health effect is more likely to happen in the exposed population than the reference population.

15.    A confidence interval (CI) is a range of values which contains the measured effect estimate. The confidence limit is often presented as 90% or 95% limits. A 95% confidence interval indicates the authors are 95% confident that the true association falls within the confidence limit. The width of the confidence limit is indicative of the precision of the estimate. Narrow confidence limits are more precise than larger confidence limits. When the range between the upper and lower confidence limit includes 1, the finding is not statistically significant and indicates that there is no statistical difference between the risk in the exposed population and the reference group. Put differently, when the confidence interval includes 1, it indicates that we cannot be confident that the risk in the exposed population differs from that in the reference group.

4

16.    A case-control study is a study in which individuals with the health outcome of

interest (cases) are compared to individuals without the health outcome of interest (controls) to

identify and evaluate possible risk factors. In case-control studies, the exposure history is

typically ascertained retrospectively, or after the outcome has occurred. Associations in case-

control studies are expressed as odds ratios (ORs), which estimate the relative odds of exposure

among cases versus controls. These studies are advantageous for investigating rare diseases or

diseases with long latency periods and are typically faster and less expensive than cohort studies.

However, they cannot directly measure incidence, are susceptible to recall and selection bias, and

establishing a clear temporal relationship between exposure and outcome is challenging.

17.    A cohort study is a study in which a group of individuals is followed over time to

assess the occurrence of a health outcome among those exposed to a hypothesized risk factor

compared to those who are not exposed. Cohort studies can be conducted prospectively, in which

follow-up begins at the time of the study, or retrospectively, in which records are used to

reconstruct exposure. Measures of association in cohort studies include risk ratios (relative risks,

or RRs), rate ratios, or hazard ratios (HRs). Strengths of cohort studies include directly

measuring incidence, establishing temporality between exposure and outcome, and evaluating

multiple outcomes from a single exposure. However, cohort studies are limited because they can

be expensive and time consuming, unsuitable for rare outcomes or those with long latency

periods, and are vulnerable to loss to follow-up.

18.    A confounder may be mistaken for or mixed with the exposure, which may lead

to an underestimation or overestimation of the association, as well as less precise confidence

intervals. Effect estimates and confidence intervals do not always represent the true association

between exposure and disease because of extraneous factors or confounders that may distort the association. Chronological age and smoking status are commonly recognized confounders of exposure-disease relationships. Statistical adjustment methods can be employed to account for potential confounders leading to effect estimates and confidence intervals that are a less biased and more accurate depiction of the association between exposure and disease.

19.    A meta-analysis is a pooled analysis of effect estimates from a collection of studies. The objective of a meta-analysis is to combine observations from a body of evidence to obtain a single, more precise estimate of an association. The quality of the meta-analysis is among other things dependent upon study selection and heterogeneity of study populations. It is important to note that not all studies are appropriate for inclusion in a meta-analysis.

20.    Heterogeneity refers to differences or variability across studies. Some examples of variability include study design, exposure ascertainment, health effect ascertainment, analytical methods, and demographic differences.

21.    Selection bias is a distortion in the measure of association of a particular exposure-disease relationship that is present when the study sample does not accurately reflect the target population they are supposed to represent. Selection bias is typically introduced into a study when improper methods are used to select participants or when participants drop out of a study before the planned end of the study.

22.    Temporality means that a cause must precede its effects, or that an exposure must come before a disease endpoint. Temporality is a necessary condition for valid causal inference.

## IV.     GENERAL PRINCIPLES AND METHODS

### A.     Step 1: Identify the peer-reviewed literature evaluating cooking with natural gas and respiratory endpoints.

23.     To assess a causal relationship between an exposure and an outcome I evaluated the collective body of available epidemiological evidence. First, I conducted an umbrella review to identify all systematic reviews and meta-analyses that have been published on this topic. I also evaluated the individual studies cited in the identified meta-analyses and assessed the collective body of evidence using the Bradford Hill Criteria.

24.     I have reviewed the Colorado Department of Public Health and Environment (CDPHE) website published on August 4th. The website presents a limited scope of information considering numerous health effects associated with indoor air pollution from gas stoves. While my search for the purposes of rending my opinions was not exhaustive, it encompassed far more research than the CDPHE presents on its website. Consistent with my opinions in this declaration, the CDPHE website only provides a minority view and omits the majority view found in the scientific evidence set out in the literature I have reviewed.

### B.     Step 2: Apply the Bradford Hill Criteria to Assess Causation

25.     The Bradford Hill guidelines are a set of nine criteria that were established in the 1960s to provide structure to the assessment for the presence of a causal relationship between an exposure and a health outcome. The first formulation was published in the 1964 Surgeon General's report on Smoking and Health that helped the Advisory Committee conclude that cigarette smoking caused lung cancer. One year later, British epidemiologist, Sir Austin Bradford Hill, published a similar but more extensive set of guidelines derived from his

7

President's Address to the occupational health section of the Royal Society of Medicine (Hill 1965).

26.     When evaluating a causal relationship, Hill described the importance of looking at the collective body of evidence of exposure(s) and outcome(s) and determining if it informs on any or all the following nine aspects: strength of association, consistency, specificity, temporality, biological gradient, plausibility, coherence, experimental evidence and analogy.

27.     Since the mid-1960s, the Bradford Hill criteria have become "fundamental tenets of causal inference in epidemiology" and "the cornerstone of causal inference for the practical epidemiologist and health policy expert" (Szklo 1998). The Bradford Hill criteria are one of the most widely used tools for causal inference in the field of epidemiology. It is not required that all nine of the criteria are met to have sufficient evidence of causality. Sir Austin Bradford Hill states that "none of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non" (Hill 1965, p. 11).

28.     While Sir Bradford Hill does not specify the types of studies or other references that should be used as evidence in the assessment of these criteria, modern reviews of the Bradford Hill criteria have suggested that they are best supported by "multiple epidemiological studies" (Fedak et al. 2015, p. 3). In addition to the extent of the published evidence, the quality of individual studies and their design, as well as the overall body of evidence, must be taken into consideration.

29.     Organizations – such as Cochrane; the Grading of Recommendations Assessment, Development and Evaluation (GRADE) working group; and academic institutions in evidence-based practice have published on the "hierarchy of evidence," which suggests that the higher the

study design is positioned, the more rigorous the methodology, and therefore, the more likely it
is that a given study design can minimize bias (Schunemann et al. 2011; Schunemann et al. 2013;
Turner 2014; Ingham-Broomfield 2016). The hierarchy, typically presented as a pyramid,
considers systematic reviews and meta-analyses as the highest level of evidence as they combine
and appraise primary research focused on a specific topic or research question (Murad et al.
2016) (**Figure 1**). Within original analytical research, the randomized controlled trial (RCT) is
considered the most valid as the randomization process eliminates or minimizes bias and
confounding (Ahuja 2019; Lash and Rothman 2021). However, due to ethical, logistical, or
financial constraints, RCTs are not always possible or feasible, thus, cohort studies are
considered the next highest level of evidence, with prospective cohort studies weighted higher
than retrospective cohort designs (Samet and Muñoz 1998; Szklo 1998; Rothman and Lash
2021). Moving down the hierarchical pyramid are case-control, cross-sectional, and ecological
study designs, with ecological studies sometimes considered hypothesis-generating opposed to
analytical (Murad et al. 2016; Lash and Rothman 2021). At the bottom of the study-design
pyramid are case reports and case series, which are descriptive by design and are typically
comprised of anecdotal reports from practicing clinicians (Murad et al. 2016; Murad et al. 2018).
While these reports are a useful tool for generating disease causation hypotheses, they are not
analytical and are therefore considered the weakest level of evidence and cannot be relied upon
for assessing causality (Nissen and Wynn 2014; Murad et al. 2016).

30.    There are well accepted guidelines for rating quality of evidence and application
of Bradford Hill criteria to a body of evidence. These guidelines were followed when forming
my opinion.

**Figure 1. Hierarchy of Scientific Evidence**



Adapted from: Wallace, et al. 2022

### C.     An Illustration: Radon as an Example of Bradford Hill and Scientific Consensus

31.     While the Bradford Hill Criteria are an excellent way for epidemiologists to assess causal relationships, they are just one form of evidence the scientific community may employ to reach a scientific consensus. The scientific community is more likely to reach a consensus when research can be confirmed, validated, and repeated. One example where decades of research have been used to reach scientific consensus is the association between radon exposure and lung cancer.

**The Scientific Community Agrees that Radon Exposure Causes Lung Cancer**

32.     The causal relationship between radon exposure and lung cancer has been accepted for decades. The National Toxicology Program, the U.S. Environmental Protection

Agency, the World Health Organization, the American Cancer Institute, the American Lung Association, and the International Agency for Research on Cancer are just a few national and international groups who agree that radon exposure is causally linked to lung cancer.

33.    **Strength of Association**: Occupational risk estimates for the association between radon exposure and lung cancer range from above 1.5 to above 4 (Duan et al. 2015).

34.    **Consistency**: Increased risk of lung cancer due to ionizing radiation has been observed consistently in persons exposed at their residence (Ngoc et al. 2022), through various forms of employment (especially in the mining industry) and in many locations across the globe (Duan et al. 2015).

35.    **Specificity**: While smoking is the leading cause of lung cancer in the U.S., elevations in lung cancer have been observed in non-smoking populations. Radon exposure has been associated with lung cancer in studies of non-smokers, establishing radon exposure as the second leading cause of lung cancer. **Figure 2** shows the risk of cancer by radon exposure levels for never smokers as reported by Urrata-Pereira et al. (2023).

**Figure 2. Risk cancer from radon exposure for never smokers (Urrata-Pereira et al. (2023)**

| Radon level | If 1,000 people who never smoked were exposed to this level over a lifetime*. . . | The risk of cancer from radon exposure compares to[b]. . . | What to do: |
|---|---|---|---|
| 20 pCi/L | About 36 people could get lung cancer | 35 times the risk of drowning | Fix your home |
| 10 pCi/L | About 18 people could get lung cancer | 20 times the risk of dying in a home fire | Fix your home |
| 8 pCi/L | About 15 people could get lung cancer | 4 times the risk of dying in a fall | Fix your home |
| 4 pCi/L | About 7 people could get lung cancer | < the risk of dying in a car crash | Fix your home |
| 2 pCi/L | About 4 people could get lung cancer | < the risk of dying from poison | Consider fixing your home if levels are 2-3.9 pCi/L |
| 1.3 pCi/L | About 2 people could get lung cancer | (Average indoor radon level) | (Reducing radon levels below 2 pCi/L is difficult) |
| 0.4 pCi/L | - | (Average outdoor radon level) | |

Adapted from the U.S. Environmental Protection Agency.[64] Note: If you are a former smoker, your risk may be higher. [a]Lifetime risk of lung cancer deaths according to the U.S. Environmental Protection Agency Assessment of Risks from Radon in Homes (EPA 402-R-03-003). [b]Comparison data calculated using the 1999-2001 National Center for Injury Prevention and Control Report by the Centers for Disease Control and Prevention.

36.     **Temporality**: A key criterion for causality is knowing that the exposure occurred prior to the development of disease. Numerous longitudinal occupational cohort studies have been conducted demonstrating an increased risk of lung cancer when radon exposure occurs prior to disease assessment (Duan et al. 2015).

37.     **Biological Gradient**: In addition to the data reported in **Figure 2**, meta-analyses have demonstrated that with increased radon exposure the risk of lung cancer increases. **Figure 3** presents the evaluation of lung cancer risk with increasing radon exposure in both residential and occupational settings published by Duan et al. (Duan et al. 2015).

**Figure 3. The linear-dose response relationship certain radon exposure range and lung cancer.**



The linear dose–response relationship between certain radon exposure range and the risk of lung cancer. (a) Covered residential radon exposures less than 200 Bq/m³ with the category-specific ORs in case–control studies; (b) covered occupational radon exposures less than 300 WLM with the category-specific ORs in case–control studies; (c) covered occupational radon exposures less than 300 WLM with the category-specific RRs in cohort studies. The vertical lines indicate 95% confidence intervals. All *P* for nonlinearity > 0.05. OR, odds ratio; RR, relative risk; WLM, working level months.

38.    **Plausibility**: The association between radon and lung cancer makes biological sense. Radon, is a naturally occurring gas, is an example of ionizing radiation. Scientific experiments have demonstrated that exposure to ionizing radiation is associated with the development of cancer.

39.    **Coherence**: The observed association between radon exposure and lung cancer aligns with the scientific community's understanding of exposure to other forms of ionizing radiation and cancer.

40.    **Experiment**: Experiments have been conducted to evaluate the carcinogenicity of radon and its decay products in rats, dogs, and hamsters. Statistically significantly more exposed animals experienced tumors of the respiratory tract compared to unexposed animals and repeated experiments confirmed a dose-response relationship (IARC 1988).

41.    **Analogy**: Similar associations have been observed regarding exposures to ionizing radiation and cancer.

13

## V.    SYNTHESIS OF EVIDENCE TO EVALUATE THE CAUSAL RELATIONSHIP BETWEEN COOKING WITH GAS AND RESPIRATORY CONDITIONS

### A.    Methods and Findings from the Umbrella Review

42.    I first conducted a literature search using the PubMed database to identify peer-reviewed meta-analyses and systematic reviews published through July 2025.

43.    PubMed is an online database of more than 36 million references of biomedical and life sciences literature (PubMed 2025). The database is maintained by the National Center for Biotechnology Information (NCBI) at the National Library of Medicine (NLM), which is part of the National Institutes of Health (NIH). PubMed provides access to scholarly and peer-reviewed journal articles, textbooks, and abstracts. Currently, PubMed archives articles from thousands of peer-reviewed journals. PubMed houses records that date back to the late 1700s, as well as ones that have been accepted for publication but have yet to be published (i.e., pre-print articles). This vast range of dates makes PubMed one of the most complete and up-to-date databases of health-related literature.

44.    The search terms employed are provided in **Table 1**. After combining the search terms, I filtered the results to include only publication types classified as systematic reviews and meta-analyses.

45.    Additionally, to identify relevant articles that may not have been captured in the primary literature search, I screened the reference lists of all articles that met my inclusion criteria: they examined natural gas as the fuel source and identified cooking as the activity of interest. Studies were excluded if they only evaluated alternative fuel sources (e.g. biomass, liquid fuel, kerosene, oil). There was no limitation related to reported symptom or health effect.

14

46.     As shown in **Table 1**, combined use of the search terms resulted in 61,387

articles. After applying the filter to capture only systematic reviews and meta-analyses, there

were 424 potentially relevant articles. Most studies were excluded after title review because they

were systematic reviews or meta-analyses of medical treatments, use of lasers in various

applications, evaluations of various exposure scenarios in occupational settings or health effects

associated with environmental exposures. In total, three meta-analyses and systematic reviews

met my inclusion criteria (Lin et al. 2013; Li et al. 2023; Puzzolo et al. 2024).

**Table 1. PubMed Search Terms.**

| Search number | Query | Filters | Results |
|---|---|---|---|
| 1 | gas or methane or methanol or "natural gas" | | 634,956 |
| 2 | symptom* or cough or drowsiness or headache* or phlegm or "running eye*" or "runny eye*" or "sore eye*" or tired* or wheez* or unconsciousness or dizziness or nausea or confusion or disorientation or "chest pain" or weakness or "memory loss" or "speech problem*" or "insomnia" or breathlessness or paraesthesia or fatigue | | 2,332,873 |
| 3 | health or "acute lower respiratory" or ALRI or "all cause mortality" or asthma or birthweight* or "birth weight*" or "still birth*" or stillbirth* or stunting or stunted or "cognitive development" or "cardiovascular disease" or CVD or "cognitive impair*" or "chronic obstructive pulmonary disease" or COPD or cataract* or cancer* or "lung function" or stroke or tuberculosis or TB or "small for gestational age" or "coronary heart disease" or chd or "coronary artery disease" or hypertension or "heart disease" or "isch* heart disease" or "IHD or diabetes or pneumonia or "congenital defect*" or "heart attack" or "congestive heart failure" or "CHF" or "lung infection" or "bronchial reactivity" or "bronchoconstriction" or "airway inflammation" or asphyxia* or bronchitis or tumour* or lympho* or (respiratory) W/1 (disease* or illness* or disorder* or | | 2,287,474 |

15

| | | | |
|---|---|---|---|
| | condition* or arrest) or accident* or injur* or burn* or poisoning or scald* | | |
| 4 | #3 or #4 | | 4,423,788 |
| 5 | #2 and #5 | | 61,387 |
| 6 | #2 and #5 | Systematic Review | 376 |
| 7 | #2 and #5 | Meta-Analysis, Systematic Review | 424 |

47.    Three systematic review and meta-analysis papers were identified in the literature

(Lin et al. 2013; Li et al. 2023; Puzzolo et al. 2024), two of which focused specifically on

respiratory symptoms and disease endpoints (Lin et al. 2013; Li et al. 2023).

48.    In addition to respiratory endpoints, Puzzolo et al. (2024)  included birth

outcomes, cancer, and cardiovascular endpoints. However, it should be noted that due to the

paucity of studies and the heterogeneity across studies the authors did not conduct pooled

analyses for cancer or cardiovascular endpoints. A summary of their findings is presented below.

**There is No Scientific Evidence that Cooking with Natural Gas is Associated with Birth Outcomes, Cancer or Cardiovascular Disease**

49.    **Birth Outcomes**: Puzzolo et al. (2024) identified papers assessing various

cooking fuels (LPG, polluting fuel, natural gas, and gas) and preterm birth, low birth weight, and

small for gestational age endpoints. All studies assessing the association between cooking with

gas and these endpoints were compared to reference populations using polluting fuels (e.g.,

biomass, wood, coal, kerosene). No studies specifically evaluating the use of natural gas for

cooking or the use of natural gas for cooking compared to electricity were identified.

50.    **Cancer:** Puzzolo et al. (2024) identified one cohort study conducted in the U.S.

and Puerto Rico that evaluated gas stove use and breast cancer (White and Sandler 2017). No

statistically significant associations were observed for overall breast cancer (HR = 0.99; 95% CI: 0.90, 1.08) or invasive breast cancer (HR = 1.00; 95% CI: 0.90, 1.10). The only other identified cancer study investigated the association of cooking with gas and salivary gland cancer. Zheng et al. (1996) conducted a case-control study in China of adults between 20 and 75 years and did not observe a statistically significant association (OR = 1.3; 95% CI: 0.6, 2.6). Brief summaries of these cancer studies are provided in **Table 3**.

51.    **Cardiovascular Disease:** Puzzolo et al. (2024) identified three studies providing five effect estimates regarding associations between cooking with gas and cardiovascular disease endpoints. Malinauskiene et al. (2011) conducted a case-control study of Lithuanian women between 35 and 61 yeas of age and failed to observe a statistically significant association for myocardial infarction when cooking with gas was compared to cooking with electricity (OR = 1.20; 95% CI: 0.72, 1.98). Mitter et al. (2016) conducted a cohort study with Iranian adults (40 to 75 years of age) evaluating the association between cooking with gas and both cardiovascular mortality and cerebrovascular accident. Both effect estimates were less than 1 and neither was statistically significant. Tiwari et al. (2020) conducted a global cross-sectional study to compare gas versus electric cooking and angina pectoris. The pooled analysis of all regions demonstrated a statistically significant association (OR = 1.47; 95% CI: 1.20, 1.79). However, when only the Americas were considered, this association was no longer statistically significant (OR = 1.64; 95% CI: 0.38, 7.14), and the confidence intervals were wide, indicating uncertainty regarding the true value of the association. A summary of these cardiovascular studies is provided in **Table 4**.

17

**Table 3. Summary of studies and outcomes identified but excluded in the Puzzolo et al. (2023) and meta-analysis – Cancer**

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| White and Sander | 2017 | Female Adults (35 to 74 years) (Overall breast) | U.S. and Puerto Rico | Cooking | Gas stove vs electric | 0.99 | 0.90, 1.08 | 10 factors | Cohort Study |
| White and Sander | 2017 | Female Adults (35 to 74 years) (Invasive breast) | U.S. and Puerto Rico | Cooking | Gas stove vs electric | 1.00 | 0.90, 1.10 | 10 factors | Cohort Study |
| Zheng et al. | 1996 | Adults (20 to 75 years) (Salivary gland) | China | Cooking | Gas | 1.3 | 0.6, 2.6 | 3 factors | Case-control study |

**Table 4. Summary of studies and outcomes identified but excluded in the Puzzolo et al. (2023) and meta-analysis – Cardiovascular Disease**

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Malinauskiene et al. | 2011 | Females (35 to 61 years) (Myocardial Infarction) | Lithuania | Cooking | Gas vs electric | 1.20 | 0.72, 1.98 | 12 factors | Case-control study |
| Mitter et al. | 2016 | Adults (40 to 75 years) (CVD mortality) | Iran | Cooking | Gas | 0.94 | 0.89, 0.99 | 15 factors | Cohort Study |
| Mitter et al. | 2016 | Adults (40 to 75 years) (Cerebrovascular accident mortality) | Iran | Cooking | Gas | 0.92 | 0.83, 1.00 | 15 factors | Cohort Study |
| Tiwari et al. | 2020 | Adults (18 years and older) (Angina pectoris) | Global 46 countries | Cooking | Gas vs electric | 1.47 | 1.20, 1.79 | 8 factors | Cross-sectional |
| Tiwari et al. | 2020 | Adults (18 years and older) (Angina pectoris) | Americas | Cooking | Gas vs electric | 1.64 | 0.38, 7.14 | 8 factors | Cross-sectional |

**Systematic Reviews and Meta-Analyses Observe No Difference in Respiratory Symptoms
and Asthma Between Those Cooking with Gas Versus Electric**

52.     Lin et al. (2013) conducted a systematic review and meta-analysis of studies on

the association of gas cooking, indoor NO2, and asthma or wheezing in children ($\leq$ 18 years of

age) published between 1977 and March 31, 2013. Included studies ascertained asthma by either

self-report or doctor-diagnosis and self-reported wheeze. Physician diagnosis was determined by

a self-reported questionnaire or a clinical evaluation. Most studies assessed exposure to gas

cooking and respiratory status concurrently, preventing the ability to make causal conclusions.

Estimates stratified by current ($\leq$12 months since diagnosis) or lifetime (ever diagnosed) asthma

and wheeze were calculated as well as overall estimates of asthma and wheeze that combined

current and lifetime measures. Random-effect models were used to pool risk estimates across

studies. Across 19 studies conducted in North America, Russia, Australia, Tasmania, and

Europe, the researchers found 32% increased odds (95% CI: 1.18-1.48) of all asthma in children

living in homes with gas cooking. Notably, an additional analysis of studies only conducted in

North America failed to demonstrate a statistically significant association (meta-OR = 1.12; 95%

CI: 0.73-1.73). Similarly, the assessment of 28 studies reporting on wheezing and gas cooking

did not observe a statistically significant association (meta-OR = 1.06; 95% CI: 0.99-1.13).

53.     Li et al. (2023) conducted a systematic review of studies on the association of gas

cooking, indoor NO2, and asthma or wheezing in children ($\leq$ 18 years of age) published through

June 1, 2022, incorporating the studies included in the Lin et al. (2013) meta-analysis. Although

the authors extracted data and evaluated study quality, due to heterogeneity across the studies,

they deemed a meta-analysis inappropriate. The authors excluded any study presenting only non-

adjusted estimates and their quality review considered exposure assessment, outcome

19

assessment, control for confounders, sample selection, and the ability to establish temporality.

The researchers identified 22 studies on the association between gas cooking and asthma that met

their inclusion criteria. Most of these studies (n=20) ascertained both gas cooking exposure and

asthma status by self-report and could not establish temporality (n=18). Many of the studies were

rated low quality in control for confounding (n=13) and potential for selection bias (n=11).

Additionally, 68% of the studies (n=15) did not report a statistically significant association

between gas cooking and asthma. The researchers identified 30 studies on the association

between gas cooking and wheeze that met their inclusion criteria. Wheeze was assessed by self-

report in all 30 studies and for most of the studies (n=28), gas cooking was also assessed by self-

report. Additionally, the definition of wheeze was highly variable across studies. Many of the

studies were rated low quality in control for confounding (n=18) and potential for selection bias

(n=12) and temporality could not be determined in 26 of the 30 studies. Finally, 77% of the

studies (n=23) did not report a statistically significant positive association between gas cooking

and wheeze outcomes.

54.    Puzzolo et al. (2024) conducted a systematic review and meta-analysis

commissioned and funded by the World Health Organization (WHO) that compared natural gas

use in the home with both combustible fuels and clean energy sources. The authors conducted a

systematic search in 11 databases for literature published from January 1, 1980, through

December 2020, January 2021, or February 2021 (end date varied by database). Data from each

included study (n=116) were extracted for meta-analysis and studies were evaluated for quality

using the Liverpool Quality Assessment Tools. The primary analysis combined fuel used for

cooking and heating. Gas used for cooking or heating was not statistically significantly

associated with asthma in child or adult populations compared to cooking or heating with electricity (meta-OR = 1.09; 95% CI: 0.99-1.19 and meta-OR = 1.43; 95% CI: 0.90-2.27, respectively). Across all studies there was no difference between using gas versus electricity and respiratory symptoms of breathlessness, wheeze, and cough. In a supplementary analysis restricted to gas used for cooking compared to electricity, a 13% increased odds (95% CI: 1.02, 1.25) of asthma was observed. Although the authors did not explicitly identify which, if any, confounders were accounted for in this limited analysis, they explored the role of key confounders (ETS, SES, and proxies of ambient air pollution) in the combined model (i.e., fuel used for cooking and heating) which resulted in a non-statistically significant estimate (meta-OR = 1.05; 95% CI: 0.97, 1.14). The authors concluded that the association between gas use and asthma compared to electricity "was at least partially explained by confounding" of these key factors (Puzzolo et al. 2024, Supplementary appendix, p. 22).

**Pooled Analyses Are Inappropriate for this Body of Evidence**

55.     Often, meta-analyses are used to bolster the statistical power of a body of scientific evidence so that overarching conclusions can be drawn regarding exposure and disease associations. However, as reported above, there are many sources of heterogeneity across the published studies: study location, study design, sample size, heating source, exposure ascertainment, disease and symptom ascertainment, economic status of the population being evaluated, and age of the study participants. Another key limitation is confounding. There are numerous risk factors associated with asthma including respiratory symptoms such as wheeze, cough, and breathlessness. Confounding must be properly addressed to ensure the effect estimate best represents the exposure of interest otherwise the estimate may be biased.

56.     There was a vast difference regarding adjustment for confounding factors across the studies compiled by Puzzolo et al. (2024) for their pooled analyses. Over a third of the effect estimates did not account for any confounding factors. An additional 20 effect estimates adjusted for three or fewer factors. In other words, more than 56% of reported effect estimates across all health endpoints did not account for factors that contribute to these respiratory symptoms and disease endpoints. **Table 2** shows a listing of the various confounding factors considered in the analyses across all studies. There are approximately 40 different factors considered. Only nine studies adjusted for 10 or more factors. Due to the various levels of rigor with which authors were able to account for confounding, interpretation of the pooled analysis conducted by Puzzolo et al. (2024) is limited.

**Table 2. Potential Confounding Factors (as reported in Puzzolo et al. (2024)).**

| Environmental Tobacco Smoke (maternal smoking; paternal smoking; passive smoking) | Indicators of Socioeconomic Status (SES) (gross national income; paternal occupation; social class) | Proxy Measures of Ambient Air Pollution |
|---|---|---|
| Gender/Sex | Family allergy history | Parental education |
| Age | Paracetamol use | TV Watching |
| Region/City/Area | Family history of asthma | Exercise |
| Race | Family history of atopy | Fast food consumption |
| Siblings | Allergens - sampled from home | Heating source |
| Housing | Allergens - presence of sources | Day care |
| Housing tenure | Respiratory illness | Breastfed |
| Study type | Season | AC use |
| Education | Crowding | |

**B.      Bradford Hill Assessment of the Collective Body of Epidemiology Literature**

57.     As reported by Straif et al. (2012) "…meta-analyses are a quantitative statistical tool that, in some instances may inform causal inference, but they never alleviate the need for

critical review of all available data; narrative reviews… may be, in some cases, more informative than a synthetic meta-analysis" (p. A 343). Due to the influence that heterogeneity can have on pooled analyses, especially for an exposure and endpoint where specificity is low, I conducted a secondary assessment of the individual studies identified from the meta-analyses.

58.     Across the studies identified in the umbrella review, a total of 69 individual studies were identified providing 122 effect estimates for the following symptom and respiratory disease endpoints: wheeze, breathlessness, cough, chronic lung conditions (chronic obstructive pulmonary disease and bronchitis), acute lower respiratory infections and pneumonia, and asthma. Sixty-eight of the effect estimates specifically evaluated the use of natural gas in comparison to electric and/or clean fuels. **Tables 5 – 10** provide a summary of the studies by respiratory symptom and health endpoints as reported in Lin et al. (2013), Li et al. (2023), and Puzzolo et al. (2024).

59.     I rely on the summary information reported in the three systematic reviews and meta-analyses. There were a handful of publications that I could not acquire or were not available in English: Spengler et al. (2004); Zacharasiewicz,et al. (1999); Peng et al. (2018); Pikhart et al. (2000).

**Table 5. Summary of studies and outcomes included in quantitative meta-analyses for respiratory symptoms – Wheeze**

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|--------|------|-----------|----------|----------|-----------------|-----------------|---------------------|------------|--------------|
| Behrens et al. | 2005 | Children (6 to 7 years) | Germany – H | Cooking | Gas vs Electricity / Clean Fuels | 1.52 | 0.93, 2.47 | 6 factors | Cross-sectional |
| Belanger et al. | 2003 | Infants (up to 18 months) | United States – H | Cooking | Gas vs Electricity / Clean Fuels | 1.31 | 0.91, 1.88 | 10 factors | Cohort study |
| Belanger et al. | 2006 | Children < 12 years (multifamily housing) | United States – H | Cooking | Gas stove | 2.27 | 1.15, 4.47 | 6 factors | Cross-sectional |
| Belanger et al. | 2006 | Children < 12 years (single family housing) | United States – H | Cooking | Gas Stove | 0.61 | 0.35, 1.05 | 6 factors | Cross-sectional |
| de Bilderling et al. | 2005 | Children (1.5-17 years) | United Kingdom – H | Cooking | Gas vs Electricity / Clean Fuels | 1.47 | 1.05, 2.04 | 4 factors | Cohort study |
| Casas et al. | 2012 | Children (0 -10 years) | Germany – H | Cooking | Gas vs Electricity / Clean Fuels | 1.09 | 0.76, 1.57 | 11 factors | Cohort study |
| Comstock et al. | 1981 | Male (Adult) | United States – H | Cooking | Gas vs Electricity / Clean Fuels | 1.05 | 0.75, 1.49 | None | Cross-sectional |
| Dow et al. | 1999 | Adults (18 years or more) | United Kingdom – H | Cooking | Gas vs Non-users | 1.18 | 0.98, 1.43 | 4 factors | Cross-sectional |
| Dodge | 1982 | Children (1.5-17 years) | United States – H | Cooking | Gas vs Electricity / Clean Fuels | 1.24 | 0.72, 2.15 | 1 factor | Cross-sectional |
| Esplugues et al. | 2013 | Female (Adult) | Spain – H | Cooking | Gas vs Electricity / Clean Fuels | 0.91 | 0.73, 1.14 | 11 factors | Cohort study |
| Garrett et al. | 1998 | Children (7 to 14 years) | Australia – H | Cooking | Gas vs Electricity/ Clean Fuels | 1.79 | 0.80, 3.99 | 3 factors | Cross-sectional |
| Hersoug et al. | 2010 | Adults (18 years or more) | Denmark – H | Cooking | Gas vs Electricity / Clean Fuels | 1.05 | 0.72, 1.54 | 13 factors | Cross-sectional |
| Hölscher et al. | 2000 | Children (1.5-17 years) | Germany – H | Cooking | Gas vs Non-users | 1.09 | 0.9, 1.33 | 3 factors | Cross-sectional |
| Hosein et al. | 1989 | Children (1.5-17 years) | United States – H | Cooking | Gas vs Electricity / Clean Fuels | 0.73 | 0.53, 1.02 | None | Cross-sectional |
| Huang et al. | 2020 | Children (3-6 years) | China – H | Cooking | Gas vs Electricity / Clean Fuels | 1.26 | 0.86, 1.86 | 2 factors | Cross-sectional |
| Jarvis et al. | 1998 | Male (Adult) | 11 Countries - Multi Country | Cooking | Gas vs Electricity / Clean Fuels | 1.04 | 0.88, 1.22 | 3 factors | Cross-sectional |

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|--------|------|-----------|----------|----------|-----------------|-----------------|---------------------|------------|--------------|
| Lin et al. | 2020 | Children (5-13 years) | China – H | Cooking | Gas | 1.76 | 0.22, 14.01 | 6+ factors | Cross-sectional |
| Liu et al. | 2014 | Children (1.5-17 years) | China - UM | Cooking | Natural Gas vs Electricity / Clean Fuels | 0.89 | 0.79, 1.01 | 8 factors | Cross-sectional |
| Maier et al. | 1997 | Children (5-9 years) | United States - H | Cooking | Gas vs Non-users | 0.9 | 0.5, 1.6 | None | Cross-sectional |
| Melia et al. | 1977 | Children (Boys 6-11 years) | England and Scotland – H | Cooking | Gas | 1.11 | 0.87, 1.40 | None | Cross-sectional |
| Melia et al. | 1977 | Children (Girls 6-11 years) | England and Scotland – H | Cooking | Gas | 1.55 | 1.16, 2.07 | None | Cross-sectional |
| Melia et al. | 1988 | Children (1.5-17 years) | United Kingdom - H | Cooking | Gas vs Electricity / Clean Fuels | 1.27 | 0.98, 1.64 | None | Cross-sectional |
| Nakai et al. | 1993 | Children (1.5-17 years) | Japan - H | Cooking | Gas vs Electricity / Clean Fuels | 0.72 | 0.25, 2.05 | 4 factors | Cross-sectional |
| Nkosi et al. | 2015 | Adults (18 or more years) | South Africa - UM | Cooking and Heating | Gas vs Electricity / Clean Fuels | 0.57 | 0.35, 1.14 | 6 factors | Cross-sectional |
| Pikhart et al. | 2000 | Children (7 to 10 years) | Czech Republic - H | Cooking | Gas vs Non-users | 0.87 | 0.65, 1.17 | None | Cross-sectional |
| Samet et al. | 1993 | Children (infants) | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 0.84 | 0.64, 1.09 | 12 factors | Cohort study |
| Spengler et al. | 2004 | Children (8 to 12 years) | Russian Federation - UM | Cooking | Gas vs Non-users | 1.06 | 0.86, 1.31 | 6 factors | Cross-sectional |
| Strachan | 1988 | Children (<12 years) | United Kingdom – H | Cooking | Natural Gas vs Non-users | 0.89 | 0.61, 1.3 | None | Cross-sectional |
| Volkmer et al. | 1995 | Children (1.5-17 years) | Australia - H | Cooking | Natural Gas vs Electricity / Clean Fuels | 1.16 | 1.01, 1.32 | 1 factor | Cross-sectional |
| Ware et al. | 1984 | Children (6-10 years) | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 1.1 | 0.96, 1.26 | None | Cross-sectional |
| Willers et al. | 2006 | Children (1.5-17 years) | Netherlands - H | Cooking | Gas vs Electricity / Clean Fuels | 0.99 | 0.74, 1.32 | 10 factors | Cohort study |
| Withers et al. | 1997 | Children (1.5-17 years) | United Kingdom - H | Cooking | Gas vs Non-users | 0.58 | 0.34, 0.99 | None | Cohort study |
| Wong et al. | 2004 | Children (1.5-17 years) | China - LM | Cooking | Gas vs Non-users | 2.04 | 1.34, 3.13 | 2 factors | Cross-sectional |

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Wong et al. | 2007 | Children (1.5-17 years) | China - LM | Cooking | Gas vs Non-users | 1.68 | 1.03, 2.75 | 4 factors | Cross-sectional |
| Wong et al. | 2013 | Children (1.5-17 years) | Multi Country | Cooking | Gas vs Electricity / Clean Fuels | 0.96 | 0.89, 1.03 | 12 factors | Cross-sectional |
| Yu et al. | 2017 | Children (0 to 1.5 years) | China – H | Cooking | Gas vs Electricity / Clean Fuels | 3.24 | 0.78, 13.39 | None | Cohort |
| Zacharasiewicz, et al. | 1999 | Children (1.5-17 years) | Australia – H | Cooking | Gas vs Electricity / Clean Fuels | 1.16 | 0.92, 1.46 | 5 factors | Cross-sectional |

**Table 6. Summary of studies and outcomes included in meta-analyses for respiratory symptoms – Breathlessness**

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Belanger et al. | 2006 | Children < 12 years (multifamily housing) | United States – H | Cooking | Gas stove | 2.38 | 1.12, 5.06 | 6 factors | Cross-sectional |
| Belanger et al. | 2006 | Children < 12 years (single family housing) | United States – H | Cooking | Gas Stove | 0.91 | 0.50, 1.64 | 6 factors | Cross-sectional |
| Comstock et al. | 1981 | Male (Adult) | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 1.08 | 0.69, 1.69 | None | Cross-sectional |
| Dow et al. | 1999 | Adults (18 or more years) | United Kingdom - H | Cooking | Gas vs Non-users | 1.11 | 0.90, 1.38 | 4 factors | Cross-sectional |
| Esplugues et al. | 2013 | Female (Adult) | Spain - H | Cooking | Gas vs Electricity / Clean Fuels | 0.95 | 0.769, 1.178 | 8 factors | Cohort study |
| Garrett et al. | 1998 | Children (7 to 14 years) | Australia - H | Cooking | Gas vs Electricity/ Clean Fuels | 1.49 | 0.72, 3.08 | 3 factors | Cross-sectional |
| Hölscher et al. | 2000 | Children (1.5-17 years) | Germany - H | Cooking | Gas vs Non-users | 1.14 | 0.88, 1.49 | 3 factors | Cross-sectional |
| Jarvis et al. | 1996 | Male (Adult) | United Kingdom - H | Cooking | Gas vs Electricity / Clean Fuels | 0.96 | 0.36, 1.34 | 3 factors | Cross-sectional |
| Spengler et al. | 2004 | Children (8 to 12 years) | Russian Federation - UM | Cooking | Gas vs Non-users | 1.19 | 0.94, 1.52 | 6 factors | Cross-sectional |

26

**Table 7. Summary of studies and outcomes included in meta-analyses for respiratory symptoms – Cough**

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Belanger et al. | 2003 | Infants (up to 18 months) | United States - H | Not specified | Gas vs Electricity / Clean Fuels | 0.79 | 0.46, 1.36 | 10 factors | Cohort study |
| Belanger et al. | 2006 | Children < 12 years (multifamily housing) | United States – H | Cooking | Gas Stove | 1.19 | 0.66, 2.16 | 6 factors | Cross-sectional |
| Belanger et al. | 2006 | Children < 12 years (single family housing) | United States – H | Cooking | Gas Stove | 0.92 | 0.55, 1.51 | 6 factors | Cross-sectional |
| Burr et al. | 1999 | Children (1.5-17 years) | United Kingdom - H | Cooking | Gas vs Electricity / Clean Fuels | 1.07 | 1.01, 1.13 | 4 factors | Cross-sectional |
| Comstock et al. | 1981 | Male (Adult) | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 1.4 | 0.99, 2 | None | Cross-sectional |
| Dodge | 1982 | Children (1.5-17 years) | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 2.21 | 1.01, 4.83 | 1 factor | Cross-sectional |
| Ekwo et al. | 1983 | Children (>1.5-17 years) | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 0.85 | 0.63, 1.15 | None | Cross-sectional |
| Esplugues et al. | 2013 | Female (Adult) | Spain - H | Cooking | Gas vs Electricity / Clean Fuels | 0.89 | 0.663, 1.209 | 5 factors | Cohort study |
| Garrett et al. | 1998 | Children 7 to 14 years | Australia - H | Cooking | Gas Stove | 2.25 | 1.13, 4.49 | 3 factors | Cross-sectional |
| Helsing et al. | 1982 | Non-smoking white adults | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 2.32 | 1.38, 3.9 | None | Cross-sectional |
| Hersoug et al. | 2010 | Adults (18 or more years) | Denmark - H | Cooking | Gas vs Electricity / Clean Fuels | 0.93 | 0.58, 1.49 | 13 factors | Cross-sectional |
| Holschernet al. | 2000 | Children (1.5-17 years) | Germany - H | Cooking | Gas vs Non-users | 1.08 | 0.91, 1.29 | 3 factors | Cross-sectional |
| Hosein et al. | 1989 | Children (1.5-17 years) | United States – H | Cooking | Gas vs Electricity / Clean Fuels | 0.47 | 0.17, 1.29 | None | Cross-sectional |
| Jarvis et al. | 1998 | Male (Adult) | 11 Countries - Multi Country | Cooking | Gas vs Electricity / Clean Fuels | 1.06 | 0.9, 1.25 | 3 factors | Cross-sectional |
| Liu et al. | 2014 | Children (1.5-17 years) | China - UM | Cooking | Natural Gas vs. Electricity / Clean Fuels | 1.17 | 1.01, 1.34 | 8 factors | Cross-sectional |
| Melia et al. | 1988 | Children (1.5-17 years) | United Kingdom - H | Cooking | Gas vs Electricity / Clean Fuels | 1.48 | 0.97, 2.24 | None | Cross-sectional |

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|--------|------|-----------|----------|----------|-----------------|-----------------|---------------------|------------|--------------|
| Nakai et al. | 1993 | Children (1.5-17 years) | Japan – H | Cooking | Gas vs Electricity / Clean Fuels | 1.2 | 0.32, 4.5 | 4 factors | Cross-sectional |
| Nakai et al. | 1993 | Adults (Parents) | Japan – H | Cooking | Gas vs Electricity / Clean Fuels | 0.39 | 0.12, 1.28 | 3 factors | Cross-sectional |
| Nkosi et al. | 2015 | Adults (18 or more years) | South Africa - UM | Cooking Heating | Gas vs Electricity / Clean Fuels | 0.76 | 0.45, 1.29 | 6 factors | Cross-sectional |
| Samet et al. | 1993 | Children (infants) | United States - H | Cooking | Gas vs Non-users | 0.94 | 0.82, 1.07 | 12 factors | Cohort study |
| Spengler et al. | 2004 | Children (8 to 12 years) | Russian Federation - UM | Cooking | Gas vs Non-users | 1.19 | 0.85, 1.65 | 6 factors | Cross-sectional |
| Strachan | 1988 | Childrenã (<12 years) | United Kingdom - H | Cooking | Natural Gas vs Non-users | 1.05 | 0.74, 1.49 | None | Cross-sectional |
| Ware et al. | 1984 | Children (6 to 10 years) | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 1 | 0.86, 1.16 | None | Cross-sectional |
| Withers et al. | 1997 | Children (1.5-17 years) | United Kingdom - H | Cooking | Gas vs Non-users | 0.99 | 0.64, 1.55 | None | Cohort study |

**Table 8: Summary of studies and outcomes included in meta-analyses for Chronic Lung Disease (CLD)**

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|--------|------|-----------|----------|----------|-----------------|-----------------|---------------------|------------|--------------|
| *Chronic Obstructive Pulmonary Disease (COPD)* | | | | | | | | | |
| Luenam et al. | 2018 | All ages | Thailand - UM | Cooking | Natural Gas vs Electricity / Clean Fuels | 1.84 | 0.96, 3.42 | None | Cross-sectional |
| Peng et al. | 2018 | Adults (18 or more years) | China - UM | Cooking | Gas vs Electricity / Clean Fuels | 1.06 | 0.972, 1.155 | 5 factors | Cross-sectional |
| *Bronchitis* | | | | | | | | | |
| Hölscher et al. | 2000 | Children (1.5-17 years) | Germany - H | Cooking | Gas vs Non-users | 0.96 | 0.81, 1.14 | 3 factors | Cross-sectional |
| Neuspiel et al. | 1989 | Children (1.5-17 years) | United Kingdom – H | Cooking & Heating | Gas vs Non-users | 1.03 | 0.86, 1.23 | None | Cohort study |
| Nkosi et al. | 2015 | Adults (18 or more years) | South Africa - UM | Cooking & Heating | Gas vs Electricity / Clean Fuels | 1.69 | 0.91, 3.16 | 5 factors | Cross-sectional |
| Speizern et al. | 1980 | Children (1.5-17 years) | United States - H | Cooking | Gas vs Electricity / Clean Fuels | 0.85 | 0.79, 0.91 | 3 factors | Cross-sectional |
| Spengler et al. | 2004 | Children (8 to 12 years) | Russian Federation - UM | Cooking | Gas vs Non-users | 1.13 | 0.87, 1.47 | 6 factors | Cross-sectional |

29

**Table 9. Summary of studies and outcomes included in meta-analyses for ALRI / Pneumonia**

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Bates et al. | 2018 | Children (1.5-17 years) | Nepal - L | Cooking | Gas vs Electricity / Clean Fuels | 1.35 | 0.90, 2.02 | None | Case control study |
| Emond | 1997 | Infants delivered at term | United Kingdom – H | Cooking | Natural Gas vs Non-users | 0.67 | 0.40, 1.09 | None | Case control study |
| Emond | 1997 | Infants delivered at term | United Kingdom – H | Heating | Natural Gas vs Non-users | 0.84 | 0.49, 1.46 | None | Case control study |
| Moran et al. | 1999 | Adults (18 years or more) exposed during childhood | United Kingdom – H | Cooking | Gas vs Electricity / Clean Fuels | 2.65 | 0.72, 14.65 | None | Cohort study |
| Nkosi et al. | 2015 | Adults (18 years or more) | South Africa – UM | Not specified | Gas vs Electricity / Clean Fuels | 1.35 | 0.79, 2.29 | 6 factors | Cross-sectional |
| Zheng et al. | 2013 | Children (1.5-17 years) | China - UM | Cooking | Natural Gas vs Electricity / Clean Fuels | 1.26 | 1.03, 1.54 | 16 factors | Cross-sectional |

**Table 10. Summary of studies and outcomes included in the umbrella review meta-analyses for Asthma**

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Behrens et al. | 2005 | Children (6 to 7 years) | Germany - H | Cooking | Gas vs Electricity/ Clean Fuels | 0.77 | 0.17, 3.46 | 6 factors | Cross-sectional |
| Carlsten et al. | 2010 | Children (7 years) selected from high-risk cohort | Canada - H | Cooking | Gas vs Non-users | 1.4 | 0.6, 3.6 | 8 factors | Cohort study |
| Casas et al. | 2012 | Children (up to 10 years) | Germany - H | Cooking | Gas vs Electricity/ Clean Fuels | 1.33 | 0.88, 2.00 | 7 factors | Cohort study |
| Dai et al. | 2021 | All ages | Australia - H | Cooking | Gas vs Electricity/ Clean Fuels | 2.64 | 1.22, 5.70 | 5 factors | Cohort study |
| Diette et al. | 2007 | Children (2 to 6 years) | United States - H | Cooking | Gas vs Electricity/ Clean Fuels | 0.84 | 0.47, 1.49 | None | Case control study |
| Dodge | 1982 | Children (8 to 12 years) | United States - H | Cooking | Gas vs Electricity/ Clean Fuels | 1.44 | 0.36, 5.68 | None | Cross-sectional |

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Eghonwanre et al. | 2022 | Children < 17 years | Nigeria | Cooking | Natural Gas | 2.0 | 0.25, 15.64 | None | Cross-sectional |
| Fuhlbrigge and Weiss | 1997 | Adult female (20-44 years) | United Kingdom - H | Cooking | Gas vs Non-users | 2.6 | 1.20, 2.65 | 3 factors | Cross-sectional |
| Garrett et al. | 1998 | Children (7 to 14 years) | Australia - H | Cooking | Gas vs Electricity/ Clean Fuels | 1.73 | 0.77, 3.90 | 3 factors | Cross-sectional |
| Hessel et al. | 2001 | Children (5 to 19 years) | Canada - H | Cooking | Gas vs Non-users | 1.6 | 1.0, 2.8 | None | Case control study |
| Hölscher et al. | 2000 | Children (5 to 14 years) | Germany - H | Cooking | Gas vs Electricity/ Clean Fuels | 0.59 | 0.26, 1.33 | 3 factors | Cross-sectional |
| Huang et al. | 2020 | Children (3-6 years) | China – H | Cooking | Gas vs Electricity / Clean Fuels | 2.34 | 1.04, 5.21 | 2 factors | Cross-sectional |
| Infante-Rivard | 1993 | Children (3 to 4 years) | Canada - H | Cooking | Gas vs Electricity/ Clean Fuels | 1.33 | 0.68, 2.58 | 4 factors | Case control study |
| Jarvis et al. | 1996 | Adult female (20-44 years) | United Kingdom - H | Cooking | Gas vs Electricity/ Clean Fuels | 2.6 | 1.20, 5.65 | 3 factors | Cross-sectional |
| Jarvis et al. | 1996 | Adult male (20-44 years) | United Kingdom - H | Cooking | Gas vs Electricity/ Clean Fuels | 0.58 | 0.25, 1.34 | 3 factors | Cross-sectional |
| Liebhart et al. | 2007 | Adults - (18** to 80 years) | Poland - UM | Cooking | Gas vs Non-users | 0.95 | 0.74, 1.23 | 2 factors | Cross-sectional |
| Liebhart et al. | 2007 | Children (3 to 18 years) | Poland - UM | Cooking | Gas vs Non-users | 1.36 | 0.83, 2.23 | 2 factors | Cross-sectional |
| Lin, et al. | 2013 | Children (0 to 8 years) | Netherlands - H | Cooking | Gas vs Electricity/ Clean Fuels | 1.1 | 0.85, 1.43 | 14 factors | Cohort study |
| Lin et al. | 2020 | Children (5-13 years) | China – H | Cooking | Gas | 3.18 | 0.42, 24.23 | 6+ factors | Cross-sectional |
| Liu et al. | 2015 | Children (<6 years) | China - UM | Cooking | Natural Gas vs Electricity/Clean Fuels | 1.39 | 1.19, 1.63 | None | Cross-sectional |
| Maier et al. | 1997 | Children (5 to 9 years) | United States - H | Cooking | Gas vs Non-users | 0.9 | 0.6, 1.4 | None | Cross-sectional |
| McConnel et al. | 2002 | Children (9 to 16 years) | United States - H | Cooking | Gas vs Non-users | 1.2 | 0.7, 2.0 | 4 factors | Cohort study |

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Melia et al. | 1977 | Children (Boys 6-11 years) | England and Scotland – H | Cooking | Gas | 1.48 | 0.90, 2.43 | None | Cross-sectional |
| Melia et al. | 1977 | Children (Girls 6-11 years) | England and Scotland – H | Cooking | Gas | 1.53 | 0.79, 2.96 | None | Cross-sectional |
| Moran et al. | 1999 | Childhood up to 34-35 years | United Kingdom - H | Cooking | Gas vs Electricity/ Clean Fuels | 1.15 | 0.88, 1.52 | None | Cohort study |
| Nakai et al. | 1993 | Children (4 to 12 years) | Japan - H | Cooking | Gas vs Electricity/ Clean Fuels | 0.64 | 0.27, 1.50 | 4 factors | Cross-sectional |
| Nantanda et al. | 2013 | Children (0 to 5 years) | Uganda | Cooking | Gas | 3.80 | 1.20, 13.30 | Unknown number | Cross-sectional |
| Nkosi et al | 2015 | Adults (>55 years) | South Africa - UM | Cooking | Gas vs Electricity/ Clean Fuels | 1.65 | 0.97, 2.79 | 6 factors | Cross-sectional |
| Norbäck et al. | 2019 | Children (3 to 6 years) | China - UM | Cooking | Natural Gas vs Electricity/Clean Fuels | 0.93 | 0.80, 1.08 | 11 factors | Cross-sectional |
| Ponsonby et al. | 2000 | Children (7 years) | Tazmania-H | Cooking | Gas vs Non-users | 1.44 | 0.85, 2.45 | 7 factors | Cohort study |
| Smith et al. | 2000 | All ages | Australia - H | Cooking & Heating | Gas vs Electricity/ Clean Fuels | 1.04 | 0.94, 1.15 | 13 factors | Cross-sectional |
| Spengler et al. | 2004 | Children (8 to 12 years) | Russian Federation - UM | Cooking | Gas vs Non-users | 2.28 | 1.04, 5.01 | 6 factors | Cross-sectional |
| Strachan and Carey | 1995 | Children (11 to 16 years) | United Kingdom - H | Cooking | Gas vs Electricity/ Clean Fuels | 0.86 | 0.61, 1.23 | 5 factors | Case control study |
| Taverner et al. | 2005 | Children (4 to 17 years) | United Kingdom - H | Cooking | Gas vs Non-users | 0.69 | 0.24, 1.95 | None | Case control study |
| Volkmer et al. | 1995 | Children (4.3 to 5 years) | Australia - H | Cooking | Natural Gas vs Electricity/ Clean Fuels | 1.15 | 1.02, 1.301 | 1 factor | Cross-sectional |
| Wang et al. | 2021 | Children (<12 years) | China - UM | Cooking | Natural Gas vs Electricity/Clean Fuels | 1.02 | 0.77, 1.36 | 8 factors | Cross-sectional |
| Willers et al. | 2006 | Children (up to 8 yrs) | Netherlands - H | Cooking | Gas vs Electricity/ Clean Fuels | 1.5 | 0.90, 2.49 | 10 factors | Cohort study |

| Author | Year | Population | Location | Fuel Use | Fuel Comparison | Effect estimate | Confidence Interval | Adjustment | Study design |
|---|---|---|---|---|---|---|---|---|---|
| Wong et al. | 2013 | Children (6 to 7 yrs) | Multi Country | Cooking | Gas vs Electricity/ Clean Fuels | 0.97 | 0.87, 1.09 | 4 factors | Cross-sectional |
| Zhang et al. | 2013 | Children (1 to 8 yrs) | China - UM | Cooking | Gas vs Non-users | 1.44 | 0.97, 2.14 | 3 factors | Cross-sectional |

**The Scientific Literature Does Not Support A Casual Relationship Between Cooking with Natural Gas and Respiratory Symptoms Or Diseases**

60.    Overall, the body of evidence reviewed fails to demonstrate a causal relationship between cooking with gas and the development of respiratory symptoms or conditions, as the vast majority of individual studies did not consistently demonstrate a statistically significant association. A review of studies comparing cooking with gas to the use of electricity or other clean fuels demonstrated no difference between exposure groups and the risk of respiratory symptoms or disease endpoints. A summary of the findings is presented in Table 11.

**Table 11. Summary of statistically significant effect estimates by symptom and disease endpoints.**

| Condition | Total Effect Estimate (count) | Significant Effect Estimate (count) | Failed to Observe Statistically Significant Associations (%) | Studies Comparing to Electricity (count) | No Statistically Significant Difference Between Natural Gas and Electricity (%) |
|---|---|---|---|---|---|
| Wheeze | 37 | 6 | 83.8% | 23 | 91.3% |
| Breathlessness | 9 | 1 | 88.9% | 4 | 100% |
| Cough | 24 | 4 | 83.3% | 16 | 75% |
| CLD | | | | | |
| COPD | 2 | 0 | 100% | 2 | 100% |
| Bronchitis | 5 | 0 | 100% | 2 | 100% |
| ALRI/ Pneumonia | 6 | 1 | 83.3% | 4 | 75% |
| Asthma | 39 | 8 | 79.5% | 22 | 81.8% |
| **Total** | **122** | **20** | **83.6%** | **73** | **86.3%** |

61.     The causal association of this body of literature can be assessed by looking at the relevant criteria of Bradford Hill. This evaluation will focus on strength, consistency, temporality, specificity, and dose-response.

62.     I acknowledge that it is biologically plausible that inhaling a substance could lead to respiratory symptoms and health outcomes. There is coherence and analogy in the scientific literature with the use of other cooking fuel sources and the development of health conditions.

63.     **Strength of Association**: As shown in **Tables 5-10** the vast majority of studies present effect estimates less than 2 and over 83% of all presented effect estimates failed to demonstrate a statistically significant association between gas cooking and all symptom and/or disease endpoints. Only 10 of the 122 effect estimates were statistically significant and greater than 2, and 8 of these findings were from cross-sectional studies.

64.     **Consistency**: The effect estimates from individual studies did not consistently demonstrate an association between gas cooking and any symptom or disease endpoint. Notably, as demonstrated in **Table 11**, 79.5% to 100% of effect estimates found no statistically significant associations for gas cooking exposures in general. When comparing gas cooking to electric or other clean fuels, 75% and 100% of effect estimates found no statistically significant difference between groups.

65.     For example, **Figure 4** illustrates the inconsistencies for asthma outcomes relative to all gas exposures (left) and a comparison of gas to electric cooking exposures (right). In these forest plots, the yellow vertical line represents no effect (e.g., an effect estimate of 1.0). If the confidence interval crosses this line, the result is not statistically significant. Green dots mark effect estimates with statistically significant associations.

35

**Figure 4. Forest plots of findings for cooking exposures and asthma.**



66.    As a comparison, the findings depicted in **Figure 4** are a stark contrast to forest

plots in the published literature regarding occupational radon exposures and lung cancer risk

(**Figure 5**).

**Figure 5. Forest plot of lung cancer risk and occupational radon exposures as published in Duan et al. 2014.**



67.     **Temporality**: As noted earlier, temporality, or the occurrence of exposure before the development of disease, is a key criterion for establishing causality. The vast majority of the studies identified in the meta-analyses and systematic reviews were cross-sectional, providing only a snapshot in time and therefore unable to determine whether exposure preceded the development of the condition. Among the few cohort studies, eight effect estimates were

available for wheeze, of which only one was statistically significant. Similarly, for asthma, there were eight effect estimates identified from cohort studies—only one was statistically significant. No cohort studies were identified for chronic lung diseases, cough, breathlessness or lung infections. Overall, there is limited temporal evidence from cohort studies, although the available evidence from cohort studies demonstrates that the use of natural gas for cooking is not associated with respiratory effects.

68.     **Specificity**: In evaluating causality, specificity refers to whether an observed association can be attributed to a single exposure rather than to multiple potential causes. For example, in lung cancer, it has been established that smoking and radon are the first and second leading causes. In contrast, the respiratory symptoms and disease endpoints evaluated in this report have numerous possible contributors. As shown in **Table 2**, studies collectively considered over 40 confounding factors, but these were not adjusted for uniformly across studies. When these and other contributing factors are not accounted for in the statistical analysis, it would be inappropriate to attribute cooking with natural gas to respiratory endpoints.

69.     **Dose-response**: A potential causal relationship is further strengthened when increased exposure is associated with an increased risk or incidence of disease. In the epidemiology studies reviewed for this report, exposure was most often ascertained via surveys or participant self-report rather than through direct measures of specific constituents that may be present in the plume generated during cooking. Such indirect exposure assessment can introduce misclassification and limit the ability to detect a true dose-response relationship. Nevertheless, these studies were conducted across the globe and likely reflect a myriad of exposures and

regardless of income, location, or gas exposures there is no consistently observed association

between cooking with gas and the development of respiratory effects.

70.     In conclusion, based on the criteria strength, consistency, temporality, specificity,

and dose-response, the epidemiological evidence reviewed does not support a causal relationship

between cooking with natural gas and respiratory effects.

**The Calculation Attributing Asthma to Natural Gas Cooking is Flawed and Scientifically Invalid**

71.     Concerns about the use of natural gas for cooking and potential health effects

were predicated upon a recent analysis conducted by Gruenwald et al. (2023), which estimated

that 12.7% of current childhood asthma in the U.S. could be attributed to gas stove use.

72.     Gruenwald et al. (2023) based their population attributable fraction (PAF)

estimate on two key inputs: 1) the prevalence of gas stove use in the U.S., based on data from

nine states, and 2) an effect estimate for asthma risk derived from 10 studies conducted in North

America and Europe, as identified in a meta-analysis by Lin et al. (2013).

73.     There are several limitations associated with the Gruenwald et al. (2023) analysis.

A PAF, by definition, quantifies the disease burden attributable to causal factors. In other words,

this estimate presumes that gas stove use is causally associated with asthma. As presented above,

the epidemiological evidence does not support a causal association between cooking with natural

gas and asthma.

74.     At the time of their analysis, Gruenwald et al. (2023) drew from the meta-analysis

conducted by Lin et al. (2013) which included studies dating back to the late 1970s and mid-

1980s. Gas stove technology has made advancements in the last 50 years. It is likely than any

effect that might have been observed in Lin et al. (2013) may not reflect exposures one would experience with modern natural gas kitchen appliances.

75.    Gruenwald et al. (2023) pooled the effect estimates obtained from assessing three studies conducted in North American (OR = 1.36; 95% CI: 0.76–2.43) and seven studies conducted in Europe (OR = 1.34; 95% CI: 1.13–1.60). Notably, six of the studies failed to adjust for any confounding factors. Only one study (Dekker et al. 1991) reported a statistically significant association between gas stove use and childhood asthma. It is important to note, the authors emphasized that the risks were higher for children exposed to multiple risk factors instead of a lone risk factor. Further, Dekker et al. (1991) reported that only 2% of asthma cases could be attributed to natural gas with the most cases attributed to tobacco smoke (22%) and dampness (19%). Further the authors emphasize the importance of exposure to multiple risk factors. Children exposed to tobacco smoke, dampness, mold, and gas stoves combined were 5.4 more times more likely to have asthma than those not experiencing those exposures.

76.    Another key limitation of the PAF analysis is in how confounding factors were not addressed for a majority of the reported effect estimates in Lin et al. (2013). As indicated by Rockhill et al. (1998) the equation employed by Gruenwald et al. (2023) to estimate PAF is "[n]ot valid when there is confounding of exposure-disease association" (p. 17).

77.    In summary, the evidence does not demonstrate a causal association between gas stove use and childhood asthma. Confounding was not addressed sufficiently. The PAF estimate reported by Gruenwald et al. (2023) is not scientifically valid.

**The Updated PAF Analysis Based on Puzzolo et al. (2024) Suffers from the Same Methodological Flaws as Gruenwald Analysis**

78.     Kashtan et al. (2024) modeled short and long-term exposure to nitrogen dioxide and combined those modeled concentrations with the findings from the meta-analysis by Puzzolo et al. (2024) to estimate the number of pediatric asthma cases that can be attributed to natural gas stoves.

79.     As described above, the epidemiological evidence regarding cooking with natural gas and asthma does not support a causal relationship.

80.     Many of the articles included in Puzzolo et al. (2024) failed to adjust for confounding factors.

81.     Based on these two key limitations, relying on the findings from Puzzolo et al. (2024) to estimate a PAF is at a minimum, biased, and is likely scientifically invalid.

82.     Kashtan et al. (2024) estimated that 3.8% of asthmas could be attributed to cooking with gas stoves (PAF = 3.8%; 95% CI: 0.0, 8.0). However, this finding is not statistically significant as the 95% confidence limits touch zero. Similarly, the estimate for the total number of pediatric asthma cases of 180,000 was not statistically significantly different from zero cases with the 95% CI ranging from -20,000 to 380,000. Further, the odds of being diagnosed with pediatric asthma due to the presence of a gas stove compared to the absence of a gas stove were not statistically significant (OR = 1.09; 95% CI: 0.99, 1.19). The authors also used their modeled nitrogen dioxide concentrations to estimate increased risk of asthma based on the risk associated with a 15 ppb increment of nitrogen dioxide exposure calculated by Lin et al. (2013) and the risk was not statistically significant (RR = 1.09; 95% CI:, 0.91, 1.31).

## VI.    SYNTHESIS OF EVIDENCE FOR CAUSALITY

83.    I conducted a systematic review of the epidemiological literature evaluating the risk of health effects and the use of natural gas for cooking.

84.    There is no scientific evidence that use of natural gas for cooking is associated with birth outcomes, cancer endpoints, or cardiovascular disease endpoints.

85.    There is no scientific support of a causal association between cooking with natural gas and the development of respiratory endpoints.

86.    The likelihood of developing a respiratory disease or experiencing respiratory symptoms due to cooking is equivalent between those cooking with natural gas and those cooking with electricity.

87.    Nitrogen dioxide is the constituent specifically associated with natural gas use. There are additional exposures associated with cooking. Characterizing the plume of exposure associated with cooking is irrelevant because over 80% of all studies failed to observe statistically significant associations between cooking with natural gas and the development of health effects.

## VII.    SOURCES

88.    A list of References follows my signature below. Any sources cited in that list of References that are not included in the table in the next paragraph will be made available upon request.

89.    In addition to the list of References, and along with my Curriculum Vitae as Exhibit A, I am attaching to this Declaration true and correct copies of the following papers:

| Exhibit | Contents |
|---------|----------|
| A | Curriculum Vitae |
| B | Lin, W., B. Brunekreef and U. Gehring (2013). "Meta-analysis of the effects of indoor nitrogen dioxide and gas cooking on asthma and wheeze in children." Int J Epidemiol 42(6): 1724-1737. |
| C | Li, W., C. Long, T. Fan, E. Anneser, J. Chien and J. E. Goodman (2023). "Gas cooking and respiratory outcomes in children: A systematic review." Glob Epidemiol 5: 100107. |
| D | Puzzolo, E., N. Fleeman, F. Lorenzetti, F. Rubinstein, Y. Li, R. Xing, G. Shen, E. Nix, M. Maden, R. Bresnahan, R. Duarte, L. Abebe, J. Lewis, K. N. Williams, H. Adahir-Rohani and D. Pope (2024). "Estimated health effects from domestic use of gaseous fuels for cooking and heating in high-income, middle-income, and low-income countries: a systematic review and meta-analyses." Lancet Respir Med 12(4): 281-293. |
| E | Gruenwald, T., B. A. Seals, L. D. Knibbs and H. D. Hosgood III (2023). "Population attributable fraction of gas stoves and childhood asthma in the United States." Int J Environ Res Public Health 20(75). |
| F | Kashtan, Y., M. Nicholson, C. J. Finnegan, Z. Ouyang, A. Garg, E. D. Lebel, S. T. Rowland, D. R. Michanowicz, J. Herrera, K. C. Nadeau and R. B. Jackson (2024). "Nitrogen dioxide exposure, health outcomes, and associated demographic disparities due to gas and propane combustion by U.S. stoves." Sci Adv 10(18): eadm8680. |
| G | Wong, G. W., B. Brunekreef, P. Ellwood, H. R. Anderson, M. I. Asher, J. Crane, C. K. Lai and I. P. T. S. Group (2013). "Cooking fuels and prevalence of asthma: a global analysis of phase three of the International Study of Asthma and Allergies in Childhood (ISAAC)." Lancet Respir Med 1(5): 386-394. |

I declare under penalty of perjury, as required under 28 U.S.C. § 1746, that the foregoing

is true and correct.

Dated August 5, 2025

*Stacey M Benson*
_____
Stacey M. Benson

## REFERENCES

Ahuja, A. S. (2019). "Should RCT's be used as the gold standard for evidence based medicine?" Integr Med Res **8**(1): 31-32.

Dekker, C., R. Dales, S. Bartlett, B. Brunekreef and H. Zwanenburg (1991). "Childhood asthma and the indoor environment." Chest **100**(4): 922-926.

Duan, P., C. Quan, C. Hu, J. Zhang, F. Xie, X. Hu, Z. Yu, B. Gao, Z. Liu, H. Zheng, C. Liu, C. Wang, T. Yu, S. Qi, W. Fu, A. Kourouma and K. Yang (2015). "Nonlinear dose-response relationship between radon exposure and the risk of lung cancer: evidence from a meta-analysis of published observational studies." Eur J Cancer Prev **24**(4): 267-277.

Fedak, K. M., A. Bernal, Z. A. Capshaw and S. Gross (2015). "Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology." Emerg Themes Epidemiol **12**: 14.

Gruenwald, T., B. A. Seals, L. D. Knibbs and H. D. Hosgood III (2023). "Population attributable fraction of gas stoves and childhood asthma in the United States." Int J Environ Res Public Health **20**(75).

Hill, A. B. (1965). "The Environment and Disease: Association or Causation?" Proc R Soc Med **58**(5): 295-300.

IARC (1988). Man-made Mineral Fibres. Man-made Mineral Fibres and Radon, International Agency for Research on Cancer, Working Group on the Evaluation of Carcinogenic Risks to Humans.

Ingham-Broomfield, B. (2016). "A nurses' guide to the hierarchy of research designs and evidence." Australian journal of advanced nursing: a quarterly publication of the Royal Australian Nursing Federation, The **33**: 38-43.

Kashtan, Y., M. Nicholson, C. J. Finnegan, Z. Ouyang, A. Garg, E. D. Lebel, S. T. Rowland, D. R. Michanowicz, J. Herrera, K. C. Nadeau and R. B. Jackson (2024). "Nitrogen dioxide exposure, health outcomes, and associated demographic disparities due to gas and propane combustion by U.S. stoves." Sci Adv **10**(18): eadm8680.

Lash, T. L. and K. J. Rothman (2021). Case-Control Studies. Modern Epidemiology. Fourth Edition. T. L. Lash, T. J. VanderWeele, S. Haneuse and K. J. Rothman, Wolters Kluwer.

Li, W., C. Long, T. Fan, E. Anneser, J. Chien and J. E. Goodman (2023). "Gas cooking and respiratory outcomes in children: A systematic review." Glob Epidemiol 5: 100107.

Lin, W., B. Brunekreef and U. Gehring (2013). "Meta-analysis of the effects of indoor nitrogen dioxide and gas cooking on asthma and wheeze in children." Int J Epidemiol **42**(6): 1724-1737.

Malinauskiene, V., P. Leisyte, R. Malinauskas, G. Bagdonas, L. Jankauskiene and I. Malinauskaite (2011). "Outdoor and indoor air pollution and myocardial infarction among women in Kaunas, Lithuania: a case-control study." Polish J Environ Stud **20**(4): 969-976.

Mitter, S. S., R. Vedanthan, F. Islami, A. Pourshams, H. Khademi, F. Kamangar, C. C. Abnet, S. M. Dawsey, P. D. Pharoah, P. Brennan, V. Fuster, P. Boffetta and R. Malekzadeh (2016). "Household Fuel Use and Cardiovascular Disease Mortality: Golestan Cohort Study." Circulation **133**(24): 2360-2369.

Murad, M. H., N. Asi, M. Alsawas and F. Alahdab (2016). "New evidence pyramid." Evid Based Med **21**(4): 125-127.

Murad, M. H., S. Sultan, S. Haffar and F. Bazerbachi (2018). "Methodological quality and synthesis of case series and case reports." BMJ Evid Based Med **23**(2): 60-63.

Ngoc, L. T. N., D. Park and Y. C. Lee (2022). "Human Health Impacts of Residential Radon Exposure: Updated Systematic Review and Meta-Analysis of Case-Control Studies." Int J Environ Res Public Health **20**(1).

Nissen, T. and R. Wynn (2014). "The clinical case report: a review of its merits and limitations." BMC Res Notes **7**: 264.

PubMed (2025). PubMed Overview. Bethesda, MD, National Institutes of Health (NIH), U.S. National Library of Medicine (NLM), National Center for Biotechnology Information (NCBI).

Puzzolo, E., N. Fleeman, F. Lorenzetti, F. Rubinstein, Y. Li, R. Xing, G. Shen, E. Nix, M. Maden, R. Bresnahan, R. Duarte, L. Abebe, J. Lewis, K. N. Williams, H. Adahir-Rohani and D. Pope (2024). "Estimated health effects from domestic use of gaseous fuels for cooking and heating in high-income, middle-income, and low-income countries: a systematic review and meta-analyses." Lancet Respir Med **12**(4): 281-293.

Rockhill, B., B. Newman and C. Weinberg (1998). "Use and misuse of population attributable fractions." Am J Public Health **88**(1): 15-19.

Rothman, K. J. and T. L. Lash (2021). Epidemiologic Study Design with Validity and Efficiency Considerations. Modern Epidemiology. Fourth Edition. T. L. Lash, T. J. VanderWeele, S. Haneuse and K. J. Rothman, Wolters Kluwer.

Samet, J. M. and A. Muñoz (1998). "Evolution of the cohort study." Epidemiol Rev **20**(1): 1-14.

Schunemann, H., J. Brozek, G. Guyatt and A. Oxman (2013). GRADE handbook for grading quality of evidence and strength of recommendations. Updated October 2013.

Schunemann, H., S. Hill, G. Guyatt, E. A. Akl and F. Ahmed (2011). "The GRADE approach and Bradford Hill's criteria for causation." J Epidemiol Community Health **65**(5): 392-395.

Straif, K., L. Stayner, P. A. Demers and P. I. Landrigan (2012). "Use of meta-analyses by IARC Working Groups." Environ Health Perspect **120**(9): a342-a343.

Szklo, M. (1998). "Population-based cohort studies." Epidemiol Rev **20**(1): 81-90.

Tiwari, I., R. M. Herr, A. Loerbroks and S. S. Yamamoto (2020). "Household Air Pollution and Angina Pectoris in Low- and Middle-Income Countries: Cross-Sectional Evidence from the World Health Survey 2002-2003." Int J Environ Res Public Health **17**(16).

Turner, M. (2014). "Evidence-Based Practice in Health."   Retrieved October 25, 2024, from https://canberra.libguides.com/evidence.

Urrutia-Pereira, M., J. M. Chatkin, H. J. Chong-Neto and D. Sole (2023). "Radon exposure: a major cause of lung cancer in nonsmokers." J Bras Pneumol **49**(6): e20230210.

Wallace, S. S., G. Barak, G. Truong and M. W. Parker (2022). "Hierarchy of Evidence Within the Medical Literature." Hosp Pediatr 12(8): 745-750.

White, A. J. and D. P. Sandler (2017). "Indoor Wood-Burning Stove and Fireplace Use and Breast Cancer in a Prospective Cohort Study." Environ Health Perspect **125**(7): 077011.

Zheng, W., X. O. Shu, B. T. Ji and Y. T. Gao (1996). "Diet and other risk factors for cancer of the salivary glands:a population-based case-control study." Int J Cancer **67**(2): 194-198.

## APPENDIX A

Citations Identified in the Systematic Reviews and Meta-Analyses

Bates, M. N., A. K. Pokhrel, R. K. Chandyo, P. Valentiner-Branth, M. Mathisen, S. Basnet, T. A. Strand, R. T. Burnett and K. R. Smith (2018). "Kitchen PM(2.5) concentrations and child acute lower respiratory infection in Bhaktapur, Nepal: The importance of fuel type." Environ Res **161**: 546-553.

Behrens, T., W. Maziak, S. K. Weiland, P. Rzehak, E. Siebert and U. Keil (2005). "Symptoms of asthma and the home environment. The ISAAC I and III cross-sectional surveys in Munster, Germany." Int Arch Allergy Immunol **137**(1): 53-61.

Belanger, K., W. Beckett, E. Triche, M. B. Bracken, T. Holford, P. Ren, J. E. McSharry, D. R. Gold, T. A. Platts-Mills and B. P. Leaderer (2003). "Symptoms of wheeze and persistent cough in the first year of life: associations with indoor allergens, air contaminants, and maternal history of asthma." Am J Epidemiol **158**(3): 195-202.

Belanger, K., J. F. Gent, E. W. Triche, M. B. Bracken and B. P. Leaderer (2006). "Association of indoor nitrogen dioxide exposure with respiratory symptoms in children with asthma." Am J Respir Crit Care Med **173**(3): 297-303.

Burr, M. L., H. R. Anderson, J. B. Austin, L. S. Harkins, B. Kaur, D. P. Strachan and J. O. Warner (1999). "Respiratory symptoms and home environment in children: a national survey." Thorax **54**(1): 27-32.

Carlsten, C., M. Brauer, H. Dimich-Ward, A. Dybuncio, A. B. Becker and M. Chan-Yeung (2011). "Combined exposure to dog and indoor pollution: incident asthma in a high-risk birth cohort." Eur Respir J **37**(2): 324-330.

Casas, L., C. Tischer, C. Tiesler, I. Bruske, S. Koletzko, C. P. Bauer, H. E. Wichmann, A. von Berg, D. Berdel, U. Kramer, B. Schaaf, I. Lehmann, O. Herbarth, J. Heinrich, Giniplus and L. I. S. Group (2012). "Association of gas cooking with children's respiratory health: results from GINIplus and LISAplus birth cohort studies." Indoor Air **22**(6): 476-482.

Comstock, G. W., M. B. Meyer, K. J. Helsing and M. S. Tockman (1981). "Respiratory effects on household exposures to tobacco smoke and gas cooking." Am Rev Respir Dis **124**(2): 143-148.

Dai, X., D. S. Bui, J. L. Perret, A. J. Lowe, P. A. Frith, G. Bowatte, P. S. Thomas, G. G. Giles, G. S. Hamilton, H. Tsimiklis, J. Hui, J. Burgess, A. K. Win, M. J. Abramson, E. H. Walters, S. C. Dharmage and C. J. Lodge (2021). "Exposure to household air pollution over 10 years is related to asthma and lung function decline." Eur Respir J **57**(1).

de Bilderling, G., A. J. Chauhan, J. A. Jeffs, N. Withers, S. L. Johnston, S. T. Holgate and J. B. Clough (2005). "Gas cooking and smoking habits and the risk of childhood and adolescent wheeze." Am J Epidemiol **162**(6): 513-522.

Diette, G. B., N. N. Hansel, T. J. Buckley, J. Curtin-Brosnan, P. A. Eggleston, E. C. Matsui, M. C. McCormack, D. L. Williams and P. N. Breysse (2007). "Home indoor pollutant exposures among inner-city children with and without asthma." Environ Health Perspect **115**(11): 1665-1669.

Dodge, R. (1982). "The Effects of Indoor Pollution of Arizona Children." Arch Environ Health **37**(3): 151-155.

Dow, L., L. Phelps, L. Fowler, K. Waters, D. Coggon and S. T. Holgate (1999). "Respiratory symptoms in older people and use of domestic gas appliances." Thorax **54**(12): 1104-1106.

Eghomwanre, A. F. and O. Oguntoke (2022). "Concentrations of indoor gaseous air pollutants and risk factors associated with childhood asthma in Benin City, Nigeria." Environ Monit Assess **194**(5): 391.

Ekwo, E. E., M. M. Weinberger, P. A. Lachenbruch and W. H. Huntley (1983). "Relationship of parental smoking and gas cooking to respiratory disease in children." Chest **84**(6): 662-668.

Emond, A. M., P. Howat, J. A. Evans and L. Hunt (1997). "The effects of housing on the health of preterm infants." Paediatr Perinat Epidemiol **11**(2): 228-239.

Esplugues, A., M. Estarlich, J. Sunyer, V. Fuentes-Leonarte, M. Basterrechea, M. Vrijheid, I. Riano, L. Santa-Marina, A. Tardon, D. Martinez and F. Ballester (2013). "Prenatal exposure to cooking gas and respiratory health in infants is modified by tobacco smoke exposure and diet in the INMA birth cohort study." Environ Health **12**: 100.

Fuhlbrigge, A. and S. Weiss (1997). "Domestic gas appliances and lung disease." Thorax **52 Suppl 3**(Suppl 3): S58-62.

Garrett, M. H., M. A. Hooper, B. M. Hooper and M. J. Abramson (1998). "Respiratory symptoms in children and indoor exposure to nitrogen dioxide and gas stoves." Am J Respir Crit Care Med **158**(3): 891-895.

Helsing, K. J., G. W. Comstock, M. B. Meyer and M. L. Tockman (1982). "Respiratory effects of household exposures to tobacco smoke and gas cooking on nonsmokers." Environ Int **8**(1): 365-370.

Hersoug, L. G., L. L. Husemoen, T. Sigsgaard, F. Madsen and A. Linneberg (2010). "Indoor exposure to environmental cigarette smoke, but not other inhaled particulates associates

with respiratory symptoms and diminished lung function in adults." Respirology **15**(6): 993-1000.

Hessel, P. A., J. Klaver, D. Michaelchuk, S. McGhan, M. M. Carson and D. Melvin (2001). "The epidemiology of childhood asthma in Red Deer and Medicine Hat, Alberta." Can Respir J **8**(3): 139-146.

Holscher, B., J. Heinrich, B. Jacob, B. Ritz and H. E. Wichmann (2000). "Gas cooking, respiratory health and white blood cell counts in children." Int J Hyg Environ Health **203**(1): 29-37.

Hosein, H. R., P. Corey and J. M. Robertson (1989). "The effect of domestic factors on respiratory symptoms and FEV1." Int J Epidemiol **18**(2): 390-396.

Huang, S., E. Garshick, L. B. Weschler, C. Hong, J. Li, L. Li, F. Qu, D. Gao, Y. Zhou, J. Sundell, Y. Zhang and P. Koutrakis (2020). "Home environmental and lifestyle factors associated with asthma, rhinitis and wheeze in children in Beijing, China." Environ Pollut **256**: 113426.

Infante-Rivard, C. (1993). "Childhood asthma and indoor environmental risk factors." Am J Epidemiol **137**(8): 834-844.

Jarvis, D., S. Chinn, C. Luczynska and P. Burney (1996). "Association of respiratory symptoms and lung function in young adults with use of domestic gas appliances." Lancet **347**(8999): 426-431.

Jarvis, D., S. Chinn, J. Sterne, C. Luczynska and P. Burney (1998). "The association of respiratory symptoms and lung function with the use of gas for cooking. European Community Respiratory Health Survey." Eur Respir J **11**(3): 651-658.

Liebhart, J., J. Malolepszy, B. Wojtyniak, K. Pisiewicz, T. Plusa, U. Gladysz and D. Polish Multicentre Study of Epidemiology of Allergic (2007). "Prevalence and risk factors for asthma in Poland: results from the PMSEAD study." J Investig Allergol Clin Immunol **17**(6): 367-374.

Lin, J., W. Lin, Z. Yin, X. Fu, D. Mai, S. Fu, J. J. Zhang, J. Gong, N. Feng and L. He (2020). "Respiratory health effects of residential individual and cumulative risk factors in children living in two cities of the Pearl River Delta Region, China." J Thorac Dis **12**(10): 6342-6355.

Lin, W., U. Gehring, M. Oldenwening, J. C. de Jongste, M. Kerkhof, D. Postma, H. A. Smit, A. H. Wijga and B. Brunekreef (2013). "Gas cooking, respiratory and allergic outcomes in the PIAMA birth cohort study." Occup Environ Med **70**(3): 187-194.

Liu, W., C. Huang, Y. Hu, Z. Zou, Z. Zhao and J. Sundell (2014). "Association of building characteristics, residential heating and ventilation with asthmatic symptoms of preschool children in Shanghai: a cross-sectional study." Indoor Built Environ 23(2): 270-283.

Luenam, A., W. Laohasiriwong, N. Puttanapong, J. Saengsuwan and T. Phajan (2018). "Socioeconomic disparities and chronic respiratory diseases in Thailand: The National Socioeconomics Survey." Inform Health Soc Care 43(4): 348-361.

Maier, W. C., H. M. Arrighi, B. Morray, C. Llewellyn and G. J. Redding (1997). "Indoor risk factors for asthma and wheezing among Seattle school children." Environ Health Perspect 105(2): 208-214.

McConnell, R., K. Berhane, F. Gilliland, T. Islam, W. J. Gauderman, S. J. London, E. Avol, E. B. Rappaport, H. G. Margolis and J. M. Peters (2002). "Indoor risk factors for asthma in a prospective study of adolescents." Epidemiology 13(3): 288-295.

Melia, R. J., S. Chinn and R. J. Rona (1988). "Respiratory illness and home environment of ethnic groups." Br Med J (Clin Res Ed) 296(6634): 1438-1441.

Melia, R. J., C. D. Florey, D. G. Altman and A. V. Swan (1977). "Association between gas cooking and respiratory disease in children." Br Med J 2(6080): 149-152.

Moran, S. E., D. P. Strachan, I. D. Johnston and H. R. Anderson (1999). "Effects of exposure to gas cooking in childhood and adulthood on respiratory symptoms, allergic sensitization and lung function in young British adults." Clin Exp Allergy 29(8): 1033-1041.

Nakai, S., H. Nitta and K. Maeda (1993). "Cross-sectional study on the health effects of gas cooking stoves in Japan." Indoor Air 3: 210-214.

Nantanda, R., M. S. Ostergaard, G. Ndeezi and J. K. Tumwine (2013). "Factors associated with asthma among under-fives in Mulago hospital, Kampala Uganda: a cross sectional study." BMC Pediatr 13: 141.

Neuspiel, D. R., D. Rush, N. R. Butler, J. Golding, P. E. Bijur and M. Kurzon (1989). "Parental smoking and post-infancy wheezing in children: a prospective cohort study." Am J Public Health 79(2): 168-171.

Nkosi, V., J. Wichmann and K. Voyi (2015). "Chronic respiratory disease among the elderly in South Africa: any association with proximity to mine dumps?" Environ Health 14: 33.

Norback, D., C. Lu, Y. Zhang, B. Li, Z. Zhao, C. Huang, X. Zhang, H. Qian, Y. Sun, J. Wang, W. Liu, J. Sundell and Q. Deng (2019). "Sources of indoor particulate matter (PM) and outdoor air pollution in China in relation to asthma, wheeze, rhinitis and eczema among pre-school children: Synergistic effects between antibiotics use and PM(10) and second hand smoke." Environ Int 125: 252-260.

Peng, D. W. Z., L. Wang and G. Y. (2018). "Influence of cooking fuel disparity among different income and educational levels on chronic obstructive pulmonary disease." J Environ Health 35(9): 757-761.

Pikhart, H., M. Bobak, B. Kriz, J. Danova, M. A. Celko, V. Prikazsky, K. Pryl, D. Briggs and P. Elliott (2000). "Outdoor air concentrations of nitrogen dioxide and sulfur dioxide and prevalence of wheezing in school children." Epidemiology 11(2): 153-160.

Ponsonby, A., D. Couper, T. Dwyer, A. Carmichael, A. Kemp and J. Cochrane (2000). "The relation between infant indoor environment and subsequent asthma." Epidemiol 11(2): 128-135.

Samet, J. M., W. E. Lambert, B. J. Skipper, A. H. Cushing, W. C. Hunt, S. A. Young, L. C. McLaren, M. Schwab and J. D. Spengler (1993). "Nitrogen dioxide and respiratory illnesses in infants." Am Rev Respir Dis 148(5): 1258-1265.

Smith, B. J., M. Nitschke, L. S. Pilotto, R. E. Ruffin, D. L. Pisaniello and K. J. Willson (2000). "Health effects of daily indoor nitrogen dioxide exposure in people with asthma." Eur Respir J 16(5): 879-885.

Speizer, F. E., B. Ferris, Jr., Y. M. Bishop and J. Spengler (1980). "Respiratory disease rates and pulmonary function in children associated with NO2 exposure." Am Rev Respir Dis 121(1): 3-10.

Spengler, J. D., J. J. Jaakkola, H. Parise, B. A. Katsnelson, L. I. Privalova and A. A. Kosheleva (2004). "Housing characteristics and children's respiratory health in the Russian Federation." Am J Public Health 94(4): 657-662.

Strachan, D. P. (1988). "Damp housing and childhood asthma: validation of reporting of symptoms." Br Med J 297: 1223-1226.

Strachan, D. P. and I. M. Carey (1995). "Home environment and severe asthma in adolescence: a population based case-control study." BMJ 311(7012): 1053-1056.

Tavernier, G. O., G. D. Fletcher, H. C. Francis, L. A. Oldham, A. M. Fletcher, G. Blacklock, L. Stewart, I. Gee, A. Watson, T. L. Frank, P. Frank, C. A. Pickering and R. M. Niven (2005). "Endotoxin exposure in asthmatic children and matched healthy controls: results of IPEADAM study." Indoor Air 15 Suppl 10: 25-32.

Volkmer, R. E., R. E. Ruffin, N. R. Wigg and N. Davies (1995). "The prevalence of respiratory symptoms in South Australian preschool children. II. Factors associated with indoor air quality." J Paediatr Child Health 31(2): 116-120.

Wang, J., Y. Zhang, B. Li, Z. Zhao, C. Huang, X. Zhang, Q. Deng, C. Lu, H. Qian, X. Yang, Y. Sun, J. Sundell and D. Norback (2021). "Asthma and allergic rhinitis among young

parents in China in relation to outdoor air pollution, climate and home environment." Sci Total Environ **751**: 141734.

Ware, J. H., D. W. Dockery, A. Spiro, 3rd, F. E. Speizer and B. G. Ferris, Jr. (1984). "Passive smoking, gas cooking, and respiratory health of children living in six cities." Am Rev Respir Dis **129**(3): 366-374.

Willers, S. M., B. Brunekreef, M. Oldenwening, H. A. Smit, M. Kerkhof, H. De Vries, J. Gerritsen and J. C. De Jongste (2006). "Gas cooking, kitchen ventilation, and asthma, allergic symptoms and sensitization in young children--the PIAMA study." Allergy **61**(5): 563-568.

Withers, N. J., L. Low, S. T. Holgate and J. B. Clough (1998). "The natural history of respiratory symptoms in a cohort of adolescents." Am J Respir Crit Care Med **158**(2): 352-357.

Wong, G. W., B. Brunekreef, P. Ellwood, H. R. Anderson, M. I. Asher, J. Crane, C. K. Lai and I. P. T. S. Group (2013). "Cooking fuels and prevalence of asthma: a global analysis of phase three of the International Study of Asthma and Allergies in Childhood (ISAAC)." Lancet Respir Med **1**(5): 386-394.

Wong, G. W., F. W. Ko, D. S. Hui, T. F. Fok, D. Carr, E. von Mutius, N. S. Zhong, Y. Z. Chen and C. K. Lai (2004). "Factors associated with difference in prevalence of asthma in children from three cities in China: multicentre epidemiological survey." BMJ **329**(7464): 486.

Wong, G. W., T. F. Leung, Y. Ma, E. K. Liu, E. Yung and C. K. Lai (2007). "Symptoms of asthma and atopic disorders in preschool children: prevalence and risk factors." Clin Exp Allergy **37**(2): 174-179.

Yu, I. T., A. M. Li, W. Goggins, J. O. Leung, G. Y. Chan, C. K. Fung, C. K. Chan and A. P. Lau (2017). "Association of wheeze during the first 18 months of life with indoor nitrogen dioxide, formaldehyde, and family history of asthma: a prospective cohort study." Hong Kong Med J **23 Suppl 2**(3): 19-23.

Zacharasiewicz, A., T. Zidek, G. Haidinger, T. Waldhor, G. Suess and C. Vutuc (1999). "Indoor factors and their association to respiratory symptoms suggestive of asthma in Austrian children aged 6-9 years." Wien Klin Wochenschr **111**(21): 882-886.

Zhang, M., E. Zhou, X. Ye, Y. X. Sun, J. Sundell and X. Yang (2013). "Indoor environmental quality and the prevalence of childhood asthma and rhinitis in Wuhan area of China." Chinese Sci Bulletin **58**(34): 4223-4229.

Zheng, X. H., H. Qian, Y. L. Zhao, H. P. Shen, Z. H. Zhao, Y. X. Sun and J. Sundell (2013). "Home risk factors for childhood pneumonia in Nanjing, China." Chinese Sci Bulletin **58**(34): 4230-4236.

# AHAM - Declaration of Dr. Stacey Benson_ Ph.D. - PDF for Signature - 08-05-2025(9522923.5)

Final Audit Report                                    2025-08-05

| | |
|---|---|
| Created: | 2025-08-05 |
| By: | Iva Velickovic (Velickovic@wtotrial.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZL6CIWx-iU-jEgHpxJMF_fVx5b_ZKChE |

## "AHAM - Declaration of Dr. Stacey Benson_ Ph.D. - PDF for Signature - 08-05-2025(9522923.5)" History

📄 Document created by Iva Velickovic (Velickovic@wtotrial.com)
2025-08-05 - 5:07:05 PM GMT

📧 Document emailed to Stacey Benson (stacey.benson@valeosciences.com) for signature
2025-08-05 - 5:09:07 PM GMT

📄 Email viewed by Stacey Benson (stacey.benson@valeosciences.com)
2025-08-05 - 5:09:26 PM GMT

✍ Document e-signed by Stacey Benson (stacey.benson@valeosciences.com)
Signature Date: 2025-08-05 - 5:25:25 PM GMT - Time Source: server

✅ Agreement completed.
2025-08-05 - 5:25:25 PM GMT

📕 **Adobe Acrobat Sign**