# Exhibit 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-02417-SKC-KAS

ASSOCIATION OF HOME APPLIANCE
MANUFACTURERS,

                Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the
Colorado Department of Public Health & Environment
(CDPHE),

JEFF LAWRENCE, Director of the Environmental
Health and Sustainability Division of the CDPHE, and

PHIL WEISER, Colorado Attorney General,

                Defendants.

---

## SUPPLEMENTAL DECLARATION OF DR. STACEY BENSON, PH.D.

---

I, Stacey M. Benson, hereby state as follows:

1.      On August 4th, the day before I submitted my initial declaration, the

Colorado Department of Public Health & Environment (CDPHE) published a

webpage titled "Credible, Evidence-Based Information on the Health Impacts of

Gas-Fueled Stoves" (CDPHE, 2025). I have since performed a further analysis of the

content presented and the sources provided on this webpage. The findings from my

analysis are presented below.

2.     Following the main content, the webpage includes a section for related "footnotes and bibliography of relied upon credible, evidence-based information." There are eight footnotes in total, all of which direct the reader to the bibliography, and only four contain unique source information. The bibliography lists 17 citations, and the authors also link to five resources from "other state governments' information," specifically those published by California, Minnesota, Washington, and Illinois.

3.     The title of the page implies that it will present scientific evidence specific to the use of gas-fueled stoves and associated observed health effects. While the presented information initially appears substantial, upon closer inspection, the CDPHE fails to present any epidemiological evidence regarding health effects associated with natural gas cooking.

## I.     ONLY TWO PEER-REVIEWED PUBLICATIONS ARE CITED ON THE CDPHE WEBSITE

4.     Upon review of the footnotes, bibliography, and links provided to other state governments' information, it is notable that only two of the provided citations are scientific research articles published in the peer-reviewed literature (Garg et al., 2025; Lebel et al., 2022).

5.     The remaining citations are links to other government websites, commentaries, or broad overviews of the potential health risk associated with constituents that might be found in trace quantities in natural gas cooking emissions. However, those general information documents fail to put exposures

associated with the development of specific health effects (e.g. cancer) into context with the much lower exposures experienced during gas cooking.

## II.     CDPHE PRIMARY CITATIONS DO NOT INCLUDE A SINGLE EPIDEMIOLOGICAL STUDY ASSESSING NATURAL GAS COOKING AND THE RISK OF HEALTH EFFECTS.

6.     CDPHE primary citations do not include a single epidemiological study assessing natural gas cooking and the risk of health effects. CDPHE only provides links to two studies, one reporting on emission rates for NOx and methane, and the second modelling benzene exposure—completely ignoring dozens of studies published in the peer-reviewed literature evaluating exposures to natural gas cooking and the risk of health effects.

7.     As I presented in my initial declaration (Declaration of Dr. Stacey Benson 08/05/2025), more than 80% of the effect estimates reported in the peer-reviewed literature evaluating health risks associated with cooking with natural gas fail to observe a statistically significant increased risk of any health effect.

## III.    THE CITED PEER-REVIEWED STUDIES DO NOT REPRESENT TYPICAL HOUSEHOLD EMISSION, USE, OR EXPOSURE SCENARIOS

8.     CDPHE states that they are providing evidence of the health effects associated with use of gas fueled stoves. There is no evidence presented based on human subject data. Instead, the website points to two studies where the findings are dominated by a handful of the highest emitting stoves within both studies.

A.    **Natural Gas Stove Emission Study**

9.    Lebel et al. (2022) collected emission measurements at 53 homes in
seven California counties between January 2020 and May 2021. Overall, methane
was measured from gas cooktops (n=53), gas ovens (n = 40) and broilers (n = 31) and
nitrogen oxides (NO, $NO_2$, and $No_x$) were measured from cooktops (n = 32) and
ovens (n = 24). The authors measured each stove burner with a static flux chamber,
which was tested prior to measurement to ensure the room was well sealed. Per the
authors,

> "[t]he stove was contained in an airtight portion of the room of known
> volume (average of 20 $m^3$, range of 8−83 $m^3$, Figure S2) by hanging
> plastic sheets (4−6 mil thickness) to partition the kitchen from
> surrounding space using a ZipWall Dust Barrier System (zipwall.com)
> with 8 or 10 ft tension poles. Clear plastic sheets were sealed along the
> ceiling, walls, and floor using a combination of ZipWall foam bars,
> painter's tape, and/or 3 kg sandbags." (p. 2530).

10.    The authors tested the seal of the test space using ethane injection,
monitoring its decay over time and using the observed change in ethane
concentration to increase methane and NOx measured values. In other words, the
measured concentrations to methane and NOx are reported higher than measured
to account for leaks in the testing room.

11.    Lebel et al. (2022) collected steady-state-off measurements of methane
for 5 to 10 min to capture all emissions from the stove and piping within each
chamber. Then they turned on the burner for three minutes and measured steady-
state-on emissions of methane, NO and $NO_2$.

4

12.     Seventy-five percent of methane emissions originated during the steady-state-off measurement, but it is important to note that only five out of the 53 stoves tested were responsible for approximately half of those steady-state-off emissions. Similar emission distribution was seen during the steady-state-on measurement with 5 stoves emitting 51% of the methane emissions.

13.     The greatest emissions for on/off pulses came from eight burners on two stoves that used pilot lights, which had average emissions more than six times greater than the 180 burners built with electric sparkers. Pilot lights have been banned in the U.S. since April 2012 (10 CFR 430.32(j)(1)-(2)). The worst emissions for both steady state off and on/off pulses came from Unit 19, a Wedgewood stove that was likely 50 years old. The inclusion of these outlier stoves skewed the mean emissions reported.

14.     To recap:

a.  Lebel et al. (2022) provided direct measures of three constituents associated with using natural gas cooking appliances (methane, NO, and $NO_2$).

b.  The measures reflected in the publication inside a completely sealed kitchen are not indicative of real-world exposures in which air naturally circulates between rooms and to some extent, from outside, regardless of whether mechanical ventilation is used.

c.  The emissions values were adjusted higher than measured.

   d.  Methane emissions were dominated by five stoves; as such, the methane emissions are not reflective of typical exposures.

   e.  The highest emitters were stoves with pilot lights.

   f.  This study is an emissions study and not an exposure study. This study is just presenting data on how much methane and NOx is being released from natural gas stoves. It is not presenting data on how much methane or NOx is actually inhaled by a person when they are cooking.

   g.  For the reasons stated above, the Lebel et al. (2022) study does not appear to provide any credible evidence about the health impacts of new gas stoves.

**B.  Benzene Exposure Study**

15.  The second peer-reviewed study cited by CDPHE, Garg et al. (2025), modeled benzene exposures based on the top 5% highest emitting stoves and estimated associated health risks for 6.3 million U.S. residents. The authors used CONTAM, a multizone indoor air quality model, developed by NIST, to simulate benzene exposures in U.S. homes.

16.  The most concerning issues with this paper are as follows:

   a.  Only emissions from the top 5% highest emitting stoves from Kashtan et al. (2023) were used in this model. In other words, only 4 or 5 stoves were used as inputs in the model.

b. The only scenario where exposures exceeded 1 part per billion by volume (ppbv) occurred in the apartment scenario, under high use, with no ventilation.

c. Garg et al. (2025) indicates that they followed use times based on peer-reviewed published observations, but the conditions employed in the model are not reflective of cook times observed for typical consumers.

d. Finally, the ability for the model to accurately predict exposures varies by zone or room.

### 1.    The Emission Rates Employed in the Model do not Reflect Typical Gas Stove Emission Rates

17.     Garg et al. (2025) used the data collected by Kashtan et al. (2023) from 87 homes. They indicated using only the top 5% of the stoves with the greatest emission rates. In other words, they only considered data on 4 or maybe 5 stoves.

18.     As indicated by Garg et al. (2025), the emissions data is very skewed. See **Table 1** for a summary of the 50th percentile, 90th percentile, 95th percentile and max emission values. The emission rates imparted into the model are extreme. I will use the burner on high flame as an example. The authors are using emission data in their model that are 5.7 to 30.9 times higher than the typical (50th percentile) high flame burner.  Similar patterns are seen for burner on low with the model using emission rates between 14.3 and 17 times higher than the median. For

the oven, the model uses emission rates between 7 and 10.9 times higher than the

median.

**Table 1: Descriptive statistics for benzene emission rates of gas stoves for burner (on low, medium, and high flames) and oven at 350°F (modified from Garg et al. 2025 Table S1)**

| Emission Rate (µg/min) | Burner on High Flame | Burner on Low Flame | Oven (350°F) | *Burner on Medium Flame |
|---|---|---|---|---|
| Sample Size (N) | 54 | 43 | 47 | 54 |
| 50th Percentile | 1.34 | 0.21 | 1.91 | 0.78 |
| 90th Percentile | 5.85 | 1.27 | 10.54 | 3.56 |
| 95th Percentile | 7.59 | 3 | 13.42 | 5.30 |
| Max | 41.41 | 3.58 | 20.86 | 22.50 |

The emission rates listed in this **Table 1** are for the single burner of the gas stove when it was turned on for high, low, and medium flame, and when the oven was set at 350°F (**Kashtan et al., 2023**).

## 2.    Predicted to Measured Benzene Concentrations Are Not Well Correlated for Kitchen Measurements

19.    To validate their model, Garg et al. (2025) compared their modeled

benzene exposures to measured benzene concentrations in six test homes. For the

direct measurements of benzene, the authors left the stove on for 1 to 1.5 hours and

then continued monitoring exposures in the home for another 3 to 6.5 hours. For the

stove being tested, one burner was left on high and the gas oven was set to either

350 °F or 475 °F.

20.    Garg et al. (2025) performed a correlation analysis of all predicted and measured benzene concentrations for three zones (kitchen, living room and bedroom), and reported that their regression explains 79% of the variability in the data and that the slope was 1.0575 indicating a near 1:1 relationship between their modeled estimates and measured concentrations. However, the authors combined all measurements together, making it difficult to determine how well the model predicted exposures by zone.

21.    I extracted the data from Figure 1 of Garg et al. (2025) using Webplot Digitizer. I was able to approximate the Garg et al. (2025) findings after extracting all data points and obtained a slope of approximately 1 with a lower $R^2$ of approximately 0.6. The discrepancy in the correlation metric ($R^2$) is likely due to only having access to the raw data shown in this figure.

22.    Next, I evaluated only the data reflective of the modeled and predicted measures for the kitchen and found the model agreement was poor. As shown in **Figure 1**, the slope is 0.58 with a y-intercept of 0.2 and an $R^2$ of 0.419. In other words, the model only explains 42% of the variability in the data for benzene concentrations in the kitchen. Modeled and measured benzene concentrations in the kitchen do not reflect a 1:1 relationship.

**Figure 1. Kitchen specific comparison of measured and modeled benzene concentrations**



23.     I performed similar evaluations for the bedroom (**Figure 2**) and living room (**Figure 3**). For these comparison the data for the bedroom and living room best fit line had y-intercepts close to 0. The $R^2$ values were higher than the kitchen at 0.67 and 0.63 for the bedroom and living room, respectively. This indicates that the modeled data explains only 67% and 63% of the variability in benzine emissions in these rooms respectively. However, the slopes for the bedroom and living room were not 1. The bedroom model inflated the benzene predictions by 1.1364 (13.6%). The living room slope was even higher at 1.25, indicating the model overestimated benzene measurements by 25%.

24.     By comparing all data points collectively the authors were diminishing the influence of zone specific models. This is critical because these predicted measures were used to calculate the incremental lifetime cancer risks (ILTCR). As

Garg et al. (2025) explains, the calculation includes the variable EL (exposure length) which represents the time spent in different parts/rooms of the home in a day.

> "…EL for the kitchen (5 minutes, 30 minutes, and 41 minutes in both morning and evening for low, moderate, and high stove usage scenarios respectively), EL for living room (1 hour in the morning, and 2 hours in the evening for all scenarios), and EL for bedroom (9 hours)." (p. 5).

25.    Based on the slopes, the model likely under estimates kitchen exposures, where the resident spends the least amount of time (10, 60 or 82 minutes) and over estimates exposures in the living room (3 hours) and bedroom (9 hours) where the overwhelming majority of time is spent, resulting in an overall inflated estimate.

26.    Also note, that as exposures get higher, the data spread around the slope expands, regardless of zone, indicating the model is unable to accurately predict higher exposures.

**Figure 2. Bedroom specific comparison of measured and modeled benzene concentrations**



**Figure 3. Living room specific comparison of measured and modeled benzene concentrations**



27.    Garg et al. (2025) uses a measure of correlation between measured and modeled benzene concentrations for all zones (rooms) combined. However, this does not provide an indication of the agreement between modeled and measured benzene values.

**28.**    Garg et al. (2025) demonstrates that often as measured benzene levels went up or down, predicted benzene levels also went up or down, but for many zones, the values do not match as shown in Garg et al. (2025)'s published Figure 2 and Supplemental Figure S3, a subset of which is presented here as **Figure 4**.

**Figure 4. Modeled (red) and measured (black) benzene concentrations in various zones.**



29.    Garg et al. (2025) then modeled benzene concentrations in four

residence types: manufactured homes, apartments, attached homes, and detached

homes. They analyzed benzene concentrations using low, medium, and high gas

stove usage and indicated that the usage time was based on measured use as

reported by Zhao et al. (2020). Different ventilation scenarios were also assessed: no

ventilation, windows open all day, windows open for parts of the day, and hood

operations at 25%, 50%, and 75%.

30.     The results for modeled average daily benzene exposure are shown

below in **Figure 5** (Published as Figure 4 in Garg et al. (2025)).

**Figure 5. Daily modeled average benzene concentrations under various cooking and ventilation conditions as reported by Garg et al. (2025).**



Fig. 4. Daily average benzene exposure concentration (ppbv) for ventilated and non-ventilated scenarios. Hood 25 % CE, 50 % CE, and 75 % CE represent the benzene capture efficiency of the hoods installed in dwellings. In this image, DH Low, DH Medium, and DH High represent benzene concentration in a detached home with low, medium, and high stove usage, respectively. Similarly, APT, MH, and AH indicate apartments, mobile homes, and attached homes, respectively. The error bars in these graphs represent the range of possible benzene exposure concentrations. Note: All these scenarios compared the top 5 % of benzene-emitting gas stoves for U.S. homes.

31.     I used Webplot Digitizer to understand the average concentrations of

the various housing types and usage scenarios which consistently showed that the

highest benzene concentrations were apartments under high use conditions

(represented by the blue bars in **Figure 5**). An approximation of the data for

apartments gives average benzene concentrations of 0.29 ppbv hood 75%; 0.59 ppbv

hood 50%; 0.88 ppbv hood 25%; 0.04 ppbv window open; 0.71 ppbv window

moderate; and 1.17 ppbv no ventilation.

32.    The authors then estimated human health risks based on the modeled

benzene concentration data. However, due to the extreme use conditions presented

in Garg et al. (2025), the health risk assessment the authors present is essentially a

mathematic exercise and does not reflect potential health risks under typical use

conditions.

### 3.    The Use Scenarios Presented in Garg et al. (2025) are NOT Reflective of Typical Use Durations

33.    The authors of Garg et al. (2025) state they employed cook times based

on peer-reviewed data. However, their cook times far exceed any observational data

regarding actual cook times as published in cited peer-reviewed literature.

34.    Garg et al. (2025) states they used benzene emissions from Kashtan et

al. (2023) and cook times as reported by Zhao et al. (2020). Zhao et al. (2020)

presents data on daily use times of stoves in 54 single-family homes and 17 low-

income apartments in California. Kashtan et al. (2023) state in their publication

that Singer et al. (2020) also provides data on cooktop and oven usage time from a

study monitoring 70 California homes. Singer et al. (2020) points to additional stove

use data presented by Offermann (2009).

35.    As consistently shown across all these studies capturing data on usage

time and summarized in **Table 2**, most people use their stoves and ovens for less

than an hour a day. See **Table 2** for a summary of reported daily usage time for

stoves and ovens from these sources.

**Table 2. Typical daily usage time for stoves and ovens.**

| Study | Home count (n) | Monitor Time | Use Time | | |
|---|---|---|---|---|---|
| Offerman et al. (2009) | 108 | 24 hours | Median values<br>Total Cooking: 35 minutes<br>Baking: 45 minutes<br>Boiling: 20 minutes<br>Broiling: 19 minutes | | |
| Singer et al. 2020 | 70 | 1 week | Count of stoves and ovens by minutes per day | | |
| | | | | Stoves | Oven |
| | | | < 10 minutes | 3 | 3 |
| | | | 10 to 30 minutes | 40 | 20 |
| | | | 30 to 60 minutes | 20 | 24 |
| | | | > 60 minutes | 3 | 5 |
| | | | no usage | 2 | 16 |
| | | | no response | 2 | 2 |
| Zhao et al. 2020 | 80 (57 single family; 23 apartments) | 1 week | Single family<br>Mean: 32 minutes<br>10th to 90th percentile: $8 - 73$ minutes<br>Apartment<br>Mean: 40 minutes<br>10th to 90th percentile: $8 - 56$ minutes | | |

Table 2 includes data from Zhao et al. (2020) p.6, Singer et al. (2020) p.8 and Table

S27, and Offermann (2009) p.84.

36.    Another important factor associated with daily use time is how cook

time is calculated. Zhao et al. (2020) states the following:

"Each cooking event is defined by a start and stop time, burners used
(CT for cooktop only, OV for oven only and CTOV for both), total
minutes of CT burner use (e.g., 2 CT burners used for 10 min each is

20 burner-min) and total minutes of all burner operation. This includes
the estimated full duration of OV use, not accounting for cycling of the
OV burner." (p. 3-4).

37.    Garg et al. (2025) used the following assumptions regarding cook

times:

Low use condition is one burner on in the morning and two burners on
in the evening, each for 5 minutes, and no oven.

The medium use conditions is one burner on in the morning and two
burners on in the evening, each for 30 minutes, and no oven.

The high use condition reflects 2 burners on in the morning and 4
burners on in the evening, each for 41 minutes, and the oven was on in
the evening for 134 minutes.

38.    The total cook time assumed by Garg et al. (2025), based on

components in use, and duration of use for each component is presented below:

3 burners X 5 minutes = 15 minutes total cooking time

3 burners X 30 minutes = 90 minutes total cooking time

(6 burners X 41 minutes) + (1 oven X 134 minutes) = 380 minutes total
cooking time

39.    Garg et al. (2025) claims these assumptions were based on Zhao et al.

(2020):

"The assumptions regarding the duration of cooking time are based on
direct measurements of burner and oven usage using thermocouples in
54 single-family homes and 17 low-income apartments in California, as
reported by Zhao et al. (2020)." (p. 4)

40.    This is not accurate. As shown in Table 2 above, Zhao et al. (2020)

actually found "The mean and 10th–90th values of total cooking duration were 32

and 8–73 min for single-family houses and 40 and 8–56 min for apartments." (p.6).

18

41.    In Garg et al. (2025), the unrealistic high use condition, in apartments, with no ventilation, was the only scenario resulting in daily average benzene exposure concentrations above 1 ppbv.

42.    The total cooking time Garg used for high use is 9.5 to 11.9 times higher than the averages reported in Zhao et al. (2020). If you compare the Garg et al. (2025) cooking time under high use to the 90th percentile reported by Zhao et al. (2020) for single family homes and apartments, the cooking time is 5.2 to 6.8 times higher, respectively.

43.    Even Garg et al.'s assumptions for "medium" use (90 minutes) exceed the 90th percentile (i.e., more than 90% of households) daily cook time measured by Zhao et al. (2020) for both apartments and single family homes.

44.    In summary, in Garg et al. (2025):

a.  The benzene emission factors are not reflective of natural gas stoves and ovens for the U.S. as the emission rates from only the top 4 or 5 highest emitting gas stoves were used in the model.

b.  The cook times Garg used for his medium exposure scenario exceed the 90th percentile of total daily use in homes.

c.  The high exposure scenario is excessive and does not reflect typical use of cooking appliances.

    d.  As reported in the peer-reviewed literature, typical use time is less than an hour and is composed of multiple cooking events, not a single continuous use period of an hour or more.

    e.  This study does not inform on potential health risks associated with the use of natural gas appliances because the ILTCR estimates are inflated—only the top five percent of emitting stoves are considered and the use conditions are extreme—cooking times are 9.5 to 11.9 times higher than the average.

    f.  This study did not include any human subject data and fails to inform on the potential health effects associated with use of natural gas stoves under realistic conditions.

**C.  The Use Scenarios in Kashtan et al. (2024) were Likewise NOT Reflective of Typical Use Durations**

45.    The same unrealistic cook time assumptions used in Garg et al. (2025) were also used in Kashtan et al. (2024), who referred to them as the 5th, 50th, and 95th percentile, instead of Low, Medium, and High. (Table S7, "Burner and Oven Use.") Like Garg et al. (2025), Kashtan et al. (2024) incorrectly claimed that these "[a]ssumptions about duration of cooking time are based on burner and oven usage measured . . . in Zhao et al. 2020." (Table S7 and p.12). Zhao et al. (2020) reported that 90th percentile use was 73 minutes for single family houses and 56 minutes for apartments. Kashtan et al. (2024) used 380 minutes (6 hours, 20 minutes) total cook

20

time as the 95th percentile, but provide no evidence or explanation to support this use duration. Zhao et al. does not report the 95th percentile.

46.     Kashtan et al. (2024) was a study that modeled nitrogen dioxide exposures from gas stoves and claimed to calculate pediatric asthma cases attributable to this exposure. Other flaws of Kashtan et al. (2024) were discussed in my initial declaration at Paragraphs 78-82.

47.     Kashtan et al. (2024) explained "there is a broad range in how frequently people use their stoves and their range hoods (and range hoods' efficacy) and open their windows, and these input parameters can alter estimated exposure (see Fig. 4). Of these inputs, stove use (i.e., length of time and number and intensity of burner and oven usage) had the largest spread and effect on exposure estimates." (p.12).

48.     The only scenario where $NO_2$ exceeded the EPA' short-term $NO_2$ benchmark (i.e., 100 ppbv on no more than 7 days per year) occurred under the unrealistic "95th percentile" cook time assumption of 380 minutes total cook time per day according to Kashtan et al. (2024) Figure S5-C  (**Figure 6** below**)**.

**Figure 6. Modeled number of days per year with a maximum 1-hour-averaged exposure to $NO_2$ from gas or propane stoves exceeding 100 ppbv as reported by Kashtan et al. (2024) Figure S5-C.**



## IV.    CDPHE STATES HEALTH EFFECTS OBSERVED IN OCCUPATIONAL STUDIES APPLY TO EXPOSURE SCENARIOS FOUND IN THE HOME DURING NATURAL GAS COOKING.

49.    The CDPHE website states,

"[b]reathing high levels of indoor air pollution associated with gas stoves and other sources, breathing it more frequently, or over long periods of time, can increase the risk of developing chronic heart and lung diseases, asthma, impacts to the immune system, and some cancers, such as leukemia, or cancers of the nose and throat."

50.    The citations to support the purported association between cooking with natural gas and the risk of leukemia and cancers of the nose and throat are generic data sheets for benzene and formaldehyde, respectively. The benzene fact sheet does not include cooking with natural gas as a source of exposure. Further it states an increased risk of leukemia is observed in humans occupationally exposed

to benzene (U.S. EPA, 2012). The evidence presented has not shown that cooking with natural gas appliances exposes consumers to occupational levels of benzene.

51.    Similarly, the Agency for Toxic Substances and Disease Registry (ATSDR) public health statement for formaldehyde does not list cooking with natural gas as a source of exposure. Examples of indoor air sources include tobacco smoke, consumer products and building materials. The risk of nose and throat cancer is only observed in those repeatedly exposed to occupational levels of formaldehyde (ATSDR, 2008).

52.    The CDPHE website includes no references to measured or modeled formaldehyde exposures from gas stove cooking to compare to these high occupational exposures.

## V.    SECONDARY CITATIONS ARE MISLEADING AND INCOMPLETE

**53.**    I conducted an evaluation of the source links provided by CDPHE. For each weblink provided, I reviewed every citation on the associated source page. Over 190 different sources were cited by and/or linked to the primary references. The vast majority of links are unrelated to natural gas cooking (**Table 3**).

**Table 3. Topics associated with secondary citation links**

| General topics | Related to indoor air quality improvements | Indoor air pollutants |
|---|---|---|
| ATSDR main page and specific chemicals | Ventilation | Mold |
| Climate change | Air cleaners | Radon |
| CPSC links | Air ducts | Asbestos |
| Energy and Clean air | ASHRAE standards | Indoor biologicals |
| Energy conservation | HUD indoor air | Carbon monoxide |
| EPA IRIS main page and specific chemicals | Humidifiers | OSHA wood working |
| NFPA | Building standard codes | Lead |
| NTP | School indoor air quality guidelines | Pesticides |
| Poison control | FEMA | PM |
| Risk Assessment Guidelines | | Smoking and vaping |
| USDHHS registry of toxic effects | | VOCs 3D Printing |
| WHO air quality page | | |
| Occupational exposures | General health conditions | Outdoor air quality |
| Response to chemical emergencies | Asthma | Fires |
| NIOSH pocket guide to chemicals | | Wildfires |
| NIOSH links to chemicals experienced in the workplace | | Ozone Acid Rain |
| OSHA air | | PM |
| OSHA standards | | VOCs |

54.    One link mentions "cooking on any stove emits fine particulate matter (airborne particles less than 2.5 micrometers in diameter) during some cooking processes," which "may affect heart and lung health, depending on exposure time, concentrations, and general health, and other factors." (U.S. GAO-25-107514.) It

provided no estimate of PM exposures related to gas cooking or associated health effects.

55.     The majority of links discussing physiological response to indoor air quality provide a list of general symptoms like eye, nose and throat irritation or general respiratory effects. The only actual health endpoint discussed is asthma.

**The Environmental Protection Agency Recognizes that Asthma is Multifactorial**

56.     Two secondary links from the U.S. Environmental Protection Agency provide the reader with information on common asthma triggers found in the home (EPA, 2018; EPA, 2025a). Asthma triggers indicated from these EPA sources include, but are not limited to: pests (e.g. cockroaches), pet dander, secondhand smoke, volatile organic compounds (VOCs) from off-gassing household products, dust mites, mold, and combustion byproducts from gas cooking appliances, fireplaces, woodstoves, candles, incense, unvented kerosene and gas space heaters.

**The Environmental Protection Agency provides an overview of indoor air pollution and health**

57.     Another of the secondary links points the reader to the U.S. EPA information page on indoor air pollution and health (EPA, 2025b). The EPA informs the reader that indoor pollution sources are the primary cause of indoor air quality problems which can be alleviated with adequate ventilation. The numerous sources of indoor air pollution include fuel-burning combustion appliances, tobacco products,

building materials and furnishings, household cleaning products, central heating

and cooling systems, excess moisture, radon, pesticides, and outdoor air pollution.

58.     Most importantly the agency states the following:

"While pollutants commonly found in indoor air can cause many
harmful effects, there is considerable uncertainty about what
concentrations or periods of exposure are necessary to produce specific
health problems. People also react very differently to exposure to
indoor air pollutants. Further research is needed to better understand
which health effects occur after exposure to the average pollutant
concentrations found in homes and which occurs from the higher
concentrations that occur for short periods of time."

## VI.  PEER-REVIEWED STUDIES IDENTIFIED FROM SECONDARY LINKS DO NOT PROVIDE EVIDENCE THAT COOKING WITH NATURAL GAS IS ASSOCIATED WITH HEALTH EFFECTS

59.     Only eight peer-reviewed studies are cited in the secondary citations

(Belanger et al., 2006; Fabian et al., 2012; Garg et al., 2025; Gillespie-Bennett et al.,

2011; Gruenwald et al., 2023; Lebel et al., 2022; Li et al., 2023; Lin et al., 2013). A

critique of the Lebel et al. (2022) and Garg et al. (2025) studies are described above.

I provided a critique of the Gruenwald et al. (2023) proportion attributable fraction

calculation in my declaration dated August 5, 2025. I also summarized the Lin et al.

(2013) and the Li et al. (2023) review papers which included Belanger et al. (2006).

60.     The remaining two studies included an epidemiological study of the

influence of indoor nitrogen dioxide unflued gas heating units and asthma

symptoms (Gillespie-Bennett et al., 2011) and a simulation modeling study to

determine the influence of numerous environmental factors on predicted forced

expiratory volume in 1 second (FEV1) (Fabian et al., 2012).

61.    Fabian et al. (2012) used FEV1 as a metric because it is associated with the probability of asthma exacerbations. Environmental factors included in the simulation model were nitrogen dioxide and particulate matter combustion pollutants, and mold and cockroach allergens. Two cockroach allergens (Bla g 1 and Bla g 2) had the strongest influence on FEV1 reducing it by 8.4% and 5.5%, respectively, while nitrogen dioxide and $PM_{2.5}$ reduced FEV1 by 4 and 3.4%, respectively. (p.11). The authors tried but were unable to validate their model due to the paucity of data in the peer-reviewed literature measuring the effect of building interventions on this outcome (p.11-12).

62.    Neither of these studies provide any evidence regarding health effects associated with natural gas cooking.

63.    A list of References follows my signature below. Any sources cited in that list of References that are not included in the table in the next paragraph are available upon request through Wheeler Trigg O'Donnell LLP.

64.    In addition to the references, I am attaching to this Declaration true and correct copies of the following papers:

| Exhibit | Contents |
|---|---|
| A | Lebel ED, Finnegan CJ, Ouyang Z, Jackson RB. (2022). Methane and NO(x) Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes. <u>Environ. Sci. Technol</u>., 56(4), 2529-39. |
| B | Garg A, Kashtan Y, Nicholson M, Finnegan CJ, Lebel ED, Michanowicz DR, Shonkoff SBC, Nadeau KC, Jackson RB. (2025). Exposure and health risks of benzene from combustion by gas stoves: A modelling approach in U.S. homes. <u>J. Hazard. Mater.</u>, 492, 137986. |
| C | Zhao H, Chan WR, Delp WW, Tang H, Walker IS, Singer BC. (2020). Factors Impacting Range Hood Use in California Houses and Low-Income Apartments. <u>Int. J. Environ Res. Public Health</u>, 17(23). |
| D | Singer BC, Chan WR, Kim YS, Offermann FJ, Walker IS. (2020). Indoor air quality in California homes with code-required mechanical ventilation. <u>Indoor Air</u>, 30(5), 885-99. |
| E | Kashtan, Y., M. Nicholson, C. J. Finnegan, Z. Ouyang, A. Garg, E. D. Lebel, S. T. Rowland, D. R. Michanowicz, J. Herrera, K. C. Nadeau and R. B. Jackson (2024). "Nitrogen dioxide exposure, health outcomes, and associated demographic disparities due to gas and propane combustion by U.S. stoves." <u>Sci. Adv.</u> 10(18): eadm8680.[1] |
| F | Fabian MP, Stout NK, Adamkiewicz G, Geggel A, Ren C, Sandel M, Levy JI. (2012). The effects of indoor environmental exposures on pediatric asthma: a discrete event simulation model. <u>Environ. Health</u>, 11, 66. |

---

[1] Kashtan et al. (2024) was also attached as Exhibit F to my initial declaration, but this exhibit adds Kashtan et al. (2024)'s Supplementary Materials.

I declare under penalty of perjury, as required under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated August 19, 2025

_Stacey M. Benson_

Stacey M. Benson

# REFERENCES

Declaration of Dr. Stacey Benson 08/05/2025 in Association of Home Appliance, Plaintiff, v. Jill Hunsaker Ryan, Executive Director of Colorado Department of Public Health & Environment (CDPHE), Jeff Lawrence, Director of the Environmental Health and Sustainability Division of the CDPHE, and Phil Weiser, Colorado Attorney General, DefendantsDeclaration of Dr. Stacey Benson 08/05/2025 in Association of Home Appliance, plaintiff, v. Jill Hunsaker Ryan, Executive Director of Colorado Department of Public Health & Environment (CDPHE), Jeff Lawrence, Director of the Environmental Health and Sustainability Division of the CDPHE, and Phil Weiser, Colorado Attorney General, Defendants

ATSDR. (2008). ATSDR Public Health Statement: Formaldehyde. CAS #50-00-0, Available at: https://www.atsdr.cdc.gov/toxprofiles/tp111-c1-b.pdf.

Belanger K, Gent JF, Triche EW, Bracken MB, Leaderer BP. (2006). Association of indoor nitrogen dioxide exposure with respiratory symptoms in children with asthma. Am. J. Respir. Crit. Care Med., 173(3), 297-303.

CDPHE. (2025). Credible, Evidence-Based Information on the Health Impacts of Gas-Fueled Stoves, https://cdphe.colorado.gov/health-impacts-of-gas-fueled-stoves.

EPA. (2018). Home Characteristics and Asthma Triggers. https://www.epa.gov/sites/default/files/2018-05/documents/asthma_home_environment_checklist.pdf. Accessed on| August 12, 2025.

EPA. (2025a). Asthma Triggers: Gain Control. https://www.epa.gov/asthma/asthma-triggers-gain-control. Accessed on| August 12, 2025.

EPA. (2025b). Introduction to Indoor Air Quality. https://www.epa.gov/indoor-air-quality-iaq/introduction-indoor-air-quality. Accessed on| August 12, 2025.

Fabian MP, Stout NK, Adamkiewicz G, Geggel A, Ren C, Sandel M, Levy JI. (2012). The effects of indoor environmental exposures on pediatric asthma: a discrete event simulation model. Environ. Health., 11, 66.

Garg A, Kashtan Y, Nicholson M, Finnegan CJ, Lebel ED, Michanowicz DR, Shonkoff SBC, Nadeau KC, Jackson RB. (2025). Exposure and health risks of benzene from combustion by gas stoves: A modelling approach in U.S. homes. J. Hazard. Mater., 492, 137986.

Gillespie-Bennett J, Pierse N, Wickens K, Crane J, Howden-Chapman P, Housing H, Health Study Research T. (2011). The respiratory health effects of nitrogen dioxide in children with asthma. Eur. Respir. J., 38(2), 303-9.

Gruenwald T, Seals BA, Knibbs LD, Hosgood III HD. (2023). Population attributable fraction of gas stoves and childhood asthma in the United States. Int. J. Environ. Res. Public Health, 20(75).

IARC. (2018). Volume 120: Benzene. In IARC Working Group on the Evaluation of Carcinogenic Risks to Humans, (Ed.), IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Lyon, France, International Agency for Research on Cancer, World Health Organization.

Kashtan, Y., M. Nicholson, C. J. Finnegan, Z. Ouyang, A. Garg, E. D. Lebel, S. T. Rowland, D. R. Michanowicz, J. Herrera, K. C. Nadeau and R. B. Jackson (2024). "Nitrogen dioxide exposure, health outcomes, and associated demographic disparities due to gas and propane combustion by U.S. stoves." Sci. Adv. 10(18): eadm8680.

Kashtan YS, Nicholson M, Finnegan C, Ouyang Z, Lebel ED, Michanowicz DR, Shonkoff SBC, Jackson RB. (2023). Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution. Environ. Sci. Technol., 57(26), 9653-63.

Lebel ED, Finnegan CJ, Ouyang Z, Jackson RB. (2022). Methane and NO(x) Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes. Environ. Sci. Technol., 56(4), 2529-39.

Li W, Long C, Fan T, Anneser E, Chien J, Goodman JE. (2023). Gas cooking and respiratory outcomes in children: A systematic review. Glob. Epidemiol., 5, 100107.

Lin W, Brunekreef B, Gehring U. (2013). Meta-analysis of the effects of indoor nitrogen dioxide and gas cooking on asthma and wheeze in children. Int. J. Epidemiol., 42(6), 1724-37.

Offermann FJ. (2009). Ventilation and Indoor Air Quality in New Homes. In California Air Resources Board and California Energy Commission PE-RERP, (Ed.), Collaborative Report CEC-500-2009-085.

Singer BC, Chan WR, Kim YS, Offermann FJ, Walker IS. (2020). Indoor air quality in California homes with code-required mechanical ventilation. Indoor Air, 30(5), 885-99.

U.S. EPA. (2012). Benzene. https://www.epa.gov/sites/default/files/2016-09/documents/benzene.pdf.

U.S. Government Accountability Office, Gas Stoves: Risks and Safety Standards Related to Products and Ventilation, GAO-25-107514, 3 (March 14, 2025). https://www.gao.gov/assets/880/876258.pdf.

Zhao H, Chan WR, Delp WW, Tang H, Walker IS, Singer BC. (2020). Factors Impacting Range Hood Use in California Houses and Low-Income Apartments. Int J. Environ. Res. Public Health, 17(23).

# Supplemental Declaration of Dr. Stacey Benson PhD

Final Audit Report                                             2025-08-19

| | |
|---|---|
| Created: | 2025-08-19 |
| By: | Kristina Sun (sun@wtotrial.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAK_6PMXK7ike5sMtgflSB7FBbEeOazdeM |

## "Supplemental Declaration of Dr. Stacey Benson PhD" History

🗎 Document created by Kristina Sun (sun@wtotrial.com)
2025-08-19 - 5:04:22 PM GMT

📧 Document emailed to Stacey Benson (stacey.benson@valeosciences.com) for signature
2025-08-19 - 5:04:56 PM GMT

🗎 Email viewed by Stacey Benson (stacey.benson@valeosciences.com)
2025-08-19 - 5:06:04 PM GMT

✒ Document e-signed by Stacey Benson (stacey.benson@valeosciences.com)
Signature Date: 2025-08-19 - 5:09:25 PM GMT - Time Source: server

✅ Agreement completed.
2025-08-19 - 5:09:25 PM GMT

**Adobe Acrobat Sign**