**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02417-SKC-KAS

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS,

     Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado Department of Public
Health & Environment (CDPHE), in her official capacity;
JEFF LAWRENCE, Director of the Environmental Health and Sustainability
Division of the CDPHE, in his official capacity; and
PHIL WEISER, Colorado Attorney General, in his official capacity,

     Defendants,

and

PHYSICIANS FOR SOCIAL RESPONSIBILITY COLORADO

     Proposed Defendant-Intervenor.

---

**DECLARATION OF MICHAEL JOHNSON, PhD**

---

I, Michael Johnson, PhD, hereby state as follows:

## I.    QUALIFICATIONS AND BACKGROUND

1.    I am an environmental scientist specializing in air quality monitoring, exposure assessment, and epidemiology, with 15 years of professional experience designing, conducting, analyzing, and interpreting data from air pollution projects. My work has focused extensively on indoor air pollution from household energy use, including studies of gas and electric stoves.

2.      I earned my bachelor's degree in Physics (cum laude) from The
Colorado College in 1999, my master's degree in Science Education from Oregon
State University in 2002, and my PhD in Environmental Health, Science, & Policy,
with a concentration of Public Health and Epidemiology from the University of
California, Irvine, 2009. My doctoral dissertation pertained to in-field quantification
of cookstove emissions.

3.      I currently serve as the Technical Director and President of Berkeley
Air Monitoring Group. I have held this position since 2018. Berkeley Air Monitoring
Group was founded in 2008 and provides rigorous and scientific monitoring and
evaluation services to household energy and air pollution initiatives across the
globe. It carries out high-impact field studies to measure impacts on climate, health,
and livelihoods. Berkeley Air Monitoring Group is an independent organization that
does not promote any particular technology or fuel.

4.      I have led or served on the project team for over 40 scientific projects
aimed at investigating various aspects of air quality sources, dynamics, and
impacts. These projects have occurred around the world, and have received funding
from U.S. Department of Energy, U.S. Agency for International Development, U.S.
EPA, U.S. Department of Housing and Urban Development, National Institutes of
Health, National Institute of Environmental Health Sciences, World Health
Organization, World Bank, United Nations, and various other universities, private
corporations, and charitable organizations. I have published over 70 peer-reviewed

3

scientific articles and have made over 50 invited presentations at national and
international conferences and events.

5.      Over the course of my career as a scientist, project manager, and
investigator, I have employed established scientific methods for air pollutant
monitoring and modeling for personal exposure, ambient and area environments,
and small-scale emission sources. This experience involves the use of various air
quality instruments to measure particulate matter, black and organic carbon,
oxides of nitrogen, and other pollutants.

6.      I have contributed to the development of standards and guidelines
related to household energy and indoor air quality. For both the World Health
Organization and the International Organization for Standardization, I led efforts
to establish stove emissions targets directly linked to indoor pollutant
concentrations.

7.      I was retained by outside counsel for PSR Colorado to provide an
independent expert opinion on air pollutant emissions from combustion gas stoves,
including comparisons with electric stoves, the resulting impacts on indoor air
quality, and how these impacts are influenced by factors such as ventilation and the
size of the indoor space where stoves are used. My time is billed at a rate of $1800
per day.

8.      My current curriculum vitae, which accurately demonstrates my
training, qualifications, and experience, is attached hereto.

4

## II.    SUMMARY OF OPINIONS

9.    Based on established scientific principles and empirical evidence, gas stoves emit multiple air pollutants, including nitrogen oxides (NO and $NO_2$), carbon monoxide, and benzene, during normal operation. These emissions have been quantified across laboratory and field studies, confirming that gas stoves are indoor sources of combustion-generated pollutants. While the concentrations observed indoors vary according to non-source factors such as room size, ventilation, and housing type, these factors influence the degree of accumulation rather than the presence of emissions. Gas stoves measurably increase indoor pollutant concentrations compared to electric stoves, showing that the source itself, not only the surrounding environment, drives the elevated levels of $NO_2$ and other pollutants found in gas stove-using homes.

10.    Based on the available evidence, emissions from gas stoves result in elevated indoor pollutant concentrations. Studies in U.S. homes consistently show that daily average $NO_2$ concentrations are higher in homes using gas stoves than in those using electric or induction stoves. In addition to elevated daily averages, multiple studies report that peak $NO_2$ concentrations during cooking often exceed 100 ppb, the U.S. EPA 1-hour National Ambient Air Quality Standard. These findings indicate that the use of gas stoves leads to indoor $NO_2$ concentrations that frequently exceed levels identified by the U.S. EPA as unhealthy.

III.    **BASIS OF OPINIONS**

   A.    **Combusting gas in cookstoves emits pollutants.**

11.    Combustion of natural gas in residential stoves is a well-established source of indoor air pollutants. The chemical processes that form nitrogen oxides (NO and $NO_2$ [collectively $NO_x$]) have been extensively characterized. These pollutants are formed primarily through interactions with nitrogen ($N_2$) in ambient air, meaning they are byproducts of combustion rather than a result of incomplete combustion. Even if methane ($CH_4$), the hydrocarbon in natural gas (or propane and/or butane for liquefied petroleum gas [LPG]), were fully oxidized to carbon dioxide ($CO_2$) and water ($H_2O$) in the combustion process, the interactions with nitrogen in air would still generate NO and $NO_2$. Thus, gas stove combustion necessarily results in $NO_x$ emissions.

12.    Multiple decades of combustion research have identified three primary pathways for NOx formation at temperatures that overlap with gas stove flame temperatures (sources):

- Thermal NO (Zeldovich mechanism): At high flame temperatures (>1600 °C), N2 reacts with O, OH, and other radicals to form NO. (Debrou et al. 1980; Waldman et al. 1974).

- Prompt NO: At moderate temperatures (800–1300 K), and in fuel-rich regions of combustion, hydrocarbon fragments and radicals react with

6

$N_2$ to form NO. Reported in Matsui and Nomaguchi (1978), Shimizu et al. (2005), and Han et al. (2021).

- Secondary NO oxidizes further to $NO_2$ in cooler, oxygen-rich post-flame zones through reactions with hydroperoxyl ($HO_2$) and organic peroxy ($RO_2$) radicals. These processes were reported by Dagaut and Dayma (2005), Mosiewicz et al. (2000), and Coutant et al. (1977).

13.    It is also important to distinguish the pollutants generated by fuel combustion from those produced by the cooking process itself. Cooking activities such as frying, grilling, or roasting release particles and volatile organic compounds regardless of the heat source, meaning that even electric or induction cooking can elevate indoor particulate matter (Huboyo et al. 2011; Jaffe et al. 2025; Tang and Pfrang 2023; Zusman et al. 2021). However, the nitrogen oxides and air pollutants such as benzene and carbon monoxide (CO) (Kashtan et al. 2023; Ye et al. 2023; Shen et al. 2018; Relwani et al. 1986) documented in studies of gas stove use originate specifically from the use of gas for cooking. Non-combustion cooking appliances do not generate these combustion-related emissions. Therefore, while all cooking can contribute to indoor air pollution, gas stoves generate distinct and additional combustion-derived pollutants.

14.    The $NO_x$ formation during the combustion process above results in measurable emissions from gas stoves. A range of peer-reviewed studies have shown that under normal cooking conditions in homes and laboratory studies gas

stoves emit $NO_2$. Recent field studies in California and Colorado homes reported $NO_2$ emission factors of 8-9 ng per joule of gas energy (Kashtan et al. 2024; Lebel et al. 2022), while controlled experiments in test houses have found similar values (~10 ng/J) (Singer et al. 2016). Jaffe et al. (2025) reported an $NO_2$ emission factor of 5.8 ng/J from gas stoves in the state of Washington.

**B.    Elevated concentrations of $NO_2$ are consistently measured in homes using gas stoves compared to those using electric stoves.**

15.    Studies in the United States consistently report higher daily average $NO_2$ concentrations in gas stove-using homes than in electric stove-using homes, with those shown in Figure 1 indicating that electric stove homes had approximately 37% to 82% lower concentrations than gas stove homes.



**Figure 1.  Studies of average daily indoor $NO_2$ concentrations measured in U.S. homes with gas versus electric stoves.**

# Estimates extracted from Figure 2 in the article.
* The Colton et al. 2014 study compared "green" apartments, which had a variety of retrofits, including electric stoves, to "conventional" apartments. The conventional apartment group consisted of 43 homes, 40 of which had gas stoves and 3 of which had electric stoves.

16.    Spengler et al. (1983) found that kitchens in homes with gas stoves in Wisconsin had mean $NO_2$ concentrations ~26 ppb higher than outdoors, while homes with electric stoves were below outdoor levels, with the differences highly significant. Marbury et al. (1988) reported activity room concentrations averaging 41 ppb in gas homes versus 7 ppb in electric homes in Albuquerque, New Mexico, a nearly five-fold difference that was statistically significant. Belanger et al. (2013)'s study in Connecticut and Massachusetts reported gas homes averaging more than twice the $NO_2$ concentrations of electric homes. Kattan et al. (2007) documented median bedroom concentrations of 31 ppb in New York gas homes compared to 16 ppb in electric homes, and linked higher $NO_2$ to increased asthma symptoms and reduced lung function, particularly during colder months.

17.    More recent studies, such as Colton et al. (2014) in Massachusetts and Johnson et al. (2024) in California, found statistically significant differences, with gas kitchens averaging 20–34 ppb compared to 7–11 ppb in electric homes. In contrast, Mullen et al. (2016) reported lower absolute concentrations (≈15 ppb gas vs 6 ppb electric in kitchens) but still a consistent and significant elevation in gas stove-using homes. Most of these investigations were observational cross-sectional

studies comparing groups of homes with gas versus electric stoves; however, Paulin et al. (2014), reported reductions of $NO_2$ concentrations in the same homes before and after a gas stove was replaced with an electric stove, providing direct evidence of the effect of stove type on indoor $NO_2$; and Daouda et al., (2024) also reported an 56% reduction in daily $NO_2$ after gas stoves were replaced by induction stoves in public housing units. Regardless of study design, there is a consistent pattern of gas stove use associated with substantially higher daily $NO_2$ concentrations indoors when compared to use of electric stoves.

18.     In addition to daily averages being reported as elevated, many studies have reported peak $NO_2$ concentrations measured in homes with gas stoves frequently exceeded 100 ppb, the U.S. EPA's 1-hour National Ambient Air Quality Standard (NAAQS) and the Air Quality Index threshold for levels considered "unhealthy for sensitive populations" ("AQI Breakpoints | Air Quality System | US EPA," n.d.; US EPA 2014). Across multiple studies and locations, kitchen concentrations during cooking regularly reached 100–200 ppb, with some events well above 150 ppb. Singer et al. (2017) observed peaks above 100 ppb in two-thirds of California homes tested; Daouda et al. (2024) reported kitchen peaks averaging ~200 ppb during cooking tests with gas stoves in New York City compared to <20 ppb in electric homes. Jaffe et al. 2025 also reported $NO_2$ concentrations in gas cooking homes in the state of Washington often had peaks exceeding 100ppb. Johnson et al. (2025) reported that of 54 Californian homes using gas stoves, all

except two had decreases in the number of minutes per day when $NO_2$ concentrations were above 100 ppb after transitioning to electric stoves. These findings show that gas stove use is associated with indoor $NO_2$ levels that are considered unhealthy by US EPA guidance.

### C.    Non-source factors that impact indoor air pollutant concentrations.

19.    The variability in $NO_2$ concentrations between homes, even assuming similar cooking technologies and emissions quantities (as evident in the differing indoor concentrations in Figure 1), is a result of other environmental factors. Outdoor concentrations and pollutant infiltration rates impact indoor air (Barn et al. 2008; Torres et al. 2024; National Academies of Sciences, Engineering, and Medicine 2024).  Rooms with larger volumes and higher ventilation rates dilute pollutants more effectively, resulting in lower concentrations for the same emissions, while smaller and/or less ventilated spaces allow concentrations from pollutant sources to accumulate more quickly  (Johnson et al. 2014; Johnson and Chiang 2015; Logue et al. 2014; National Academies of Sciences, Engineering, and Medicine 2024; National Center for Healthy Housing 2022).

20.    Consistent with these principles, studies show that smaller homes, homes without extractive vent hoods ducted outdoors, and multifamily units are more likely to have elevated $NO_2$ concentrations. In the California Healthy Homes Study, Mullen et al. (2016) found that 24% of kitchens and 12% of bedrooms in gas-using homes exceeded California's annual guideline of 30 ppb (California Air

Resources Board 2024), with more exceedances in smaller dwellings and in homes where range hoods were not vented outdoors. Belanger et al. (2006) observed that mean $NO_2$ levels in multifamily housing were more than twice as high (23 ppb) as in single-family homes (10 ppb), demonstrating the role of building type. Kashtan et al. (2024) extended this analysis using national data, quantifying how disparities in housing and ventilation translate into differences in exposure. Their results showed that households in smaller dwellings and multifamily units were more likely to exceed health-based guidelines, and that the absence of a vented range hood further increased the likelihood of higher $NO_2$ concentrations.

21.    Furthermore, available data on housing ventilation in the United States indicate that many households have poor kitchen venting. In the National Center for Healthy Housing's 2022 study of 152 affordable homes in Chicago and New York, 79% of homes had recirculating hoods that did not remove pollutants to the outdoors. Kadiri et al. (2024) reported that 47 percent of senior apartments in Massachusetts had recirculating hoods rather than vented systems. In California field studies reported by Zhao et al. (2020), only 36 percent of residents used their range hoods while cooking, and hoods with high pollutant-capture efficiency ($\geq 75$ %) were present in just 12 percent of homes. Together, these findings demonstrate that many U.S. households have ineffective kitchen venting, thereby increasing the likelihood that emissions of combustion-derived pollutants, such as $NO_2$, CO, and benzene, from gas stoves accumulate indoors.

22.    While housing characteristics and ventilation influence the magnitude of indoor pollutant concentrations, their importance underscores rather than negates the underlying sources of pollutants. That $NO_2$ concentrations vary with air exchange rate, dwelling size, and range hood design and use demonstrates that pollutants from combustion sources are present and accumulate under typical indoor conditions. These modifying factors can increase or decrease pollutant concentrations indoors, but do not eliminate the risk that gas stove emissions contribute to higher pollutant levels indoors.

## IV.    REFERENCES

"AQI Breakpoints | Air Quality System | US EPA." n.d. Accessed September 4, 2025. https://aqs.epa.gov/aqsweb/documents/codetables/aqi_breakpoints.html?utm.

Barn, Prabjit, Timothy Larson, Melanie Noullett, Susan Kennedy, Ray Copes, and Michael Brauer. 2008. "Infiltration of Forest Fire and Residential Wood Smoke: An Evaluation of Air Cleaner Effectiveness." *Journal of Exposure Science & Environmental Epidemiology* 18 (5): 503–11. https://doi.org/10.1038/sj.jes.7500640.

Belanger, Kathleen, Janneane F. Gent, Elizabeth W. Triche, Michael B. Bracken, and Brian P. Leaderer. 2006. "Association of Indoor Nitrogen Dioxide Exposure with Respiratory Symptoms in Children with Asthma." *American Journal of Respiratory and Critical Care Medicine* 173 (3): 297–303. Crossref. https://doi.org/10.1164/rccm.200408-1123oc.

California Air Resources Board. 2024. *Table of California Ambient Air Quality Standards (CAAQS).* California Environmental Protection Agency. https://ww2.arb.ca.gov/sites/default/files/2024-08/AAQS%20Table_ADA_FINAL_07222024.pdf.

Colton, Meryl D., Piers MacNaughton, Jose Vallarino, et al. 2014. "Indoor Air Quality in Green Vs Conventional Multifamily Low-Income Housing." *Environmental Science & Technology* 48 (14): 7833–41. https://doi.org/10.1021/es501489u.

13

Coutant, R. W., E. L. Merryman, and A. Levy. 1977. *NO/Sub 2/ Formation in Range-Top Burners*.

Dagaut, Philippe, and Guillaume Dayma. 2005. "Mutual Sensitization of the Oxidation of Nitric Oxide and a Natural Gas Blend in a JSR at Elevated Pressure: Experimental and Detailed Kinetic Modeling Study." *The Journal of Physical Chemistry A* 110 (21): 6608–16. Crossref. https://doi.org/10.1021/jp054535w.

Daouda, Misbath, Annie Carforo, Heather Miller, et al. 2024. "Out of Gas, In with Justice: Findings from a Gas-to-Induction Pilot in Low-Income Housing in NYC." *Energy Research & Social Science* 116 (October): 103662. https://doi.org/10.1016/j.erss.2024.103662.

Debrou, G.B., J.M. Goodings, and D.K. Bohme. 1980. "Flame-Ion Probe of Intermediates Leading to NOx in CH4 O2 N2 Flames." *Combustion and Flame* 39 (1): 1–19. Crossref. https://doi.org/10.1016/0010-2180(80)90002-4.

Han, Xinlu, Marco Lubrano Lavadera, Christian Brackmann, Zhihua Wang, Yong He, and Alexander A. Konnov. 2021. "Experimental and Kinetic Modeling Study of NO Formation in Premixed CH4+O2+N2 Flames." *Combustion and Flame* 223 (January): 349–60. Crossref. https://doi.org/10.1016/j.combustflame.2020.10.010.

Huboyo, Haryono S., Susumu Tohno, and Renqiu Cao. 2011. "Indoor PM2.5 Characteristics and CO Concentration Related to Water-Based and Oil-Based Cooking Emissions Using a Gas Stove." *Aerosol and Air Quality Research* 11 (4): 401–11. https://doi.org/10.4209/aaqr.2011.02.0016.

Jaffe, Daniel, Devon Nirschl, and Stephanie Birman. 2025. "Occurrence and Mitigation of PM2.5, NO2, CO and CO2 in Homes Due to Cooking and Gas Stoves." *Atmosphere* 16 (7): 882. Crossref. https://doi.org/10.3390/atmos16070882.

Johnson, Michael A., and Ranyee A. Chiang. 2015. "Quantitative Stove Use and Ventilation Guidance for Behavior Change Strategies." *Journal of Health Communication* 20 (sup1): 6–9. https://doi.org/10.1080/10810730.2014.994246.

Johnson, Michael, Dan Bertoldi, Helen Mejia, et al. 2025. "Assessing Exposure to Residential Air Pollution for Low-Income Families with Gas and Electric Cooking Technologies (AERLIFT): Pilot Results." Presented at International Society for Environmental Epidemiology Annual Meeting (ISEE).

Johnson, Michael, Katie Kearns, Ahana Ghosh, Jesus Rivera, Brianda Castro, and Heather Miller. 2024. "Characterizing Indoor Air Quality Improvements from

14

Gas-to-Electric Appliance Transitions in Disadvantaged Communities in California." Presented at American Geophysical Union Fall Meeting (AGU).

Johnson, Michael, Kirk Smith, Rufus Edwards, Lidia Morawska, and Mark Nicas. 2014. "WHO Guidelines for Indoor Air Quality: Household Fuel Combustion - Model for Linking Household Energy Use with Indoor Air Quality." World Health Organization. https://www.who.int/airpollution/guidelines/household-fuel-combustion/Review_3.pdf?ua=1.

Kashtan, Yannai, Metta Nicholson, Colin J. Finnegan, et al. 2024. "Nitrogen Dioxide Exposure, Health Outcomes, and Associated Demographic Disparities Due to Gas and Propane Combustion by U.S. Stoves." *Science Advances* 10 (18): eadm8680. https://doi.org/10.1126/sciadv.adm8680.

Kashtan, Yannai S., Metta Nicholson, Colin Finnegan, et al. 2023. "Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution." *Environmental Science & Technology* 57 (26): 9653–63. https://doi.org/10.1021/acs.est.2c09289.

Kattan, Meyer, Peter J. Gergen, Peyton Eggleston, Cynthia M. Visness, and Herman E. Mitchell. 2007. "Health Effects of Indoor Nitrogen Dioxide and Passive Smoking on Urban Asthmatic Children." *Journal of Allergy and Clinical Immunology* 120 (3): 618–24. Crossref. https://doi.org/10.1016/j.jaci.2007.05.014.

Kadiri, Khafayat, David Turcotte, Rebecca Gore, Anila Bello, and Susan R. Woskie. 2024. "Determinants of Indoor NO2 and PM2.5 Concentration in Senior Housing with Gas Stoves." Toxics 12 (12): 901. https://doi.org/10.3390/toxics12120901.

Lebel, Eric D, Colin J Finnegan, Zutao Ouyang, and Robert B Jackson. 2022. "Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes." *Environmental Science*, 11. https://doi.org/10.1021/acs.est.1c04707.

Logue, Jennifer M., Neil E. Klepeis, Agnes B. Lobscheid, and Brett C. Singer. 2014. "Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California." *Environmental Health Perspectives* 122 (1): 43–50. https://doi.org/10.1289/ehp.1306673.

Marbury, Marian C., David P. Harlos, Jonathan M. Samet, and John D. Spengler. 1988. "Indoor Residential NO2Concentrations in Albuquerque, New Mexico." *JAPCA* 38 (4): 392–98. Crossref. https://doi.org/10.1080/08940630.1988.10466388.

Matsui, Yasuji, and Tamotsu Nomaguchi. 1978. "Spectroscopic Study of Prompt Nitrogen Oxide Formation Mechanism in Hydrocarbon-Air Flames."

*Combustion and Flame* 32: 205–14. Crossref. https://doi.org/10.1016/0010-2180(78)90094-9.

Mosiewicz, Pawel, Peter Porshnev, Sergei Nester, et al. 2000. "Study of Low-Temperature Combustion in a Low-NOxBurner." *Combustion Science and Technology* 160 (1): 1–21. Crossref. https://doi.org/10.1080/00102200008935793.

Mullen, N. A., J. Li, M. L. Russell, M. Spears, B. D. Less, and B. C. Singer. 2016. "Results of the California Healthy Homes Indoor Air Quality Study of 2011–2013: Impact of Natural Gas Appliances on Air Pollutant Concentrations." *Indoor Air* 26 (2): 231–45. https://doi.org/10.1111/ina.12190.

National Academies of Sciences, Engineering, and Medicine. 2024. *Health Risks of Indoor Exposure to Fine Particulate Matter and Practical Mitigation Solutions*. National Academy of Sciences. https://nap.nationalacademies.org/catalog/27341/health-risks-of-indoor-exposure-to-fine-particulate-matter-and-practical-mitigation-solutions.

National Center for Healthy Housing. 2022. *Studying the Optimal Ventilation for Environmental Indoor Air Quality*. Enterprise Community Partners. https://nchh.org/resource-library/report_studying-the-optimal-ventilation-for-environmental-indoor-air-quality.pdf.

Paulin, L. M., G. B. Diette, M. Scott, et al. 2014. "Home Interventions Are Effective at Decreasing Indoor Nitrogen Dioxide Concentrations." *Indoor Air* 24 (4): 416–24. https://doi.org/10.1111/ina.12085.

Relwani, S. M., D. J. Moschandreas, and I. H. Billick. 1986. "Effects of Operational Factors on Pollutant Emission Rates from Residential Gas Appliances." *Journal of the Air Pollution Control Association* 36 (11): 1233–37. https://doi.org/10.1080/00022470.1986.10466170.

Shen, Guofeng, Michael D. Hays, Kirk R. Smith, Craig Williams, Jerroll W. Faircloth, and James J. Jetter. 2018. "Evaluating the Performance of Household Liquefied Petroleum Gas Cookstoves." *Environmental Science & Technology* 52 (2): 904–15. https://doi.org/10.1021/acs.est.7b05155.

Shimizu, Tsutomu, Forman A. Williams, and Alessio Frassoldati. 2005. "Concentrations of Nitric Oxide in Laminar Counterflow Methane/Air Diffusion Flames." *Journal of Propulsion and Power* 21 (6): 1019–28. Crossref. https://doi.org/10.2514/1.15648.

Singer, Brett C., William W. Delp, David M. Lorenzetti, and Randy L. Maddalena. 2016. *Pollutant Concentrations and Emission Rates from Scripted Natural Gas Cooking Burner Use in Nine Northern California Homes*. LBNL--1006385, 1420274. http://www.osti.gov/servlets/purl/1420274/.

Singer, Brett C., Rebecca Zarin Pass, William W. Delp, David M. Lorenzetti, and
    Randy L. Maddalena. 2017. "Pollutant Concentrations and Emission Rates
    from Natural Gas Cooking Burners without and with Range Hood Exhaust in
    Nine California Homes." *Building and Environment* 122 (September): 215–
    29. https://doi.org/10.1016/j.buildenv.2017.06.021.

Spengler, John D., Colin P. Duffy, Richard. Letz, Theodore W. Tibbitts, and
    Benjamin G. Ferris. 1983. "Nitrogen Dioxide inside and Outside 137 Homes
    and Implications for Ambient Air Quality Standards and Health Effects
    Research." *Environmental Science & Technology* 17 (3): 164–68. Crossref.
    https://doi.org/10.1021/es00109a008.

Spengler, John, Schwab ,Margo, Ryan ,P. Barry, et al. 1994. "Personal Exposure to Nitrogen
    Dioxide in the Los Angeles Basin." Air & Waste 44 (1): 39–47.
    https://doi.org/10.1080/1073161X.1994.10467236.

Tang, Ruijie, and Christian Pfrang. 2023. "Indoor Particulate Matter (PM) from
    Cooking in UK Students' Studio Flats and Associated Intervention
    Strategies: Evaluation of Cooking Methods, PM Concentrations and Personal
    Exposures Using Low-Cost Sensors." *Environmental Science: Atmospheres* 3
    (3): 537–51. https://doi.org/10.1039/D2EA00171C.

Torres, Ivette, Khanh Do, Andrea Delgado, Charlotte Mourad, Haofei Yu, and
    Cesunica E Ivey. 2024. "Indoor and Ambient Influences on PM2.5 Exposure
    and Well-Being for a Rail Impacted Community and Implications for
    Personal Protections." *Environmental Research Letters* 19 (12): 124071.
    https://doi.org/10.1088/1748-9326/ad90f5.

US EPA, OAR. 2014. "NAAQS Table." Other Policies and Guidance. April 10.
    https://www.epa.gov/criteria-air-pollutants/naaqs-table.

Waldman, C., R. Wilson, and K. Maloney. 1974. *Kinetic Mechanism of Methane/Air
    Combustion with Pollutant Formation (Final Report).*

Ye, Jin, Siming Shi, Tao Yu, et al. 2023. "Emissions of Formaldehyde and Nitrogen
    Dioxide from Liquefied Petroleum Gas Combustion." *Process Safety and
    Environmental Protection* 177 (September): 1225–33.
    https://doi.org/10.1016/j.psep.2023.07.093.

Zhao, Haoran, Wanyu R. Chan, Sebastian Cohn, William W. Delp, Iain S. Walker,
    and Brett C. Singer. 2021. "Indoor Air Quality in New and Renovated Low-
    income Apartments with Mechanical Ventilation and Natural Gas Cooking in
    California." Indoor Air 31 (3): 717–29. https://doi.org/10.1111/ina.12764.

Zusman, Marina, Amanda J. Gassett, Kipruto Kirwa, et al. 2021. "Modeling
    Residential Indoor Concentrations of PM2.5 , NO2 , NOx , and Secondhand
    Smoke in the Subpopulations and Intermediate Outcome Measures in COPD

(SPIROMICS) Air Study." *Indoor Air* 31 (3): 702–16.
https://doi.org/10.1111/ina.12760.

I declare under penalty of perjury, as required under 28 U.S.C. § 1746, that the

foregoing is true and correct.

Signed this 6th day of October, 2025.

_____

Michael Johnson, PhD

### Michael Allen Johnson

Technical Director and President │ Berkeley Air Monitoring Group
1950 Addison St., Suite A, Berkeley, CA 94704
+1 307.441.4193 │ mjohnson@berkeleyair.com │ www.berkeleyair.com

**EDUCATION**

PhD in Environmental Health, Science, & Policy, University of California, Irvine, 2009

Concentration: Public Health and Epidemiology
Dissertation: In-field quantification of cookstove greenhouse gas emissions
Advisor: Professor Rufus Edwards

MS in Science Education, Oregon State University, 2002

BA in Physics (cum laude), The Colorado College, 1999

**PROFESSIONAL EXPERIENCE**

Berkeley Air Monitoring Group: Technical Director and President 2018-present; Senior Scientist and President, 2013-2018; Project Manager, 2010-2013.

Co-Investigator: Optimizing Portable Air Cleaner Interventions in Uganda. Evaluating reductions in indoor PM2.5, power system feasibility, and community acceptance of portable air cleaners in rural and urban households with children recovering from pneumonia. Funded by the National Institute of Environmental Health Sciences, in collaboration with Massachusetts General Hospital/Harvard Medical School, Mbarara University of Science and Technology, and the University of Melbourne.

Co-Investigator: Assessing Impacts on Residential Air Quality Among Low-Income Families Transitioning from Gas to Induction Cooking (AIRLIFT). Measuring indoor concentrations of NO2, PM2.5, CO, CO2, black carbon, and BTEX compounds in 300 homes participating in Ava Community Energy's Health-E Communities stove replacement program. Funded by the U.S. Department of Housing and Urban Development, in collaboration with Berkeley Air Monitoring Group, Ava Community Energy, and Massachusetts General Hospital/Harvard Medical School.

Principal Investigator: Assessing Exposure to Residential Air Pollution for Low-Income Families with Gas and Electric Cooking Technologies (AERLIFT). Extending measures to personal exposures of cooks and children in the same 300 homes as AIRLIFT, focusing on NO2, PM2.5, CO, black carbon, and BTEX compounds. Funded by the California Energy Commission, in collaboration with the University of California, Berkeley, Stockholm Environment Institute, California State University East Bay, and Ava Community Energy.

Co-Investigator: Household Air Pollution Intervention Network (HAPIN) Follow-up Cohort Study. Coordinating exposure assessment of HAPIN-trial cohort children and tracking exposures through year five across sites in Rwanda, Guatemala, and India. Funded by the National Institutes of Health and led by Emory University.

Technical Specialist: Political economy analysis of black carbon mitigation opportunities. Funded by the Clean Air Fund and in collaboration with the Advocacy Team, TU-Delft, the Center for Technology, Science, and Policy, and Orbis Air.

Technical Specialist: Development and roll out of a policy brief on black carbon mitigation opportunities.  Funded by the Clean Air Fund and in collaboration with the Center for Technology, Science, and Policy, and Orbis Air.

Technical Specialist: Advancing Sustainable Household Energy Solutions. Supporting capacity-building and information dissemination on research and initiatives in the household energy sector. Funded by the USEPA and in collaboration with Colorado State University.

Principal Investigator: Characterizing indoor air quality improvements associated with electric heating, cooking, and smart filtration appliances in disadvantaged communities in the San Joaquin Valley.  Funded by the US Department of Housing and Urban Development and in collaboration with the Central California Asthma Collaborative.

Technical Lead: Clean Cooking and Climate Consortium, provision of expertise to country governments on the measurement, reporting, and verification for household energy programs included under Paris Agreement commitments. Funded by the Clean Cooking Alliance.

Principal Investigator: Out of Gas Air Quality Study assessing the effect of swapping out gas stoves with induction stoves in low-income housing in New York City and Buffalo.  Funded by WE ACT and in collaboration with Columbia University, PUSH Buffalo, and the Rocky Mountain Institute.

Principal Investigator: Field Study on Quantification and Measuring Climate, Health and Gender Co-benefits from Clean Cooking Interventions.  Funded by the World Bank's Energy Sector Management Program, and in collaboration with Vital Health Strategies, The Gold Standard Foundation, and Bentley College.

Co-Investigator: Household Air Pollution Intervention Network (HAPIN) trial. Funded by the National Institutes of Health and the Bill and Melinda Gates Foundation, and led by Emory University. Coordinating the exposure and stove use assessment of the four-country randomized control trial looking at health impacts associated with an LPG intervention.

Principal Investigator: Measuring personal exposure to particulates and carbon monoxide in Bangladesh, funded by Infrastructure Development Company Limited. Berkeley Air is evaluating the impact of Bangladesh's improved stove program on exposure to household air pollution. In collaboration with International Centre for Diarrheal Disease Research, Bangladesh.

Project manager for exposure assessment: Kuboresha Afya Mitaani: Urban MNCH Project Improving Maternal, Newborn and Child Health (MNCH) Outcomes for Vulnerable Women and Newborns in Informal Settlements in Nairobi through a Quality Ecosystem. Funded by USAID (subcontract with Jacaranda Health), and in collaboration with Jacaranda Health and Population Council.  Berkeley Air supported this project by conducting an exposure assessment of expecting and

new mothers, to characterize the main drivers of PM2.5 exposure for the study population.

Principal Investigator: Technical support and capacity building for testing pellet stoves in China, funded by the United States Environmental Protection Agency. Berkeley Air led a project to support research organizations conducting field tests on pellet stove performance in China. This project included a review of biomass stove performance in China to support policy recommendations.

Principal Investigator: Emissions to exposure in Western Kenya. Funded by the Climate and Clean Air Coalition (via the United Nations Office for Project Management) and managed by the Clean Cooking Alliance. Berkeley Air led a modeling study to develop new approaches for estimating exposure to household air pollution. The models included mass balance, linear regression, and machine-learning approaches.  The project was conducted in collaboration with Moi University, the University of Liverpool, and University of California.

Co-Principal Investigator: Household air pollution review, funded by the World Health Organization. Conducted a systematic review of the impact of household energy interventions on personal exposure and kitchen concentrations to particulate matter and carbon monoxide.  In collaboration with the University of Liverpool.

Principal Investigator: Evaluation of behavior change communication projects for clean cooking solutions. Funded by the Clean Cooking Alliance and in collaboration with the George Washington University and Colorado State University.

Technical Consultant: Development of evaluation framework for enhanced wood-fueled cookstoves. Funded by the Intellectual Ventures, Global Good, a Bill and Melinda Gates Foundation organization.

Technical Consultant: Policy recommendations for household energy programs in China. Funded by the World Health Organization and Bloomberg Philanthropies.

Principal Investigator: Development and piloting of indoor air quality model in Cameroon and India. Funded by the World Health Organization and in collaboration with the University of California, Berkeley.

Principal Investigator: Pilot evaluation of the diffusion and use of clean cooking technologies in Lagos, Nigeria. Funded by the African Development Bank

Principal Investigator: Kitchen performance testing and stove use monitoring in the Kigeme Refugee Camp. Funded by the IKEA Foundation, and in collaboration with the Inyenyeri and the United National High Commissioner on Refugees.

Technical Consultant: Applying a single zone indoor air quality model in rural Mexico. Funded by the Global Alliance for Clean Cookstoves and in collaboration with the National Autonomous University of Mexico, Morelia.

Principle Investigator: Development of protocols for collection of indoor air quality model parameters.  Funded by the World Health Organization.

Technical Consultant: Measurement of indoor air quality and personal exposure for the Airborne study Zhejiang China.  Funded by the University of Oslo and in

collaboration with the Center for International Climate Research, and Tsinghua University.

Technical Consultant: Measurement of indoor air quality and personal exposure for a randomized control trial in Rwanda. Funded by Portland State University and in collaboration with the London School for Hygiene and Tropical Medicine.

Project Manager: Development of technical specifications for a cookstoves used in refugee camps.  Funded by the United Nations High Commissioner for Refugees.

Principal Investigator: Assessment of emissions performance for a forced-draft stove in Cambodia. Funded by the Global Alliance for Clean Cookstoves and in collaboration with SNV Netherlands.

Principal Investigator: Quantification of black carbon emission factors from cookstoves using archived filter samples. Funded by the Global Alliance for Clean Cookstoves.

Co-Investigator: Quantifying the climate, air quality, and health benefits of improved cookstoves: An integrated laboratory, field, and modeling study. In collaboration with Colorado State university and funded by the USEPA STAR program.

Co-Investigator:  Scientific study of performances of improved biomass cookstoves under actual use conditions. In collaboration with the India Institute of Technology Delhi and funded by the Deutsche Gesellschaft für Internationale Zusammenarbeit (GIZ).

Project manager for field testing: Multidisciplinary design of an innovative natural draft, forced diffusion cookstove for woody and herbaceous biomass fuels in East Africa. In collaboration with the University of Washington and funded by the US Department of Energy.

Principal Investigator: Platform for Integrated Cookstove Assessment. Funded by the US Department of Energy and in collaboration with the University of California Berkeley, and EME Systems.

Technical Team Coordinator: Quality assurance and technical support development for the Africa Clean Cooking Energy Solutions program.  Funded by The World Bank.

Project Manager: Field assessment of a top-lit-updraft stove in Uganda.  Funded by the United States Agency for International Development and collaboration with PATH International.

Principal Investigator: Cookstove Emissions Performance Survey. Funded by the United Nations Foundation through the Global Alliance for Clean Cookstoves.

Project Manager: Cook Stove Field Testing, Training, and Technical Assistance. Funded by the USEPA through the Partnership for Clean Indoor Air.

Project Manager: Kitchen Performance Test training for stove programs in Peru, Nepal, and India. Funded by the USEPA through the Partnership for Clean Indoor Air.

Project Manager: In-home emissions of greenhouse gas pollutants from traditional and rocket biomass stoves in Uganda. Funded by the United States Agency for International Development.

Project manager for monitoring impacts of cookstove programs for the Biomass Energy Initiative for Africa: Funded by The World Bank.

Project Manager: Modeling indoor air pollution from cookstove emissions in developing countries using a Monte Carlo single-box model. Funded by the Shell Foundation.

University of California, Irvine, Research Associate: 2009-2010

Supervised laboratory work to characterize prototype particle monitor response to aerosols for real-time feedback to tobacco smokers.

Supervised field work to collect greenhouse gas and aerosol emissions from small-scale industries in rural Mexico.

Berkeley Air Monitoring Group: Consultant 2008

Measured gaseous and aerosol emissions from charcoal and kerosene stoves in homes in Nairobi, Kenya.

Health, Environment & Economic Development Project, University of California, Berkeley: Consultant. 2006

Performed sensitivity and calibration tests with different aerosol sources to derive mass coefficients for particle monitors used in an indoor air pollution study in India.

Data processing workshop leader, 2005.

Supervised the correction and filtering of particle monitor data for indoor air pollution projects in rural Mexico and India.

**TEACHING EXPERIENCE**

Teaching Assistant, University of California, Irvine, 2003-2006

Courses: Air Pollution, Climate, and Health (2 quarters); Research and Design (1 quarter); Environmental Analysis and Design (1 quarter).

General responsibilities included planning and leading discussion sections, writing exam questions, and grading.

Physics Teacher, Santa Barbara High School, 2001-2002

Developed and taught classes on mechanics, electricity, waves, and astronomy.

Physics Teacher, Grants Pass High School, 2000-2001

Developed and taught classes on force, work, rate, and resistance.

Assistant Physics Instructor, The Colorado College, 1999

Assisted professors in instruction and setup for classes and labs during a calculus-based introductory physics course covering electricity, magnetism, waves and optics.

**PEER-REVIEWED PUBLICATIONS**

Mollinedo, Erick; McCracken, John P; Johnson, Michael; Piedrahita, Ricardo; Pillarisetti, Ajay; Waller, Lance A; Wang, Jiantong; Thompson, Lisa M; Diaz-Artiga, Anaité; de Leon, Oscar. 2025. "Comparing Performance and Reliability of Collocated Enhanced Children's MicroPEM (ECM) on Gravimetric and Nephelometric PM2.5 Personal Exposure Samples in Field Measurements in Rural Guatemala." Indoor Air 2025(1):8812602.

Raheel, Hina; Sinharoy, Sheela; Diaz-Artiga, Anaité; Garg, Sarada S; Pillarisetti, Ajay; Balakrishnan, Kalpana; Chiang, Marilu; Lovvorn, Amy; Kirby, Miles; Ramakrishnan, Usha. 2025. "Effects of a liquefied petroleum gas stove and fuel intervention on head circumference and length at birth: A multi-country household air pollution intervention network (HAPIN) trial." Environment International 195:109211.

Steenland, Kyle; Pillarisetti, Ajay; Johnson, Michael; Rosenthal, Joshua; Balakrishnan, Kalpana; Underhill, Lindsay; Thompson, Lisa; McCracken, John; Waller, Lance; Nicolaou, Laura. 2025. "Optimizing Exposure Measures in Large-Scale Household Air Pollution Studies: Results from the Multicountry HAPIN Trial." Environmental Science & Technology 59(3):1693–1699.

Ndikubwimana, Adolphe; Checkley, William; Chen, Yunyun; Clasen, Thomas; Contreras, Carmen Lucía; Diaz-Artiga, Anaité; Dusabimana, Ephrem; de Las Fuentes, Lisa; Jabbarzadeh, Shirin; Johnson, Michael. 2025. "Exposure–response relationship of household air pollution on body mass index among women in rural areas of Guatemala, India, Peru and Rwanda: Household Air Pollution Intervention Network trial." BMC Public Health 25(1):2163.

Shackelford, Brandie Banner; Steenland, Kyle; Kirby, Miles A; Balakrishnan, Kalpana; Chiang, Marilú; Diaz-Artiga, Anaité; McCracken, John P; Thompson, Lisa M; Rosa, Ghislaine; Waller, Lance A. 2025. "Gestational and postnatal exposure to fine particulate matter (PM2.5) and their association with acute ear infections, diarrhea, respiratory symptoms, and mortality: A longitudinal study of infants in the multicountry Household Air Pollution Intervention Network (HAPIN) trial." Environmental Research 285:122258.

Pillarisetti, Ajay; Ye, Wenlu; Peel, Jennifer L; Chang, Howard; Underhill, Lindsay J; Balakrishnan, Kalpana; Díaz-Artiga, Anaité; McCracken, John P; Rosa, Ghislaine; Thompson, Lisa M. 2025. "Household air pollution and blood pressure among adult women participants of the Household Air Pollution Intervention Network Trial: An exposure-response analysis." Environmental Research :122570.

Underhill, Lindsay J; de Las Fuentes, Lisa; Nicolaou, Laura; Hossen, Shakir; Diaz-Artiga, Anaité; Pillarisetti, Ajay; Papageorghiou, Aris T; Ndagijimana, Florien; Rosa, Ghislaine; Thangavel, Gurusamy. 2025. "Household air pollution exposure in adult women is associated with increased carotid intima-media thickness: A cross-sectional study of the Household Air Pollution Intervention Network trial." International Journal of Hygiene and Environmental Health 270:114649.

Wright, Ololade; Olopade, Christopher O; Aifah, Angela A; Fagbemi, Temiloluwa; Hade, Erinn M; Mishra, Shivani; Onakomaiya, Deborah O; Kanneh, Nafesa; Chen, Weixi;

Colvin, Calvin L. 2025. "Community mobilisation for adoption of clean cookstoves and clean fuel to reduce household air pollution and blood pressure in Lagos, Nigeria: protocol for a cluster-randomised trial." BMJ Open 15(9):e098483.

Ndikubwimana, Adolphe; Young, Bonnie N; Checkley, William; Chen, Yunyun; Clasen, Thomas; Contreras, Carmen Lucía; Diaz, Anaite A; Dusabimana, Ephrem; de Las Fuentes, Lisa; Garg, Sarada S. 2025. "Association between Personal Exposure to Household Air Pollution and Glycated Hemoglobin among Women in Rural Areas of Guatemala, India, Peru, and Rwanda: Household Air Pollution Intervention Network Trial." Journal of Health and Pollution 13(1–4):017002.

Karakwende, Patrick; Checkley, William; Chen, Yunyun; Clark, Maggie L; Clasen, Thomas; Dusabimana, Ephrem; Jabbarzadeh, Shirin; Johnson, Michael; Kalisa, Egide; Kirby, Miles. 2025. "Predictors of Personal Exposure to Fine Particulate Matter, Black Carbon, and Carbon Monoxide among Pregnant Women in Rwanda: Baseline Data from the HAPIN Trial." Journal of Health and Pollution 13(1–4):017001.

Rajamani, Karthikeyan D; Sambandam, Sankar; Mukhopadhyay, Krishnendu; Puttaswamy, Naveen; Thangavel, Gurusamy; Natesan, Durairaj; Ramasamy, Rengaraj; Sendhil, Saritha; Natarajan, Amudha; Aravindalochanan, Vigneswari. 2022. "Visualizing field data collection procedures of exposure and biomarker assessments for the household air pollution intervention network trial in India." Journal of Visualized Experiments 2022(190):e64144.

Daouda, Misbath; Carforo, Annie; Miller, Heather; Ventrella, Jennifer; Tan, Yu Ann; Feliciano, Michelle; Tryner, Jessica; Hallward-Driemeier, Andrew; Chillrud, Steve; Commane, Roisin. 2024. "Out of Gas, In with Justice: Findings from a gas-to-induction pilot in low-income housing in NYC." Energy Research & Social Science 116:103662.

Jabbarzadeh, Shirin; Jaacks, Lindsay M; Lovvorn, Amy; Chen, Yunyun; Wang, Jiantong; Elon, Lisa; Nizam, Azhar; Aravindalochanan, Vigneswari; Ntivuguruzwa, Jean de Dieu; Williams, Kendra N. 2024. "Data management plan and REDCap mobile data capture for a multi-country Household Air Pollution Intervention Network (HAPIN) trial." Digital Health 10:20552076241274217.

Ye, Wenlu; Campbell, Devan; Johnson, Michael; Balakrishnan, Kalpana; Peel, Jennifer L; Steenland, Kyle; Underhill, Lindsay J; Rosa, Ghislaine; Kirby, Miles A; Díaz-Artiga, Anaité. 2024. "Exposure Contrasts of Women Aged 40–79 Years during the Household Air Pollution Intervention Network Randomized Controlled Trial." Environmental Science & Technology 59(1):69–81.

Shupler, Matthew; Tawiah, Theresa; Nix, Emily; Baame, Miranda; Lorenzetti, Federico; Betang, Emmanuel; Chartier, Ryan; Mangeni, Judith; Upadhya, Adithi; de Cuevas, Rachel Anderson. 2024. "Household concentrations and female and child exposures to air pollution in peri-urban sub-Saharan Africa: measurements from the CLEAN-Air (Africa) study." The Lancet Planetary Health 8(2):e95–e107.

Johnson, Michael A., Timothy Abuya, Anneka Wickramanayake, Heather Miller, Deborah Sambu, Daniel Mwanga, George Odwe, Charity Ndwiga, Ricardo Piedrahita, Madeleine Rossanese, Michael J. Gatari, Michael R. Giordano, Daniel M. Westervelt, Laura

Wotton, and Sathyanath Rajasekharan. 2024. "Patterns and Drivers of Maternal Personal Exposure to PM 2.5 in Informal Settlements in Nairobi, Kenya." Environmental Science: Atmospheres 4(5):578–91. doi: 10.1039/D3EA00074E.

Campbell, Devan A., Michael Johnson, Ricardo Piedrahita, Ajay Pillarisetti, Lance A. Waller, Katherine A. Kearns, Jacob Kremer, Erick Mollinedo, Jeremy A. Sarnat, Maggie L. Clark, Lindsay J. Underhill, John P. McCracken, Anaité Diaz-Artiga, Kyle Steenland, Ghislaine Rosa, Miles A. Kirby, Kalpana Balakrishnan, Sankar Sambandam, Krishnendu Mukhopadhyay, Saritha Sendhil, Amudha Natarajan, Florien Ndagijimana, Ephrem Dusabimana, Lisa M. Thompson, William Checkley, Laura Nicolaou, Stella Hartinger, Jennifer L. Peel, Thomas F. Clasen, and Luke P. Naeher. 2024. "Factors Determining Black Carbon Exposures among Pregnant Women Enrolled in the HAPIN Trial." Environmental Science & Technology. doi: 10.1021/acs.est.3c09991.

Checkley, William, Lisa M. Thompson, Shakir Hossen, Laura Nicolaou, Kendra N. Williams, Stella M. Hartinger, Marilu Chiang, Kalpana Balakrishnan, Sarada S. Garg, Gurusamy Thangavel, Vigneswari Aravindalochanan, Ghislaine Rosa, Alexie Mukeshimana, Florien Ndagijimana, John P. McCracken, Anaité Diaz-Artiga, Sheela S. Sinharoy, Lance Waller, Jiantong Wang, Shirin Jabbarzadeh, Yunyun Chen, Kyle Steenland, Miles A. Kirby, Usha Ramakrishnan, Michael Johnson, Ajay Pillarisetti, Eric D. McCollum, Rachel Craik, Eric O. Ohuma, Victor G. Dávila-Román, Lisa De Las Fuentes, Suzanne M. Simkovich, Jennifer L. Peel, Thomas F. Clasen, and Aris T. Papageorghiou. 2024. "Cooking with Liquefied Petroleum Gas or Biomass and Fetal Growth Outcomes: A Multi-Country Randomised Controlled Trial." The Lancet Global Health 12(5):e815–25. doi: 10.1016/S2214-109X(24)00033-0.

Checkley, W., Thompson, L.M., Sinharoy, S.S., Hossen, S., Moulton, L.H., Chang, H.H., Waller, L., Steenland, K., Rosa, G., Mukeshimana, A., Ndagijimana, F., McCracken, J.P., Díaz-Artiga, A., Balakrishnan, K., Garg, S.S., Thangavel, G., Aravindalochanan, V., Hartinger, S.M., Chiang, M., Kirby, M.A., Papageorghiou, A.T., Ramakrishnan, U., Williams, K.N., Nicolaou, L., Johnson, M., Pillarisetti, A., Rosenthal, J., Underhill, L.J., Wang, J., Jabbarzadeh, S., Chen, Y., Dávila-Román, V.G., Naeher, L.P., McCollum, E.D., Peel, J.L., Clasen, T.F., 2024. Effects of Cooking with Liquefied Petroleum Gas or Biomass on Stunting in Infants. New England Journal of Medicine 390, 44–54. https://doi.org/10.1056/NEJMoa2302687

McCollum, E.D., McCracken, J.P., Kirby, M.A., Grajeda, L.M., Hossen, S., Moulton, L.H., Simkovich, S.M., Goodman-Palmer, D., Rosa, G., Mukeshimana, A., Balakrishnan, K., Thangavel, G., Garg, S.S., Castañaza, A., Thompson, L.M., Diaz-Artiga, A., Papageorghiou, A.T., Davila-Roman, V.G., Underhill, L.J., Hartinger, S.M., Williams, K.N., Nicolaou, L., Chang, H.H., Lovvorn, A.E., Rosenthal, J.P., Pillarisetti, A., Ye, W., Naeher, L.P., Johnson, M.A., Waller, L.A., Jabbarzadeh, S., Wang, J., Chen, Y., Steenland, K., Clasen, T.F., Peel, J.L., Checkley, W., 2024. Liquefied Petroleum Gas or Biomass Cooking and Severe Infant Pneumonia. New England Journal of Medicine 390, 32–43. https://doi.org/10.1056/NEJMoa2305681

Younger, A., Ye, W., Alkon, A., Harknett, K., Kirby, M.A., Elon, L., Lovvorn, A.E., Wang, J., Diaz-Artiga, A., McCracken, J.P., Castañaza Gonzalez, A., Alarcon, L.M., Mukeshimana, A., Rosa, G., Chiang, M., Balakrishnan, K., Garg, S.S., Pillarisetti, A., Piedrahita, R., Johnson, M.A., Craik, R., Papageorghiou, A.T., Toenjes, A., Williams,

K.N., Underhill, L.J., Hartinger, S.M., Nicolaou, L., Chang, H.H., Naeher, L.P., Rosenthal, J., Checkley, W., Peel, J.L., Clasen, T.F., Thompson, L.M., 2024. Effects of a liquefied petroleum gas stove intervention on stillbirth, congenital anomalies and neonatal mortality: A multi-country household air pollution intervention network trial. Environmental Pollution 123414. https://doi.org/10.1016/j.envpol.2024.123414

Balakrishnan, Kalpana; Steenland, Kyle; Clasen, Thomas; Chang, Howard; Johnson, Michael; Pillarisetti, Ajay; Ye, Wenlu; Naeher, Luke P; Diaz-Artiga, Anaite; McCracken, John P. 2023. "Exposure–response relationships for personal exposure to fine particulate matter (PM2.5), carbon monoxide, and black carbon and birthweight: an observational analysis of the multicountry Household Air Pollution Intervention Network (HAPIN) trial." The Lancet Planetary Health 7(5):e387–e396.

Younger, Ashley; Alkon, Abbey; Harknett, Kristen; Kirby, Miles A; Elon, Lisa; Lovvorn, Amy E; Wang, Jiantong; Ye, Wenlu; Diaz-Artiga, Anaité; McCracken, John P. 2023. "Effects of a LPG stove and fuel intervention on adverse maternal outcomes: A multi-country randomized controlled trial conducted by the Household Air Pollution Intervention Network (HAPIN)." Environment International 178:108059.

Johnson, M., Pillarisetti, A., Piedrahita, R., Balakrishnan, K., Peel, J.L., Steenland, K., Underhill, L.J., Rosa, G., Kirby, M.A., D, íaz-A.A., McCracken, J., Clark, M.L., Waller, L., Chang, H.H., Wang, J., Dusabimana, E., Ndagijimana, F., Sambandam, S., Mukhopadhyay, K., Kearns, K.A., Campbell, D., Kremer, J., Rosenthal, J.P., Checkley, W., Clasen, T., Naeher, L., 2022. Exposure Contrasts of Pregnant Women during the Household Air Pollution Intervention Network Randomized Controlled Trial. Environmental Health Perspectives 130, 097005. https://doi.org/10.1289/EHP10295 (accompanied by invited commentary: Kaufman, J.D., 2022. Invited Perspective: A Critical Part of a Real-World Environmental Health Trial Is to Demonstrate That the Intervention Reduced Exposure. Environmental Health Perspectives 130, 091304. https://doi.org/10.1289/EHP11697)

Clasen, T.F., Chang, H.H., Thompson, L.M., Kirby, M.A., Balakrishnan, K., Díaz-Artiga, A., McCracken, J.P., Rosa, G., Steenland, K., Younger, A., Aravindalochanan, V., Barr, D.B., Castañaza, A., Chen, Y., Chiang, M., Clark, M.L., Garg, S., Hartinger, S., Jabbarzadeh, S., Johnson, M.A., Kim, D.-Y., Lovvorn, A.E., McCollum, E.D., Monroy, L., Moulton, L.H., Mukeshimana, A., Mukhopadhyay, K., Naeher, L.P., Ndagijimana, F., Papageorghiou, A., Piedrahita, R., Pillarisetti, A., Puttaswamy, N., Quinn, A., Ramakrishnan, U., Sambandam, S., Sinharoy, S.S., Thangavel, G., Underhill, L.J., Waller, L.A., Wang, J., Williams, K.N., Rosenthal, J.P., Checkley, W., Peel, J.L., 2022. Liquefied Petroleum Gas or Biomass for Cooking and Effects on Birth Weight. New England Journal of Medicine. https://doi.org/10.1056/NEJMoa2206734

Ye, W., Steenland, K., Quinn, A., Liao, J., Balakrishnan, K., Rosa, G., Ndagijimana, F., Ntivuguruzwa, J. de D., Thompson, L.M., McCracken, J.P., Díaz-Artiga, A., Rosenthal, J.P., Papageorghiou, A., Davila-Roman, V.G., Pillarisetti, A., Johnson, M., Wang, J., Nicolaou, L., Checkley, W., Peel, J.L., Clasen, T.F., 2022. Effects of a Liquefied Petroleum Gas Stove Intervention on Gestational Blood Pressure: Intention-to-Treat and Exposure-Response Findings From the HAPIN Trial. Hypertension 79, 1887–1898. https://doi.org/10.1161/HYPERTENSIONAHA.122.19362

Iribagiza, C., Sharpe, T., Coyle, J., Nkubito, P., Piedrahita, R., Johnson, M., Thomas, E.A., 2021. Evaluating the Effects of Access to Air Quality Data on Household Air Pollution and Exposure—An Interrupted Time Series Experimental Study in Rwanda. Sustainability 13, 11523. https://doi.org/10.3390/su132011523.

Liao, J., Kirby, M., Pillarisetti, A., Piedrahita, R., Balakrishnan, K., Sambandam, S., Mukhopadhyay, K., Ye, W., Rosa, G., Majorin, F., Dusabimana, E., Ndagijimana, F., McCracken, J.P., Mollinedo, E., de Leon, O., Díaz-Artiga, A., Thompson, L.M., Kearns, K., Naeher, L., Rosenthal, J., Clark, M.L., Steenland, K., Waller, L.A., Checkley, W., Peel, J.L., Clasen, T., Johnson, M., 2021. LPG stove and fuel intervention among pregnant women reduce fine particle air pollution exposures in three countries: Pilot results from the HAPIN trial. Environmental Pollution 118198. https://doi.org/10.1016/j.envpol.2021.118198

Johnson, M., Piedrahita, R., Pillarisetti, A., Shupler, M., Menya, D., Rossanese, M., Delapeña, S., Penumetcha, N., Chartier, R., Puzzolo, E., & Pope, D. (2021). Modeling approaches and performance for estimating personal exposure to household air pollution: A case study in Kenya. Indoor Air, ina.12790. https://doi.org/10.1111/ina.12790

Pope, D., Johnson, M., Fleeman, N., Jagoe, K., Duarte, R., Maden, M., Ludolph, R., Bruce, N., Shupler, M., Adair-Rohani, H., & Lewis, J. (2021). Are cleaner cooking solutions clean enough? A systematic review and meta-analysis of particulate and carbon monoxide concentrations and exposures. Environmental Research Letters, 16(8), 083002. https://doi.org/10.1088/1748-9326/ac13ec

Sambandam, S., Mukhopadhyay, K., Sendhil, S., Ye, W., Pillarisetti, A., Thangavel, G., Natesan, D., Ramasamy, R., Natarajan, A., Aravindalochanan, V., Vinayagamoorthi, A., Sivavadivel, S., Uma Maheswari, R., Balakrishnan, L., Gayatri, S., Nargunanathan, S., Madhavan, S., Puttaswamy, N., Garg, S.S., Quinn, A., Rosenthal, J., Johnson, M., Liao, J., Steenland, K., Piedhrahita, R., Peel, J., Checkley, W., Clasen, T., Balakrishnan, K., 2020. Exposure contrasts associated with a liquefied petroleum gas (LPG) intervention at potential field sites for the multi-country household air pollution intervention network (HAPIN) trial in India: results from pilot phase activities in rural Tamil Nadu. BMC Public Health 20, 1799. https://doi.org/10.1186/s12889-020-09865-1

Johnson, M., Steenland, K., Piedrahita, R., Clark, M. L., Pillarisetti, A., Balakrishnan, K., Peel, J. L., Naeher, L. P., Liao, J., Wilson, D., Sarnat, J., Underhill, L. J., Burrowes, V., McCracken, J. P., Rosa, G., Rosenthal, J., Sambandam, S., de Leon, O., Kirby, M. A., and on behalf of HAPIN Investigators. (2020). Air Pollutant Exposure and Stove Use Assessment Methods for the Household Air Pollution Intervention Network (HAPIN) Trial. Environmental Health Perspectives, 128(4), 047009. https://doi.org/10.1289/EHP6422

Clasen, T., Checkley, W., Peel, J. L., Balakrishnan, K., McCracken, J. P., Rosa, G., Thompson, L. M., Barr, D. B., Clark, M. L., Johnson, M. A., Waller, L. A., Jaacks, L. M., Steenland, K., Miranda, J. J., Chang, H. H., Kim, D.-Y., McCollum, E. D., Davila-Roman, V. G., Papageorghiou, A., … HAPIN Investigators. (2020). Design and Rationale of the HAPIN Study: A Multicountry Randomized Controlled Trial to Assess the Effect of

Liquefied Petroleum Gas Stove and Continuous Fuel Distribution. Environmental Health Perspectives, 128(4), 047008. https://doi.org/10.1289/EHP6407

Piedrahita, R., Johnson, M., Bilsback, K. R., L'Orange, C., Kodros, J. K., Eilenberg, S. R., Naluwagga, A., Shan, M., Sambandam, S., Clark, M., Pierce, J. R., Balakrishnan, K., Robinson, A. L., & Volckens, J. (2020). Comparing regional stove-usage patterns and using those patterns to model indoor air quality impacts. Indoor Air, n/a(n/a). https://doi.org/10.1111/ina.12645

Burrowes, V. J., Piedrahita, R., Pillarisetti, A., Underhill, L. J., Fandiño-Del-Rio, M., Johnson, M., Kephart, J. L., Hartinger, S. M., Steenland, K., Naeher, L., Kearns, K., Peel, J. L., Clark, M. L., Checkley, W., HAPIN Investigators, Nambajimana, A., Verma, A., Lovvorn, A., Diaz, A., … Sakas, Z. (2020). Comparison of next-generation portable pollution monitors to measure exposure to PM2.5 from household air pollution in Puno, Peru. Indoor Air, ina.12638. https://doi.org/10.1111/ina.12638

Evans, W.D., Young, B.N., Johnson, M.A., Jagoe, K.A., Charron, D., Rossanese, M., Morgan, K.L., Gichinga, P., Ipe, J., 2020. The Shamba Chef Educational Entertainment Program to Promote Modern Cookstoves in Kenya: Outcomes and Dose–Response Analysis. International Journal of Environmental Research and Public Health 17, 162. https://doi.org/10.3390/ijerph17010162

Liao, J., McCracken, J.P., Piedrahita, R., Thompson, L., Mollinedo, E., Canuz, E., Léon, O.D., Díaz-Artiga, A., Johnson, M., Clark, M., Pillarisetti, A., Kearns, K., Naeher, L., Steenland, K., Checkley, W., Peel, J., Clasen, T.F., (2019). The use of bluetooth low energy Beacon systems to estimate indirect personal exposure to household air pollution. J Exposure Science and Environmental Epidemiology 1–11. https://doi.org/10.1038/s41370-019-0172-z

Johnson, M., Garland, C. R., Jagoe, K., Edwards, R., Ndemere, J., Weyant, C., Patel, A., Kithinji, J., Wasirwa, E., Nguyen, T., Duc Khoi, D., Kay, E., Scott, P., Nguyen, H., Yagnaraman, M., Mitchell, J., Derby, E., Chiang, R.A., Pennise, D. (2019). In-Home Emissions Performance of Cookstoves in Asia and Africa. Atmosphere: Special Issue "Real World Air Pollutant Emissions from Combustion Sources," 10(5) https://doi.org/10.3390/atmos10050290

Saliba, G., Subramanian, R., Bilsback, K., L'Orange, C., Volckens, J., Johnson, M., & Robinson, A. L. (2018). Aerosol Optical Properties and Climate Implications of Emissions from Traditional and Improved Cookstoves. Environmental Science & Technology, 52(22), 13647–13656. https://doi.org/10.1021/acs.est.8b05434

Pillarisetti, A., Carter, E., Rajkumar, S., Young, B. N., Benka-Coker, M. L., Peel, J. L., Johnson, M., Clark, M. L. (2019). Measuring personal exposure to fine particulate matter (PM2.5) among rural Honduran women: A field evaluation of the Ultrasonic Personal Aerosol Sampler (UPAS). Environment International, 123, 50–53. https://doi.org/10.1016/j.envint.2018.11.014

Bilsback, Kelsey R., Sarah R. Eilenberg, Nicholas Good, Lauren Heck, Michael Johnson, John K. Kodros, Eric M. Lipsky, Christian L'Orange, Jeffrey R. Pierce, Allen L. Robinson, R. Subramanian, Jessica Tryner, Ander Wilson, and John Volckens. 2018.

"The Firepower Sweep Test: A Novel Approach to Cookstove Laboratory Testing." Indoor Air 28(6):936–49. doi: 10.1111/ina.12497.

Ruiz-García, V. M., Edwards, R. D., Ghasemian, M., Berrueta, V. M., Princevac, M., Vázquez, J. C., Johnson, M., Masera, O. R. (2018). Fugitive Emissions and Health Implications of Plancha-Type Stoves. Environmental Science & Technology, 52(18), 10848–10855. https://doi.org/10.1021/acs.est.8b01704

Eilenberg, R., Bilsback, K., Johnson, M., Kodros, J., Lipsky, E., Naluwagga, A., … Robinson, A. (2018). Field Measurements of Solid-Fuel Cookstove Emissions from Uncontrolled Cooking in China, Honduras, Uganda, and India. Atmospheric Environment, 190, 116–125. https://doi.org/10.1016/j.atmosenv.2018.06.041

Ozier, A., Charron, D., Chung, S., Sarma, V., Dutta, A., Jagoe, K., Obueh, J., Stokes, H., Munangagwa, C., Johnson, M., Olopade, C. O. (2018). Building a consumer market for ethanol-methanol cooking fuel in Lagos, Nigeria. Energy for Sustainable Development. https://doi.org/10.1016/j.esd.2018.06.007

Delapena, S., Piedrahita, R., Pillarisetti, A., Garland, C., Rossanese, M. E., Johnson, M., & Pennise, D. (2018). Using personal exposure measurements of particulate matter to estimate health impacts associated with cooking in peri-urban Accra, Ghana. Energy for Sustainable Development, 45, 190–197. https://doi.org/10.1016/j.esd.2018.05.013

Gould, C. F., Jagoe, K., Moreno, A. I., Verastegui, A., Pilco, V., García, J., Fort, A., Johnson, M. (2018). Prevalent degradation and patterns of use, maintenance, repair, and access to post-acquisition services for biomass stoves in Peru. Energy for Sustainable Development, 45, 79–87. https://doi.org/10.1016/j.esd.2018.05.004

Kodros, J. K., Carter, E., Brauer, M., Volckens, J., Bilsback, K. R., L'Orange, C., Johnson, M., & Pierce, J. R. (2018). Quantifying the Contribution to Uncertainty in Mortality Attributed to Household, Ambient, and Joint Exposure to PM2.5 From Residential Solid Fuel Use. GeoHealth, 2(1), 25–39. https://doi.org/10.1002/2017GH000115

Garland, C., Delapena, S., Prasad, R., L'Orange, C., Alexander, D., & Johnson, M. (2017). Black carbon cookstove emissions: A field assessment of 19 stove/fuel combinations. Atmospheric Environment, 169(Supplement C), 140–149. https://doi.org/10.1016/j.atmosenv.2017.08.040

Evans, W., Johnson, M., Jagoe, K., Charron, D., Young, B., Rahman, A., Omolloh, D., & Ipe, J. (2017). Evaluation of Behavior Change Communication Campaigns to Promote Modern Cookstove Purchase and Use in Lower Middle Income Countries. International Journal of Environmental Research and Public Health, 15(1), 11. https://doi.org/10.3390/ijerph15010011

Lam, N. L., Upadhyay, B., Maharjan, S., Jagoe, K., Weyant, C. L., Thompson, R., Uprety, S., Johnson, M., & Bond, T. C. (2017). Seasonal fuel consumption, stoves, and end-uses in rural households of the far-western development region of Nepal. Environmental Research Letters, 12(12), 125011. https://doi.org/10.1088/1748-9326/aa98cc

Pillarisetti, A., Allen, T., Ruiz-Mercado, I., Edwards, R., Chowdhury, Z., Garland, C., Hill, L. D., Johnson, M., Litton, C. D., Lam, N. L., Pennise, D., & Smith, K. R. (2017). Small,

Smart, Fast, and Cheap: Microchip-Based Sensors to Estimate Air Pollution Exposures in Rural Households. Sensors, 17(8), 1879. https://doi.org/10.3390/s17081879

Namagembe, A., Muller, N., Scott, L. M., Zwisler, G., Johnson, M., Arney, J., Charron, D., & Mugisha, E. (2015). Factors Influencing the Acquisition and Correct and Consistent Use of the Top-Lit Updraft Cookstove in Uganda. Journal of Health Communication, 20(sup1), 76–83. https://doi.org/10.1080/10810730.2014.994245

Garland, C., Jagoe, K., Wasirwa, E., Nguyen, R., Roth, C., Patel, A., Shah, N., Derby, E., Mitchell, J., Pennise, D., & Johnson, M. (2015). Impacts of household energy programs on fuel consumption in Benin, Uganda, and India. Energy for Sustainable Development, 27, 168–173. https://doi.org/10.1016/j.esd.2014.05.005

Johnson, M., & Chiang, R. A. (2015). Quantitative Guidance for Stove Usage and Performance to Achieve Health and Environmental Targets. Environmental Health Perspectives. https://doi.org/10.1289/ehp.1408681

Johnson, M., & Chiang, R. A. (2015). Quantitative Stove Use and Ventilation Guidance for Behavior Change Strategies. Journal of Health Communication, 20(sup1), 6–9. https://doi.org/10.1080/10810730.2014.994246

Rosa, G., Majorin, F., Boisson, S., Barstow, C., Johnson, M., Kirby, M., Ngabo, F., Thomas, E., & Clasen, T. (2014). Assessing the Impact of Water Filters and Improved Cook Stoves on Drinking Water Quality and Household Air Pollution: A Randomised Controlled Trial in Rwanda. PLoS ONE, 9(3), e91011. https://doi.org/10.1371/journal.pone.0091011

Shankar, A., Johnson, M., Kay, E., Pannu, R., Beltramo, T., Derby, E., Harrell, S., Davis, C., & Petach, H. (2014). Maximizing the benefits of improved cookstoves: moving from acquisition to correct and consistent use. Global Health: Science and Practice, 2(3), 268–274. https://doi.org/10.9745/GHSP-D-14-00060

Johnson, M., Pilco, V., Torres, R., Joshi, S., Shrestha, R. M., Yagnaraman, M., Lam, N. L., Doroski, B., Mitchell, J., Canuz, E., & Pennise, D. (2013). Impacts on household fuel consumption from biomass stove programs in India, Nepal, and Peru. Energy for Sustainable Development, 17(5), 403–411. https://doi.org/10.1016/j.esd.2013.04.004

Klepeis, N. E., Hughes, S. C., Edwards, R. D., Allen, T., Johnson, M., Chowdhury, Z., Smith, K. R., Boman-Davis, M., Bellettiere, J., & Hovell, M. F. (2013). Promoting Smoke-Free Homes: A Novel Behavioral Intervention Using Real-Time Audio-Visual Feedback on Airborne Particle Levels. PLoS ONE, 8(8), e73251. https://doi.org/10.1371/journal.pone.0073251

Northcross, A. L., Edwards, R. J., Johnson, M., Wang, Z.-M., Zhu, K., Allen, T., & Smith, K. R. (2012). A low-cost particle counter as a realtime fine-particle mass monitor. Environmental Science: Processes & Impacts. https://doi.org/10.1039/C2EM30568B

Lam, N. L., Chen, Y., Weyant, C., Venkataraman, C., Sadavarte, P., Johnson, M., Smith, K. R., Brem, B. T., Arineitwe, J., Ellis, J. E., & Bond, T. C. (2012). Household Light Makes Global Heat: High Black Carbon Emissions From Kerosene Wick Lamps. Environmental Science & Technology, 46(24), 13531–13538. https://doi.org/10.1021/es302697h

Johnson, M., Lam, N., Brant, S., Gray, C., & Pennise, D. (2011). Modeling indoor air pollution from cookstove emissions in developing countries using a Monte Carlo single-box model. Atmospheric Environment, 45(19), 3237–3243. https://doi.org/10.1016/j.atmosenv.2011.03.044

García-Frapolli, E., Schilmann, A., Berrueta, V. M., Riojas-Rodríguez, H., Edwards, R. D., Johnson, M., Guevara-Sanginés, A., Armendariz, C., & Masera, O. (2010). Beyond fuelwood savings: Valuing the economic benefits of introducing improved biomass cookstoves in the Purépecha region of Mexico. Ecological Economics, 69(12), 2598–2605. https://doi.org/10.1016/j.ecolecon.2010.08.004

Armendáriz-Arnez, C., Edwards, R. D., Johnson, M., Rosas, I. A., Espinosa, F., & Masera, O. R. (2010). Indoor particle size distributions in homes with open fires and improved Patsari cook stoves. Atmospheric Environment, 44(24), 2881–2886. https://doi.org/10.1016/j.atmosenv.2010.04.049

Johnson, M., Edwards, R., Berrueta, V., & Masera, O. (2010). New Approaches to Performance Testing of Improved Cookstoves. Environmental Science & Technology, 44(1), 368–374. https://doi.org/10.1021/es9013294

Edwards, R. D., Lam, N. L., Zhang, L., Johnson, M., & Kleinman, M. T. (2009). Nitrogen Dioxide and Ozone as Factors in the Availability of Lead from Lead-Based Paints. Environmental Science & Technology, 43(22), 8516–8521. https://doi.org/10.1021/es901077m

Johnson, M., Edwards, R., Ghilardi, A., Berrueta, V., Gillen, D., Frenk, C. A., & Masera, O. (2009). Quantification of Carbon Savings from Improved Biomass Cookstove Projects. Environmental Science & Technology, 43(7), 2456–2462. https://doi.org/10.1021/es801564u

Johnson, M., Edwards, R., Alatorre Frenk, C., & Masera, O. (2008). In-field greenhouse gas emissions from cookstoves in rural Mexican households. Atmospheric Environment, 42(6), 1206–1222. https://doi.org/10.1016/j.atmosenv.2007.10.034

Armendáriz-Arnez, C., Edwards, R. D., Johnson, M., Zuk, M., Rojas, L., Jiménez, R. D., Riojas-Rodriguez, H., & Masera, O. (2008). Reduction in personal exposures to particulate matter and carbon monoxide as a result of the installation of a Patsari improved cook stove in Michoacan Mexico. Indoor Air, 18(2), 93–105. https://doi.org/10.1111/j.1600-0668.2007.00509.x

Chowdhury, Z., Edwards, R. D., Johnson, M., Naumoff Shields, K., Allen, T., Canuz, E., & Smith, K. R. (2007). An inexpensive light-scattering particle monitor: field validation. Journal of Environmental Monitoring, 9(10), 1099. https://doi.org/10.1039/b709329m

Masera, O., Edwards, R., Arnez, C. A., Berrueta, V., Johnson, M., Bracho, L. R., Riojas-Rodríguez, H., & Smith, K. R. (2007). Impact of Patsari improved cookstoves on indoor air quality in Michoacán, Mexico. Energy for Sustainable Development, 11(2), 45–56. https://doi.org/10.1016/S0973-0826(08)60399-3

Zuk, M., Rojas, L., Blanco, S., Serrano, P., Cruz, J., Angeles, F., Tzintzun, G., Armendariz, C., Edwards, R. D., & Johnson, M. (2007). The impact of improved wood-burning stoves on fine particulate matter concentrations in rural Mexican homes. Journal of

Exposure Science and Environmental Epidemiology, 17(3), 224–232.
https://doi.org/10.1038/sj.jes.7500499

Edwards, R., Johnson, M., Dunn, K. H., & Naeher, L. P. (2005). Application of real-time
particle sensors to help mitigate exposures of wildland firefighters. Archives of
Environmental & Occupational Health, 60(1), 40–43.
https://doi.org/10.3200/AEOH.60.1.40-43

## SELECTED OTHER PUBLICATIONS

Martins, A., Thevamanohar, A., Mukherjee, S., Roy, A., Robinette, F., Kleiman, G.,
Muduchuru, K. R., Robinson, L., Benguigui, M., Johnson, M., Salad, N., Jeffs, N.,
Lekinwala, N. L., Subramaniam, R., Dey, S., Grylls, T., & Puzzolo, E. (2025). Tackling
Black Carbon: How to Unlock Fast Climate and Clean Air Benefits (Nos. 978-1-
0684433-0–5). Clean Air Fund. https://www.cleanairfund.org/resource/tackling-black-
carbon-report/

Subramanian, R., Michael Johnson, Gary Kleinman, Daniel McDougall, Indu K. Murthy,
Kaushik Redd Muduchuru, Chandrakiran Lakshmisha, Anishka Srivastava, Amishi
Tewari, Arindam Roy, Olivia Sweeney, and Tom Grylls. 2023. The Case for Action on
Black Carbon: Avoiding Climate Tipping Points, Building Resilience and Delivering
Clean Air. London: Clean Air Fund, CSTEP, Berkeley Air, Orbis Air.

WEACT. 2023. Out of Gas, In With Justice: Studying the Impacts of Induction Stoves on
Indoor Air in Affordable Housing. New York: WE ACT for Environmental Justice,
Columbia Mailman School of Public Health, Berkeley Air Monitoring Group, RMI,
Association for Energy Affordability, New York Housing Authority.

Johnson, M., Garland, C., Pennise, D., & Reynolds, E. (2015). Field Performance of a
Modified Philips Stove in Gisenyi, Rwanda. Berkeley Air Monitoring Group.

Johnson, M., Delepena, S., Pennise, D., Derby, E., Shrestha, R., Bajracharya, K., …
Maharjan, S. (2015). Assessment of Nepal Consumer Needs, Preferences and
Willingness to Pay for Improved Cookstoves: Controlled Cooking Test Results.
Kathmandu: Winrock International.

Johnson, M., Smith, K.R., Edwards, R.D., Morawska, L., Nicas, M., (2014). WHO
Guidelines for Indoor Air Quality: Model for linking household energy use with indoor air
quality.

Balakrishnan, K., Mehta, S., Ghosh, S., Johnson, M., Brauer, M., Naeher, L., Smith, K.R.,
(2014). WHO Guidelines for Indoor Air Quality: Household Fuel Combustion -
Population levels of household air pollution and exposures.

Edwards, R., Karnani, S., Fisher, E.M., Johnson, M., Naeher, L., Smith, K.R., (2014). WHO
Guidelines for Indoor Air Quality: Household Fuel Combustion - Emissions of Health-
Damaging Pollutants from Household Stoves.

World Health Organization, (2014). WHO Guidelines for Indoor Air Quality: Household Fuel
Combustion. World Health Organization, Geneva.

Johnson, M., Garland, C., Jagoe, K., Pennise, D., Charron, D., Scott, P., … Khoi, D. D.
(2014). Cookstove Emissions Performance Survey: Technical Report. Washington D.C.:
Global Alliance for Clean Cookstoves.

Johnson, M., Garland, C., Jagoe, K., Edwards, R., & Pennise, D. (2013). Emissions Performance of Stoves in Benin and India. Berkeley, CA: Winrock International and the United States Environmental Protection Agency.

Berkeley Air, (2012). Stove Performance Inventory Report. Global Alliance for Clean Cookstoves, United Nations Foundation, Washington DC.

Johnson M., Lam N., Pennise D., Charron D., Bond T., Modi V., & Ndemere, J. (2011). In-home emissions of greenhouse gas pollutants from traditional and rocket biomass stoves in Uganda. Washington D.C.: United States Agency for International Development.

Johnson, M., R. Edwards, A. Ghilardi, V. Berrueta, O. Masera. (2007). Why current assessment methods may underestimate carbon savings of improved stoves. Boiling Point, 54: 11-15.

Armendáriz Arnez C., Masera, O., Edwards, R., Johnson, M., Serrano, P., Zuk, M., Rojas Bracho, L., Angeles F., Wohrnschimmel, H., Cruz, J., Lam N., Martinez, A., & Riojas-Rodríguez, H. (2006). Reducing indoor air pollution through improved cook stove dissemination: The case of Patsari stoves in rural Mexico. Partnership for Clean Indoor Air (PCIA) Bulletin Issue 7.


## INVITED PRESENTATIONS

Johnson, M. (2023)  Plenary discussion: SDG Pavilion, launch event at the Sustainable Development Goal Pavilion: Achieving Universal Access and Net-Zero Emissions by 2050: A Global Roadmap for Just and Inclusive Cooking Transition, Conference of the Parties 2023, Dubai.

Johnson, M. (2023)  Plenary discussion: WHO Health Pavilion: Unlocking Climate and Health Wins with Clean Cooking, Conference of the Parties 2023, Dubai.

Johnson, M. (2023)  Plenary discussion: UNFCCC Pavilion: Maximizing co-benefits of mitigation and adaptation actions with Nationally Determined Contributions, Conference of the Parties 2023, Dubai.

Johnson, M. (2023)  Plenary discussion: Zero-Carbon Future Pavilion, Accelerating action on black carbon to avoid climate tipping points, Conference of the Parties 2023, Dubai.

Johnson, M. (2023) Plenary discussion: Climate-related overview of major initiatives and research in the clean cooking sector. Presented at the ETHOS Conference, Kirkland, Washington.

Johnson, M. (2022). Plenary discussion: Better data, lower costs: can advances in field monitoring deliver? Presented at the Clean Cooking Forum, Accra, Ghana.

Johnson, M. (2022). A brief history of household air pollution monitoring gizmos. ASHES Webinar.

Johnson, M. (2021). Carrying Out Exposure Assessment Studies: Methodical considerations and case study. India Clean Air Summit, Clean Air for Healthy Living.

Johnson M, (2021). Household Air Pollution Intervention Network (HAPIN) Trial: Exposure contrasts and adherence to the LPG stove and fuel intervention during pregnancy. ASHES Webinar.

Johnson, M. (2019), moderator and speaker. Paying for Outcomes: What's New and What's Coming? Presented at the Clean Cooking Forum, Nairobi, Kenya.

Johnson, M., (2019). ISO standards overview for clean cooking. Presented at the United Nations Framework Convention on Climate Change: Practitioner workshop on methodological issues related to clean cookstoves, safe drinking water, and sampling, Bonn, Germany.

Johnson, Michael. (2019). Field studies of stove emissions and personal exposures. Presented at the Climate Action and Clean Cooking Co-benefits Workshop, hosted by the Clean Cooking Alliance, Washington DC.

Johnson, M. (2019). Development of ISO Voluntary Performance Targets and supporting tools. Presented at the Policy workshop on building country capacity towards clean cooking solutions: The importance of setting standards, Kampala, Uganda.

Johnson, M. (2019). Evaluation of Clean Cooking Behavior Change Communication Interventions. Presented at the Clean Cooking and Behavior Change in Africa: Lessons Learned to Date Workshop, Nairobi, Kenya.

Johnson, M. (2019). Model development of intensive exposure sampling sub-sample of the Household Air Pollution Intervention Network (HAPIN) Trial population. Presented at the Clean Cooking Implementation Science Network Meeting: Looking Forward, Bethesda, MD.

Johnson, M. (2018). Development of ISO Voluntary Performance Targets and supporting tools. Presented at the Policy workshop on building country capacity towards clean cooking solutions: The importance of setting standards, Kathmandu.

Johnson, M. (2018). ISO Voluntary Performance Targets. Presented at the Building a Foundation for National Cookstoves Standards Implementation: Final Recommendations and New ISO Standards, Dhaka, Bangladesh.

Johnson, M. (2018). Making progress towards cleaner indoor and outdoor air quality: An international perspective. Presented at the World Health Organization: Household air pollution and health policy roundtable, Beijing.

Johnson, M. (2017). Models for estimating air quality and emissions performance. Presented at the Clean Cooking Forum, New Delhi.

Johnson, M. (2017). Improving household and ambient air quality. Presented at the United Nations International Development Organization, BRIDGE for Cities, Vienna.

Johnson, M. (2017). Clean cooking and climate. Presented at the Global Alliance for Clean Cookstoves and United Nations Industrial Development Organization: South-South Clean Cooking Workshop, Vienna.

Johnson, M. (2017). Cookstoves! An overview of household energy, health, and the environment. Presented at the Energy and Natural Resources Seminar, University of Wyoming.

Johnson, M. (2017). An overview of household energy, health, and the environment. Presented at the Colorado College Physics Department Homecoming, Colorado Springs.

Johnson, M. (2017). Household Air Pollution Intervention Network Trial. Presented at the USEPA/Winrock Health Studies Webinar, Washington DC.

Johnson, M. (2017). Household Air Pollution Intervention Network Trial Overview. Presented at the ETHOS Conference, Kirkland, WA.

Johnson, M., & Garland, C. (2016). In-field black carbon emissions from cookstoves in Asia and Africa. Presented at the Global Methane Initiative Conference, Washington DC.

Johnson, M. (2016). Part I: In-field black carbon emissions from cookstoves in Asia and Africa; Part II: Platform for Integrated Cookstove Assessment. Presented at the Oregon Stove Summit, Cottage Grove, OR.

Johnson, M. (2016). Platform for Integrated Cookstove Assessment. Presented at the USEPA/Winrock Webinar: Everything you wanted to know about cookstove field monitoring technologies: Latest advances and FAQs, Washington D.C.

Johnson, M. (2016). Linking household energy use with indoor air quality. Presented at the USEPA/Winrock Webinar: Using Stove Emissions Data to Estimate Air Quality: An overview of World Health Organization current modeling approaches and future plans, Washington D.C.

Johnson, M. (2015). Tools, approaches, and practical considerations for monitoring health and environmental indicators in the household energy sector. Presented at the Global Alliance for Clean Cookstoves: Climate and health co-benefits of clean cooking, Washington D.C.

Johnson, M. (2015). Household energy field testing overview. Presented at the USEPA and Beijing University of Chemical Technology Field Testing Workshop, Beijing.

Johnson, M. (2015). Guidance for linking stove usage with impacts. Presented at the Clean Cooking and Adoption Workshop, Lima.

Johnson, M. (2015). Supporting program implementation and evaluation with stove usage data. Presented at the Clean Cooking and Adoption Workshop, Lima.

Johnson, M. (2014). Field Testing Guide. Presented at the Kenya Clean Cookstoves and Fuel Conference, Nairobi.

Johnson, M. (2014). Measuring stove use and durability. Presented at the Kenya Clean Cookstoves and Fuel Conference, Nairobi.

Johnson, M., & Garland, C. (2014). Emissions performance of cookstoves in Asia and Africa. Presented at the Global Alliance for Clean Cooking webinar on field testing, Washington D.C.

Johnson, M., & Thompson, R. (2013). Field Monitoring of Cookstoves. Presented at the USEPA Stove Testing: Training Workshop, Research Triangle Park

Johnson, M. (2013). Household Energy Field Testing Guide. Presented at the Regional Testing and Knowledge Center Workshop, Zamorano University.

Johnson M. 2013. Cookstove Emissions Performance Survey. Clean Cooking Forum 2013: Igniting Change, Fueling Markets & Sparking Adoption. Phnom Penh.

Johnson, M. (2012). Stove Performance Inventory Overview. Presented at the Global Alliance for Clean Cookstoves webinar on stove performance results, Washington D.C.

Johnson, M. (2012). Summary of International Workshop Agreement on Cookstove Standards. Presented at the Renewable and Appropriate Energy Laboratory Seminar Series, University of California, Berkeley.

Johnson, M. (2012). IWA Indoor Emissions Tiers. Presented at the ISO International Workshop Agreement: Guidelines for evaluating cookstove performance, The Hague.

Johnson, M. (2012). Linking Household Energy Use with Indoor Air Quality. Presented at the WHO GRADE+ Meeting, Geneva.

Johnson, M., & Derby, E. (2011). Stove Testing Overview. Presented at the Partnership for Clean Indoor Air Forum, Lima.

Johnson, M. (2011). Kitchen Performance Test Training and Implementation in Three Countries. Presented at the Partnership for Clean Indoor Air Forum, Lima.

Johnson M. (2011). Impacts of Household Fuel Consumption for Biomass Stove Programs in India, Nepal and Peru. Webinar for the Partnership For Clean Indoor Air (USEPA).

Johnson, M., & Pennise, D. (2011). Sensors; field performance; testing and monitoring and implications for product design. Presented at the US Department of Energy: Clean Cookstoves R&D Technical Meeting, Arlington, VA.

Johnson, M. (2010). Improved Stoves: Challenges of Meeting Expectations. Presented at the Washington University Seminar Series for the Brown School, Saint Louis, MO.

Johnson, M. (2010). Co-benefits of improved stoves. Presented at the University of California, Berkeley, School of Public Health Seminar Series, Berkeley.

Johnson, M. (2010). Benefits of field-based stove emissions monitoring. Presented at the Gold Standard Academy Conference, Istanbul.

SELECTED CONFERENCE AND OTHER PRESENTATIONS

Johnson, M., Bertoldi, D., Mejia, H., Kearns, K., Jones, S., Aragon, M., Charron, D., Forni, L., Mauter, M., Lam, N., Moschovis, P., Sharma, R., & Pillarisetti, A. (2025). Assessing Exposure to Residential Air Pollution for Low-Income Families with Gas and Electric Cooking Technologies (AERLIFT): Pilot Results. International Society for Environmental Epidemiology Annual Meeting (ISEE).

Johnson, M., Daouda, M., Carforo, A., Seals, B., & Tan, Y. A. (2025). Small Data, Big Impacts: Scaling Local Research to Inform Electrification Policies. Health Effects Institute Annual Conference (HEI).

Johnson, M., Kearns, K. A., Rivera, J., Castro, B., Herrera, J., Miller, H., Ghosh, A., & Tyner, T. (2024). Characterizing differences in indoor air quality associated with a rural electrification program for low-income housing. International Society of Exposure Science Annual Meeting (ISES).

Johnson, M., Kearns, K., Ghosh, A., Rivera, J., Castro, B., & Miller, H. (2024). Characterizing Indoor Air Quality Improvements from Gas-to-Electric Appliance Transitions in Disadvantaged Communities in California. American Geophysical Union Fall Meeting (AGU).

Johnson, M. (2024). Mid-study Updates: IAQ Improvements from Electric Heating, Cooking, and Smart Filtration Appliances in Disadvantaged Communities. National Home Performance Conference, Minneapolis.

Johnson, M. (2024) Plenary discussion: Methodology for quantifying carbon reductions in the household energy sector. Presented at the ETHOS Conference, Kirkland, Washington.

Johnson, M. and on behalf of the HAPIN investigators (2022). Household Air Pollution Intervention Network (HAPIN) trial: Adherence (stove use) and exposure results through pregnancy. International Society of Exposure Science, Lisbon.

Johnson, M. and Wickramanayake, A, (2022). Characterizing drivers of increased exposure to air pollutants for mothers and newborns in Nairobi's informal settlements International Conference on Urban Health, Valencia.

Johnson, M. Abuya, … Rajasekharan, S. (2022). Air pollution exposure in two Nairobi informal settlements. Air Sensor International Conference, Pasadena.

Johnson, M. (2020). Emissions-to-Exposure (E2E) Modeling approaches for estimating personal exposure to household air pollution: a case study in Kenya. International Society of Exposure Analysis.

Johnson, M., Piedrahita, R., Garland, C., Pillarisetti, A., Sambandam, S., Gurusamy, T., … Clasen, T. (2019). Update on the HAPIN Trial: Exposures to PM2.5 associated with pilot LPG stove and fuel interventions. Presented at the ETHOS, Kirkland, WA.

Johnson, M., Piedrahita, R., Garland, C., Pillarisetti, A., Sambandam, S., Gurusamy, T., … Clasen, T. (2018). Exposures to PM2.5 associated with LPG stove and fuel interventions: Pilot results from the HAPIN Trial. Presented at the International Society of Environmental Epidemiology and International Society of Exposure Science joint conference, Ottawa.

Johnson, M., Piedrahita, R., Bilsback, K., L'Orange, C., Kodros, J., Eilengerg, R., … Volckens, J. (2018). Modeling kitchen air pollution concentrations from emissions and stove usage data in Tamil Nadu, India. Presented at the Clean Air Asia: Better Air Quality, Kuching.

Johnson, M., Piedrahita, R., Garland, C., Pillarisetti, A., Sambandam, S., Gurusamy, T., … Clasen, T. (2018). Exposures to PM2.5 associated with LPG stove and fuel interventions: Pilot results from the HAPIN Trial. Presented at the International Society of Environmental Epidemiology and International Society of Exposure Science joint conference, Ottawa.

Johnson, M. (2018). What does clean mean? Tools and approaches for connecting technology performance with impact. Presented at the ETHOS Conference, Kirkland, WA.

Johnson, M. (2016). Platform for Integrated Cookstove Assessment. Presented at the ETHOS Conference, Kirkland, WA.

Johnson, M., Garland, C., Prasad, R., Tiwari, R., Ranjan, A., & Liedtke, C. (2015). Field testing cookstove performance in Uttar Pradesh and West Bengal, India. Presented at the ETHOS Conference, Kirkland, WA.

Johnson, M. (2015). Platform for Integrated Cookstove Assessment. Presented at the ETHOS Conference, Kirkland, WA.

Johnson, M.A., Smith, K.R., Edwards, R., Morawska, L., Nicas, M., Chiang, R., 2014. Linking household energy use with indoor air quality. International Society of Environmental Epidemiology, Seattle.

Johnson, M., & Chiang, R. (2014). Tossing the Three Stones. Presented at the ETHOS Conference, Kirkland, WA.

Johnson, M., Smith, KR., Edwards, R., Morawska, L., Nicas, M. 2013. Linking Stove Performance and Policy: The Emissions Model presented at the ISEE, ISES, ISIAQ Conference. Symposium on New WHO Indoor Air Quality Guidelines for Household Fuel Combustion: Methods, New Evidence, and Plans for Implementation., Basel, Switzerland.

Johnson M., 2013. Pillarisetti A, Allen T, Charron D, Pennise D, Smith KR. A robust, low-cost particle monitor and data platform for evaluation of cookstove performance. US EPA Workshop: Air Sensors 2013: Data Quality & Application. Durham, N.C.

Johnson, M., Bond, T., Weyant, C., Chen, Y., Ellis, J., Modi, V., … Pennise, D. (2011). In-Home Assessment of Greenhouse Gas and Aerosol Emissions from Biomass Cookstoves in Developing Countries. In Greenhouse Gas Strategies in a Changing Climate Air and Waste Management Association. San Francisco, USA.

Johnson M., A. Eads, J. Ho, J. Rose, G. Sacks, F. Gomez, O. Masera, R. Edwards. 2008. Evaluation of metrics used to assess improved stove interventions in Mexico. International Society of Environmental Epidemiology and Exposure Analysis Conference, Pasadena.

Johnson M., R. Edwards , C. A. Armendáriz, C., Masera. O. 2008. Reductions in PM and relative fraction of small particles as a result of an improved stove. Indoor Air, Copenhagen.

Johnson, M., Estimating carbon emission reductions from improved stove projects. 2008. Focus the Nation, University of California, Irvine, CA.

Johnson, M., R. Edwards, E. Milner, C. A. Armendáriz, L. Rojas, M. Zuk, N. Lam, and O. Masera. 2007. Reduction in benzene exposure associated with the installation of a Patsari improved cookstove. International Society of Exposure Analysis Conference, Durham, NC.

Johnson M., R. Edwards, V. Berrueta, A. Ghilardi, C. A. Frenk, O. Masera. 2007. Assessing the Patsari Project's impact on GHG emissions. Presented in "Integrated Assessment of the Improved Stove Program in Michoacán" symposium at the International Society of Environmental Epidemiology Conference, Mexico City.

Johnson, M., R. Edwards, C. A. Arnez, L. Rojas, M. Zuk, P. Serrano, N. Lam, and O. Masera. 2005. Cook stove contributions to mothers' particulate exposure in Michoacán, Mexico. International Society of Exposure Analysis Conference, Tucson, AZ.

Johnson, M., D. Pennise, N. Lam, S. Brant, D. Charron, C. Gray, R. Edwards, K. Smith, Modeling Indoor Air Pollution Concentrations from Stove Emissions Using a Monte Carlo Single-Box Model. 2010 International Society of Environmental Epidemiology and Exposure Science Conference, Seoul.

Johnson, M., R. Edwards, and O. Masera. 2007. Mitigating carbon emissions with improved stoves in rural Mexico. California Conference on Climate Change, Sacramento, CA.

Johnson, M., and R. Edwards. 2006. Use of dual sensor response to improve real time particulate mass estimates. International Society of Environmental Epidemiology and Exposure Analysis Conference, Paris.

### SERVICE, COMMITTEES, AND PROFESSIONAL MEMBERSHIPS

Board Member: City of Fort Collins Air Quality Advisory Board (2024-present)

Technical Lead: Clean Cooking and Climate Consortium (2021-present)

Technical Committee Member for ISO 285: Clean Cookstoves and Clean Cooking Solutions working groups 2 (Harmonized Laboratory Protocols – Team Leader of Part III: Voluntary Performance Targets) and 3 (Field Testing Methods), (2014-present).

Co-Chair: Co-Chair the Working Group on Integrity and Coherence, Responsible Carbon Finance for Clean Cooking Initiative, Clean Cooking Alliance (2023).

Board member for Engineers in Technical and Humanitarian Opportunities of Service (2015-2018)

Expert Panel for Gold Standard Foundation development of Black Carbon Methodology (2014-2015).

World Health Organization Indoor Air Quality Guidelines Development Group (2012-2014).

Core committee member to develop cookstove standards for ISO International Workshop Agreement (2011-2012).

Member of committee to develop "Water Boiling Test 4.1.2" for stove performance testing (2010-2011)

Member of Standards and Testing Working Group for the Global Alliance for Clean Cookstoves (2010-2011)

### HONORS AND FELLOWSHIPS

"Best Paper Award," as one of the top papers published in Indoor Air during the years 2008-2010 (Armendariz et al. 2008, see above).

Elected as departmental graduate student representative, University of California, Irvine, 2006-2009.

Outstanding Graduate Student Mentor, University of California Irvine, 2005 and 2006.

Elected as the Senior Commencement Speaker, The Colorado College, 1999.

NCAA Preseason Academic All-American as quarterback for football team, The Colorado College, 1998.

Frances-Benton Fellowship, University of California, Irvine 2007.

Social Ecology Dissertation Fellowship, University of California, Irvine, 2007.

Environmental Health, Science, and Policy departmental fellowship, University of California, Irvine, 2006-2007.

Social Ecology Fellowship, University of California, Irvine, 2003-2004.

Oregon Laurels Scholarship, Oregon State University, 2000-2001

High-Demand in Teaching Scholarship, Oregon State University, 2000-2001

Crown-Goodman Presidential Scholarship, The Colorado College, 1997-1999

### LANGUAGES AND SKILLS

Native speaking and writing in English

Study design and management of remote field teams

Program and project direction and management

Proficient in using internet, email, word processing, presentation, spreadsheet programs, and statistical programs (SPSS and STATA).

Pollutant monitoring for personal exposure, ambient and area environments, and small-scale emission sources.

Extensive experience using a variety of air quality instrumentation for measuring particulate matter, size distributions, black and organic carbon, gases, and other pollutants.

Experienced in the analysis of compounds using gas chromatography with mass spectrometry and flame ionization detection.