**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02417-SKC-KAS

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS,

      Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado Department of Public
Health & Environment (CDPHE), in her official capacity;
JEFF LAWRENCE, Director of the Environmental Health and Sustainability
Division of the CDPHE, in his official capacity; and
PHIL WEISER, Colorado Attorney General, in his official capacity,

      Defendants,

and

PHYSICIANS FOR SOCIAL RESPONSIBILITY COLORADO

      Proposed Defendant-Intervenor.

---

**DECLARATION OF JENNIFER L. PEEL, PhD, MPH**

---

I, Jennifer L. Peel, PhD, MPH, hereby state as follows:

### I.      Qualifications and Background

1. I am an environmental epidemiologist with over 25 years of experience. My
   work has primarily focused on evaluating the health effects of air pollution,
   including ambient air pollution and indoor air pollution from household

energy use. I have extensive experience designing and conducting research studies and disseminating results.

2. I earned a Bachelor of Science (BS) degree in Molecular and Cell Biology with Honors in Biochemistry in 1996 from The Pennsylvania State University, a Master of Public Health (MPH) degree in Epidemiology in 1998 from Emory University Rollins School of Public Health, and a doctoral degree (PhD) in epidemiology from Emory University in 2003. My doctoral dissertation evaluated the health effects of short-term exposure to ambient air pollution, including particulate matter, nitrogen oxides, ozone, and carbon monoxide, focused on respiratory emergency department visits and apnea events in infants in Atlanta, Georgia.

3. I am a Professor of Epidemiology in the Department of Environmental and Radiological Health at Colorado State University and Professor in the Departments of Epidemiology and Environmental and Occupational Health at the Colorado School of Public Health.  I have led or collaborated in numerous projects aimed at characterizing exposure to air pollution and evaluating health effects associated with exposure to air pollution. I have received funding the US National Institutes of Health, the Health Effects Institute, and the US Environmental Protection Agency (EPA). I have published over 100 peer-reviewed publications and have made over 30 invited presentations at national and international venues.

4.  I serve as one of three principal investigators for the Household Air Pollution Intervention Network (HAPIN) trial. This trial investigated the effect of a liquefied petroleum gas intervention on exposure and health among participants using biomass fuel for cooking in low- and middle-income countries (LMICs). This trial, funded in 2016, received $30 million of funding the NIH and the Bill and Melinda Gates Foundation, and has since received additional funding from NIH to continue follow up of participants.

5.  I have served in various roles related to the US national ambient air quality guidelines for the US EPA. I was a contributing author for the integrated science assessments for nitrogen oxides (2016) and carbon monoxide (2010). I served on the EPA Clean Air Scientific Advisory Committee (CASAC) panels for particulate matter and ozone in 2023 and 2024 and was a chartered member of CASAC, 2024 – 2025. The CASAC reviews relevant scientific literature and develops consensus recommendations for the EPA Administrator.

6.  I serve as a Deputy Editor of the journal Environmental Health Perspectives (EHP) since 2023, and as an Associate Editor from 2009 through 2023. EHP is one of the highest impact environmental health journals worldwide. In this role, I have reviewed hundreds of manuscripts related to air pollution and health. I further served as on the Health Effects Institute (HEI) Review

Committee for 9 years, reviewing research funded by HEI related to air pollution and health.

7. I am a member of the World Health Organization Technical Advisory Group for Global Air and Health since 2021.

8. I was retained by outside counsel for PSR Colorado to provide an independent expert opinion on the health effects associated with air pollutants emitted by gas stoves. My time is billed at a rate of $300/hour.

9. My curriculum vitae, which accurately demonstrates my training, qualifications, and experience, is attached hereto.

## II.    Summary of Opinions

10. There is a broad scientific consensus, supported by a robust evidence base, that the air pollutants emitted from gas cooking, specifically nitrogen oxides, carbon monoxide, formaldehyde, and benzene, are linked to adverse health effects. These reviews, such as those conducted by the US EPA, WHO, and the International Agency for Research on Cancer, include numerous international scientific experts reviewing all available evidence from multiple lines of scientific inquiry (exposure science, epidemiology, toxicology) using a systematic approach to evaluate causality.

11. Based on the current body of evidence regarding gas stove emissions and health effects associated with emitted pollutants, scientific and other entities

currently provide recommendations related to use of gas stoves, including proper installation, ventilation, and use of air cleaners.

### III.    Basis of Opinions

12. Agencies such as the US Environmental Protection Agency (EPA), World Health Organization (WHO), The International Agency for Research on Cancer (IARC) (US EPA, 2016, WHO, 2021, IARC, 2018) use comprehensive review processes that draw on international experts in the fields to evaluate existing literature for causality. For example, the 2016 US EPA Integrated Science Assessment for Nitrogen Oxides describes the process used by the EPA (US EPA, 2016), as illustrated by Tables I and II from that report.

**Table I**        **Aspects to aid in judging causality.**

| Aspect | Description |
|---|---|
| Consistency | An inference of causality is strengthened when a pattern of elevated risks is observed across several independent studies. The reproducibility of findings constitutes one of the strongest arguments for causality. Statistical significance is not the sole criterion by which the presence or absence of an effect is determined. If there are discordant results among investigations, possible reasons such as differences in exposure, confounding factors, and the power of the study are considered. |
| Coherence | An inference of causality from one line of evidence (e.g., epidemiologic, controlled human exposure, animal, welfare studies) may be strengthened by other lines of evidence that support a cause-and-effect interpretation of the association. There may be coherence in demonstrating effects from evidence across various fields and/or across multiple study designs or related health endpoints within one scientific line of evidence. For example, evidence on welfare effects may be drawn from a variety of experimental approaches (e.g., greenhouse, laboratory, field) and subdisciplines of ecology (e.g., community ecology, biogeochemistry, paleontological/historical reconstructions). |
| Biological plausibility | An inference of causality is strengthened by results from experimental studies or other sources demonstrating biologically plausible mechanisms. A proposed mechanism, which is based on experimental evidence and which links exposure to an agent to a given effect, is an important source of support for causality. |
| Biological gradient (exposure-response relationship) | A well-characterized exposure-response relationship (e.g., increasing effects associated with greater exposure) strongly suggests cause and effect, especially when such relationships are also observed for duration of exposure (e.g., increasing effects observed following longer exposure times). |
| Strength of the observed association | The finding of large, precise risks increases confidence that the association is not likely due to chance, bias, or other factors. However, it is noted that a small magnitude in an effect estimate may or may not represent a substantial effect in a population. |
| Experimental evidence | Strong evidence for causality can be provided through "natural experiments" when a change in exposure is found to result in a change in occurrence or frequency of health or welfare effects. |
| Temporality of the observed association | Evidence of a temporal sequence between the introduction of an agent and appearance of the effect constitutes another argument in favor of causality. |
| Specificity of the observed association | Evidence linking a specific outcome to an exposure can provide a strong argument for causation. However, it must be recognized that rarely, if ever, does exposure to a pollutant invariably predict the occurrence of an outcome, and that a given outcome may have multiple causes. |
| Analogy | Structure activity relationships and information on the agent's structural analogs can provide insight into whether an association is causal. Similarly, information on mode of action for a chemical, as one of many structural analogs, can inform decisions regarding likely causality. |

**Table II**    **Weight of evidence for causal determination.**

| | Health Effects | Ecological and Welfare Effects |
|---|---|---|
| Causal relationship | Evidence is sufficient to conclude that there is a causal relationship with relevant pollutant exposures (e.g., doses or exposures generally within one to two orders of magnitude of recent concentrations). That is, the pollutant has been shown to result in health effects in studies in which chance, confounding, and other biases could be ruled out with reasonable confidence. For example: (1) controlled human exposure studies that demonstrate consistent effects, or (2) observational studies that cannot be explained by plausible alternatives or that are supported by other lines of evidence (e.g., animal studies or mode of action information). Generally, the determination is based on multiple high-quality studies conducted by multiple research groups. | Evidence is sufficient to conclude that there is a causal relationship with relevant pollutant exposures. That is, the pollutant has been shown to result in effects in studies in which chance, confounding, and other biases could be ruled out with reasonable confidence. Controlled exposure studies (laboratory or small- to medium-scale field studies) provide the strongest evidence for causality, but the scope of inference may be limited. Generally, the determination is based on multiple studies conducted by multiple research groups, and evidence that is considered sufficient to infer a causal relationship is usually obtained from the joint consideration of many lines of evidence that reinforce each other. |
| Likely to be a causal relationship | Evidence is sufficient to conclude that a causal relationship is likely to exist with relevant pollutant exposures. That is, the pollutant has been shown to result in health effects in studies where results are not explained by chance, confounding, and other biases, but uncertainties remain in the evidence overall. For example: (1) observational studies show an association, but copollutant exposures are difficult to address and/or other lines of evidence (controlled human exposure, animal, or mode of action information) are limited or inconsistent, or (2) animal toxicological evidence from multiple studies from different laboratories demonstrate effects, but limited or no human data are available. Generally, the determination is based on multiple high-quality studies. | Evidence is sufficient to conclude that there is a likely causal association with relevant pollutant exposures. That is, an association has been observed between the pollutant and the outcome in studies in which chance, confounding, and other biases are minimized but uncertainties remain. For example, field studies show a relationship, but suspected interacting factors cannot be controlled, and other lines of evidence are limited or inconsistent. Generally, the determination is based on multiple studies by multiple research groups. |
| Suggestive of, but not sufficient to infer, a causal relationship | Evidence is suggestive of a causal relationship with relevant pollutant exposures but is limited, and chance, confounding, and other biases cannot be ruled out. For example: (1) when the body of evidence is relatively small, at least one high-quality epidemiologic study shows an association with a given health outcome and/or at least one high-quality toxicological study shows effects relevant to humans in animal species, or (2) when the body of evidence is relatively large, evidence from studies of varying quality is generally supportive but not entirely consistent, and there may be coherence across other lines of evidence (e.g., animal studies or mode of action information) to support the determination. | Evidence is suggestive of a causal relationship with relevant pollutant exposures, but chance, confounding, and other biases cannot be ruled out. For example, at least one high-quality study shows an effect, but the results of other studies are inconsistent. |
| Inadequate to infer a causal relationship | Evidence is inadequate to determine that a causal relationship exists with relevant pollutant exposures. The available studies are of insufficient quantity, quality, consistency, or statistical power to permit a conclusion regarding the presence or absence of an effect. | Evidence is inadequate to determine that a causal relationship exists with relevant pollutant exposures. The available studies are of insufficient quality, consistency, or statistical power to permit a conclusion regarding the presence or absence of an effect. |
| Not likely to be a causal relationship | Evidence indicates there is no causal relationship with relevant pollutant exposures. Several adequate studies, covering the full range of levels of exposure that human beings are known to encounter and considering at-risk populations and lifestages, are mutually consistent in not showing an effect at any level of exposure. | Evidence indicates there is no causal relationship with relevant pollutant exposures. Several adequate studies examining relationships with relevant exposures are consistent in not showing an effect at any level of exposure. |

13. These review processes are the gold standard for evaluating evidence from multiple lines of scientific inquiry. The EPA "weight of the evidence" review process was recently evaluated by the National Academies of Science; the panel concluded, "... that EPAs causal framework is effective, reliable, and

scientifically defensible, provided that key scientific questions are identified and a range of necessary expertise is engaged," (National Academy of Sciences, Engineering and Medicine (NASEM), 2022).

(https://nap.nationalacademies.org/catalog/26612/advancing-the-framework-for-assessing-causality-of-health-and-welfare-effects-to-inform-national-ambient-air-quality-standard-reviews)

14. Based on the rigorous evaluations conducted by the WHO, US EPA, and IARC as described above, below are a summary of the causal and likely to be causal determinations for nitrogen oxides, carbo monoxide, formaldehyde, and benzene:

   a. Short-term exposure to nitrogen oxides can irritate airways and aggravate respiratory diseases (US EPA, 2016, WHO, 2021).

   b. Short-term exposure to nitrogen oxides is strongly linked with respiratory symptoms (coughing, wheezing, throat irritation, asthma exacerbation), particularly among asthmatics, children, the elderly (US EPA, 2016).

   c. Short-term exposure to nitrogen oxides is associated with an increased risk of hospital admissions for respiratory diseases (US EPA, 2016).

   d. Long-term exposure to nitrogen oxides is likely associated development of asthma, increased susceptibility to respiratory infections, and

respiratory mortality (primarily due to chronic obstructive pulmonary disease) (US EPA, 2016).

e. Acute exposure to high levels of carbon monoxide (typically experienced indoors from a points source) can lead to headaches, nausea, and death. Short-term exposure to lower levels of carbon monoxide (similar to exposure levels experienced outdoors) is associated cardiovascular morbidity (mainly hospital visits for ischemic heart disease) (US EPA, 2010, WHO, 2021).

f. Formaldehyde is classified by IARC as a Group 1 carcinogen and is associated with nasal and nasopharyngeal cancer (cancers of the nose and throat) (IARC, 2006).

g. Benzene is classified by IARC as a Group 1 carcinogen and is associated with an increased risk of leukemia (IARC, 2018)

15. For these pollutants as with many air pollutants, there is no identified threshold for adverse health impacts associated with exposure, meaning there is no "safe level" of exposure. Increased risks of adverse health effects are supported across a wide range of exposure levels, similar to those experienced outdoors and indoors, including with prominent sources (IARC, 2006, IARC, 2018, US EPA, 2016, US EPA, 2019)

16. Various health and scientific entities have recommendations in place to lower exposure and attenuate health effects of gas stoves, for example:

a. EPA: The US EPA recommends that users of gas stoves "…install and use exhaust fans over gas cooking stoves and ranges and keep the burners properly adjusted."

b. American Public Health Association: The APHA "…calls upon health care practitioners (including physicians, nurses, public health nurses, community health workers, and many others) to inform patients of the risks of gas stove emissions and the measures they can take to mitigate exposure, similar to the approach to home exposures to tobacco," (APHA, 2022)

17. Further, pulmonary physicians have been urged to consider gas stoves in clinical practice in a journal published by the American Thoracic Society.

a. "We recommend that pulmonary clinicians and scientists consider gas stoves as a potential risk factor in their practice…" (Paulin et al. 2023).

18. I have reviewed the CDPHE website developed in response to HB25-1161. The information presented therein are accurate and supported by science and by the consensus review conclusions referenced herein. Further, the information on the website is clearly communicated and provides relevant and helpful information to the public to understand the potential health impacts of gas stove emissions, and particularly the importance of ensuring adequate ventilation when using a gas stove to minimize exposure.

19. I have reviewed Dr. Benson's declaration submitted on behalf of AHAM. Several of the assertions in Dr. Benson's declaration are contrary to established scientific consensus. For example, in II.12 in Dr. Benson's declaration, the statement that "There is no causal association between exposure to natural gas and associated combustion byproducts experienced during cooking and the development of respiratory symptoms or respiratory diseases" is not consistent with established scientific consensus developed by the EPA and WHO review process and described herein, detailed in Section III.14. Further, the statement in III.13 is within Dr. Benson's declaration is misleading and not supported by current evidence; "equivalency of respiratory symptoms and diseases between those cooking with natural gas compared to those using electricity, meaning equal risks of these outcomes caused by gas and electric stoves, has not been established in the scientific literature and is not supported by the data presented in Dr. Benson's declaration.

20. The opinions presented here are my own and do not represent those of my employer or funders of my research.

## IV.    REFERENCES

The American Public Health Association (APHA). Policy Brief: Gas Stove Emissions Are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions, 2022. Available at: https://www.apha.org/policy-and-advocacy/public-health-policy-briefs/policy-database/2023/01/18/gas-stove-emissions.

The International Agency for Research on Cancer (IARC) Working Group on the Evaluation of Carcinogenic Risks to Humans. Benzene. Lyon (FR): International Agency for Research on Cancer; 2018. (IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 120.) Available from: https://www.ncbi.nlm.nih.gov/books/NBK550157/.

IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 88 (2006): Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol. http://monographs.iarc.fr/ENG/Monographs/vol88/index.php.

National Academies of Sciences, Engineering, and Medicine (NASEM). 2022. Advancing the Framework for Assessing Causality of Health and Welfare Effects to Inform National Ambient Air Quality Standard Reviews. Washington, DC: The National Academies Press. https://doi.org/10.17226/26612.

Paulin LM, Samet JM, Rice MB. Gas Stoves and Respiratory Health: Decades of Data, but Not Enough Progress. Ann Am Thorac Soc. 2023 Dec;20(12):1697-1699. doi: 10.1513/AnnalsATS.202306-533VP. PMID: 37703392; PMCID: PMC10704234

US EPA. The Inside Story: A Guide to Indoor Air Quality, 2019, https://www.epa.gov/indoor-air-quality-iaq/inside-story-guide-indoor-air-quality.

U.S. EPA. Integrated Science Assessment (ISA) for Carbon Monoxide (Final Report, Jan 2010). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-09/019F, 2010.

U.S. EPA. Integrated Science Assessment (ISA) for Oxides of Nitrogen – Health Criteria (Final Report, Jan 2016). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-15/068, 2016.

U.S. EPA. Integrated Science Assessment (ISA) for Particulate Matter (Final Report, Dec 2019). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-19/188, 2019.

U.S. EPA. Supplement to the 2019 Integrated Science Assessment for Particulate Matter (Final Report, 2022). U.S. Environmental Protection Agency, Washington, DC, EPA/635/R-22/028, 2022.

WHO global air quality guidelines. Particulate matter (PM2.5 and PM10), ozone, nitrogen dioxide, sulfur dioxide and carbon monoxide. Geneva: World Health Organization; 2021. Licence: CC BY-NC-SA 3.0 IGO.

I declare under penalty of perjury, as required under 28 U.S.C. § 1746, that the foregoing is true and correct.

Signed this 6th day of October, 2025

_Jennifer L. Peel_

Jennifer L. Peel, PhD, MPH

# JENNIFER L. PEEL

Professor
Department of Environmental and Radiological Health Sciences
Colorado State University
1681 Campus Delivery, Fort Collins, CO 80523-1681
970-491-6391 (office phone), 970-491-2940 (fax),
970-310-5924 (cell)
jennifer.peel@colostate.edu

## I. EDUCATION

**PhD** in **EPIDEMIOLOGY**, May 2003
Emory University, Graduate School of Arts and Sciences, Atlanta, GA
> **Dissertation**: Acute Cardiorespiratory Health Effects of Ambient Air Pollution in Atlanta
> **Advisor**: Paige E. Tolbert, PhD

**MPH** in **EPIDEMIOLOGY**, May 1998
Emory University, Rollins School of Public Health, Atlanta, GA
> **Thesis**: Race and Hormonal Treatment of Prostate Cancer in the NCI/SEER Prostate Cancer Outcomes Study (PCOS)
> **Advisor**: J. William Eley, MD, MPH
> **Awards/Scholarships:**  Dean's Scholarship, 1996 - 1998
> 1998 Charles C. Shepard Award (most scholarly research paper in the Rollins School of Public as deemed by the faculty)

**BS** in **MOLECULAR AND CELL BIOLOGY**, May 1996
With an **Honors Degree** in **BIOCHEMISTRY AND MOLECULAR BIOLOGY**
The Pennsylvania State University, University Park, PA
> **Honors Thesis**: Identification of SER-9 as the Catalytically Essential Residue in *Drosophila* Glutathione S-Transferase D1
> **Advisor:** C-P David Tu, PhD
> **Awards/Scholarships:**  University Scholars Program
> Academic Excellence Scholarship
> Freshman Alumni Award

Dallastown Area High School **Salutatorian**, June 1991

## II. PROFESSIONAL EXPERIENCE

**PROFESSOR (with tenure), EPIDEMIOLOGY**                    7/2016 – present
Department of Environmental and Radiological Health Sciences
Colorado State University, Fort Collins, CO

**Epidemiology Section Head**                    7/2010 – present
Department of Environmental and Radiological Health Sciences
Colorado State University, Fort Collins, CO

**ADJUNCT PROFESSOR**                                            2016 – present
Department of Epidemiology, Department of Environmental and Occupational
Health Colorado School of Public Health, Denver, CO

**CSU EPIDEMIOLOGY MPH CONCENTRATION DIRECTOR**                8/2012 – 4/2016
Colorado School of Public Health, Denver, CO

**ASSOCIATE PROFESSOR (with tenure), EPIDEMIOLOGY**           7/2010 – 6/2016
Department of Environmental and Radiological Health
Sciences Colorado State University, Fort Collins, CO

**ADJUNCT ASSOCIATE PROFESSOR**                                11/2013 – 10/2016
Departments of Epidemiology, Department of Environmental and Occupational
Health Colorado School of Public Health, Denver, CO

**ADJUNCT ASSISTANT PROFESSOR**                                10/2008 – 11/2013
Departments of Epidemiology, Department of Environmental and Occupational
Health CSU Epidemiology Concentration Director, 8/2012 - present
Colorado School of Public Health, Denver, CO

**ASSISTANT PROFESSOR, EPIDEMIOLOGY**                          8/2004 – 6/2010
Department of Environmental and Radiological Health
Sciences Colorado State University, Fort Collins, CO

**DIRECTOR**                                                    2/2003 – 8/2004
Air Pollution and Neonatal Episodes of Apnea (APNEA)
Study Emory University, Rollins School of Public Health,
Atlanta, GA

**DIRECTOR**                                                    6/2003 – 8/2004
Study of Particles and Health in Atlanta (SOPHIA)
Emory University, Rollins School of Public Health, Atlanta, GA

**ASSOCIATE DIRECTOR**                                         4/2002 – 2/2003
Air Pollution and Neonatal Episodes of Apnea (APNEA)
Study Emory University, Rollins School of Public Health,
Atlanta, GA

**ASSOCIATE DIRECTOR**                                         4/2002 – 6/2003
Study of Particles and Health in Atlanta (SOPHIA)
Emory University, Rollins School of Public Health, Atlanta, GA

**PROJECT COORDINATOR**                                        1/2000 – 4/2002
Infant Apnea Study, Emory University, Rollins School of Public Health

**DATA ANALYST**                                               7/1998 – 1/2000
Georgia Center for Cancer Statistics, SEER Program, Atlanta, GA

## III. TEACHING AND MENTORING

***In-class Instruction:***

**COORDINATOR**                                                          1/2022 – present
ERHS 750 Grant Writing in Environmental Health, Colorado State University, Fort Collins, CO
Spring 2023, Spring 2024

**COORDINATOR**                                                          1/2022 – present
ERHS 505 Publishing in Epidemiology and Public Health, Colorado State University, Fort Collins, CO
Fall 2022, Fall 2023, Fall 2024

**COORDINATOR**                                                          1/2022 – present
ERHS 573 Design and Conduct of Epidemiologic Research, Colorado State University, Fort Collins, CO
Spring 2022, Spring 2023, Spring 2024, Spring 2025

**COORDINATOR**                                                          1/2017 – 5/2021
ERHS 640 Advanced Epidemiology, Colorado State University, Fort Collins, CO
Spring 2017, Spring 2020, Spring 2021

**COORDINATOR**                                                          1/2007 – 5/2012
ERHS 658 Environmental and Occupational Epidemiology, Colorado State University, Fort Collins, CO
Spring 2007, Spring 2009, Spring 2011, Spring 2012

**COORDINATOR**                                                          1/2005 – 12/2023
ERHS 332 Principles of Epidemiology, Colorado State University, Fort Collins, CO
Spring 2005 – 2013; 2021, 2022, 2023; Fall 2021 – Fall 2023
Honors Option: 1 student, 2010; 1 student, 2011; 1 student, 2012; 2 students, 2013; 2 students, 2022; 2 students, 2023

**COORDINATOR**                                                          8/2005 – present
ERHS 693A Epidemiology Colloquium, Colorado State University, Fort Collins, CO
Spring 2007, Fall 2007, Spring 2008, Fall 2008, Fall 2009, Fall 2010, Fall 2012, Fall 2013, Fall 2014, Spring 2015, Fall 2015, Fall 2016, Fall 2017, Fall 2019, Fall 2023

**COORDINATOR**                                                          8/2010 – 12/2010
ERHS 494 Undergraduate Independent Study (SAS training), Colorado State University, Fort Collins, CO
Fall 2010

**INSTRUCTOR**                                                           1/2004 – 5/2004
Directed Study Project, Epidemiology, Emory University, Atlanta, GA
Developed and taught an introductory epidemiology 15-week tutorial for a first-year epidemiology doctoral student.

**INSTRUCTOR**                                                           9/2003 – 12/2003
Analytic Maternal and Child Health Epidemiology, Emory University, Atlanta, GA
Taught a twelve-week course in analytic epidemiology to career Master of Public Health Students using an innovative online classroom design, with an emphasis on study design, control of confounding, detection of interaction, and critical reading of epidemiologic literature.

**GUEST LECTURER**                                                       3/2003 – 2/2004
Occupational and Environmental Epidemiology, Emory University, Atlanta, GA

### *Postdoctoral Fellows*

| | |
|---|---|
| Maggie Clark<br>Recipient of an American Heart Association Post Doctoral Fellowship | 1/2008 – 12/2012 |
| Nicholas Good (co-supervised) | 1/2008 – 12/2012 |
| Anna Molter<br>Recipient of an American Heart Association Post Doctoral Fellowship | 10/2013 – 8/2016 |
| Sarah Rajkumar (co-supervised) | 5/2014 – 4/2018 |
| Bonnie Young (co-supervised) | 10/2014 – 12/2020 |
| Thomas Cole-Hunter | 7/2016 – 6/2018 |
| Kristen Fedak | 9/2018 – 6/2020 |

### *Doctoral Students*

Maggie Clark, 12/2007

Kiersten Kugeler, 5/2014

Lorena Canales, 5/2015

Brianna Moore, 8/2015

Judy Heiderscheidt, 12/2017

Kristen Fedak, 8/2018

Megan Graham (co-advisor), 12/2018

Ethan Walker, 12/2019

Sarah Hook, 12/2020

Shekeira Bryan, expected May 2026

Fouzia Sattar (co-advisor), expected May 2025

Kelly DeBie (co-advisor), expected May 2025

Kaytlyn Salmons, expected May 2026

Jyoti Das, expected May 2027

**Master's Students:**

Jessica Fluck (co-advisor), 5/2008

Zachary Huescher, 8/2009

Heather Davis Bazemore (co-advisor), 5/2010

Phoenix Mourning-Star, 5/2011

Margie Walling, 5/2013

Sarah Yoder, 5/2014

Ethan Walker (MPH), 5/2017

Rhiannon Shelton (MPH), 9/2018

Mohamed Alhassan, 5/2024


**Undergraduate Research:**

Sarah Yoder, Freshman Scholars Program, "Lyme Disease in the United States, 1995 - 2000: Examining the Associations of Age at Diagnosis and State of Residence." (8/2005 – 5/2006)

Alainna McPhaul, Freshman Scholars Program (co-advisor), "Low back pain college students." (8/2007 – 5/2008)

Leslie Marchand. "Lung function among Nicaraguan women using traditional biomass indoor cook stoves." (5/2008 – 5/2009)

Six undergraduate students participating in the Nicaragua cook stove project (1/2008 – 8/2008)

Eight undergraduate students participating in the Nicaragua cook stove project (1/2009 – 12/2009)

Madeline Anna (Honors Thesis committee) (5/2009 – 12/2010)

Ryan Autenrieth (Honors Thesis Advisor) (5/2010 – 5/2011)

Lindsay Davis (Honors Thesis Advisor) (7/2010 – 5/2011)

Five undergraduate students participating in the Nicaragua cook stove project (10/2010 – 5/2011)

Deanna Chavez (Honors Thesis committee member) (1/2011 – 5/2011)

Veronica Fialkowski (Honors Thesis committee member) (1/2012 – 5/2012)

Stacy Marshall (Honors Thesis committee member) (1/2012 – 5/2012)

Caitlin Condon (Honors Thesis Advisor) (5/2012 – 5/2013)

Brooke Reynolds (Honors Thesis Advisor), (5/2013 – 8/2014)

Mackenzie Whitesell, HURS undergraduate research experience, 1/2012 – present; Honors thesis advisor, 5/2014 – present, EH internship supervisor, 8/2014 – 5/2015

Joshua Ferreri (Honors Thesis committee member), 4/2015 - 12/2015

**Student Awards:**

Rebecca James Baker Award, the International Society for Environmental Epidemiology (Best abstract by a new investigator), awarded to:  Maggie L Clark for the abstract, Clark ML, Peel JL, Burch JB, Nelson TL, Robinson MM, Conway S, Bachand AM, Reynolds SJ. Impact of Improved Cookstoves on Indoor Air Pollution and Adverse Health Outcomes Among Honduran Women. Annual Meeting of the International Society for

Environmental Epidemiology. Pasadena, October 2008. Epidemiology 2008;19(6): S190.

US EPA STAR Graduate Fellowship, awarded to Phoenix Mourning-Star (2008-2010)

Leslie Marchand, College Honors, Celebrate Undergraduate Research & Creativity Fair, 2009.  "Lung function among Nicaraguan women using traditional biomass indoor cook stoves."

American Heart Association Post Doctoral Fellowship, awarded to Maggie Clark (2009-2011)

Ryan Autenrieth, College Honors, Celebrate Undergraduate Research & Creativity Fair, 2010.  "Reported Health Symptoms and Socioeconomic Status among Nicaraguan Women using Traditional Biomass Indoor Cook Stoves Compared to Ventilated Improved Stoves."

Hannah Reed, College Honors, Celebrate Undergraduate Research & Creativity Fair, 2010.  "Spatial and Non-Spatial Analyses to Describe Predictors of Stove Adoption."

Douglas Robinson, College Honors, Celebrate Undergraduate Research & Creativity Fair, 2010.  "Assessing the Effectiveness of a Cook Stove Intervention by Evaluating Changes in Heart Rate and Oxygen Saturation among Nicaraguan Women."

Mackenzie Whitesell, High Honors, Celebrate Undergraduate Research & Creativity Fair, 2012. "Risk Factors for Substance Abuse Among Adolescents."

American Heart Association Predoctoral Fellowship, awarded to Judy Heiderscheidt (2012-2014)

Environmental Health Sciences Outstanding Graduate Student, awarded to Judy Heiderscheidt, 2013

American Heart Association Predoctoral Fellowship, awarded to Brianna Moore (2014-2016)

American Heart Association Post Doctoral Fellowship, awarded to Anna Molter (2014-2016)

Environmental Health Sciences Outstanding Graduate Student, awarded to Megan Graham, 2015

Environmental Health Sciences Outstanding Graduate Student Researcher, awarded to Brianna Moore, 2015

## IV. RESEARCH ACTIVITIES

### *Current and Completed Grant Support*

R01ES033530   (Clasen, Peel, PIs)                                                                    09/16/2022 – 6/30/2026
National Institutes of Health / NIEHS                                                             $5,481,722
Assessing the 5-Year Effects of a 500-day Liquefied Petroleum Gas Cooking Intervention: Continued Follow up of
Participants from the Household Air Pollution Intervention Network (HAPIN) trial

R01HL163256 (McCracken, PI)                                                                       5/15/2023 – 4/30/2028
National Institutes of Health / NHLBI                                                             $3,082,535
Effects of Early Life Exposure to Household Air Pollution on DNA Methylation and Respiratory Disease in
Guatemalan Children from the Household Air Pollution Intervention Network (HAPIN) Trial
Role: Co-I

1R56ES033530-01 (Multiple PIs:  Clasen, Peel)                                               9/21 – 8/22
National Institutes of Health / NIEHS                                                             $926,167
Assessing the 5-Year Effects of a 500-day Liquefied Petroleum Gas Cooking Intervention:  Continued Follow up of
Participants from the Household Air Pollution Intervention Network (HAPIN) trial
Role: PI

UM1HL134590 (Multiple PIs: Checkley, Clasen, Peel)
National Institutes of Health                                                                         9/16 – 6/22
Household Air Pollution and Health:  A Multi-Country LPG Intervention Trial              $30,473,666
Role:  PI
Primary award to Emory University

R01ES023688     (Peel, Volckens)                                                                   8/14 – 11/20
National Institutes of Health / NIEHS R01                                                      $2,800,124
Cookstove air pollution:  Emission profiles and subclinical effects of exposure
Role:  PI

Colorado State University (Ravishankara, Kreidenweis, Long, Peel, Volckens)        1/15 – 12/17
OVPR Catalyst for Innovative Partnership award                                              $200,000
Partnership for Air Quality, Climate and Health
Role:  PI

R21 ES025140 (Adgate)
National Institutes of Health / NIEHS R21                                                      9/14 – 8/17
Quality of Life and Stress Effects in Communities with Oil and Gas Development       $350,000
Role:  Co-Investigator

RD83543801 (Volckens)                                                                                09/13 - 08/17
Environmental Protection Agency                                                                    $1,187,932
Quantifying the climate and health benefits of improved cookstoves: an integrated laboratory, field and
modeling study
Role: Co-Investigator

R01 ES020017-01A1 (Peel, Stuart, Volckens, PIs)          01/2012 – 10/2017
The Commuter Exposure Study: Linking Exposure, Source-Receptor, Models, and Health          $2,575,557
Role: PI

                                                                             Colorado
Clinical and Translational Institute (Litt, Peel)          5/14 – 10/15
CSU/CU Pilot Collaboration Award          $60,000
Changing industries, landscapes, and environments: Implications for the public's health in Colorado
Role:  CSU PI

Heinz Foundation / Carnegie Mellon University   (Magzamen, Robinson)          9/14 – 3/15
Health Impact Assessment of Air Pollutants in Allegheny County          $33,841
Role:  Co-Investigator

R21 ES022810 (Peel)          9/13 – 8/16
National Institutes of Health / NIEHS          $399,185
Woodsmoke exposure and novel health indicators: a feasibility field study
Role: PI

US EPA STAR Research Program RD-83489901 (Peel)          3/11 – 8/14
Exploring new Questions of Multiple Air Pollution, Sources and Health in Denver          $298,362
Role: PI

R03 ES019696   (Peel)          1/11 – 12/13
National Institutes of Health          $138,342
Impact of an Indoor Stove Intervention on Indicators of Cardiorespiratory Health
Role: PI

US EPA  R833744 (Hannigan)          1/08-12/13
Health Effects and Characterization of Urban and Rural Coarse Particulate Matter          $1,200,000
in Northeastern Colorado (Hannigan, PI)
Role: PI of subaward to University of Colorado at Boulder

College Research Council, Colorado State University (Peel)          7/10 – 6/11
Identifying Predictors and Barriers of Improved Cook Stove Use among Families          $15,000
Participating in an Intervention in Nicaragua
Role: PI

College Research Council, Colorado State University (Peel)          7/09 – 6/10
Evaluation of an Improved Cook Stove Intervention Among          $18,500
Nicaraguan Families
Role: PI

National Institutes of Health / NIEHS R01 ESO12197 (Vedal)          4/08 – 3/10
Supplement to a Source-Oriented Air Pollution Health Study (Vedal, PI)          $350,041
Role: PI of subaward to University of Washington

College Research Council, Colorado State University (Peel)          7/08-6/09
Baseline Assessment of Woodsmoke Exposures and Health Status Among          $20,000
Nicaraguan Women
Role: PI

**Current and Completed Grant Support (Continued):**

| | |
|---|---|
| NIOSH MAP Educational and Research Center Pilot Research Program (Peel) | 6/08 – 5/09 |
| Improved Cookstove Intervention to Assess Changes in Woodsmoke Exposures and | $9,973 |
| Health Status among Nicaraguan Families | |
| Role: PI | |

NIOSH MAP Educational and Research Center Pilot Research Program (Clark)          6/08 – 5/09
Baseline Health Assessment of a Primarily Latino and Underserved Population in          $9,989
Colorado
Role: Co-Investigator

Colorado State University Clean Energy SuperCluster Pilot Research Project (Peel)          5/08-4/09
Baseline Assessment of Woodsmoke Exposures and Health Status Among          $15,000
Nicaraguan Women
Role: PI

Colorado State University Office of International Programs Research Grant (Peel)          4/08 – 6/08
Improved Cookstove Intervention to Assess Changes in Woodsmoke Exposures and          $2,000
Health Status among Nicaraguan Families
Role: PI

Colorado State University Office of International Programs          2/08 – 6/08
International Field Experience Grant (Peel)          $2,000
Improved Cookstove Intervention to Assess Changes in Woodsmoke Exposures and Health Status among
Nicaraguan Families
Role: PI

College Research Council, Colorado State University (Peel)          7/07-6/08
Assessment of Pulmonary Function and C-Reactive Protein Levels          $17,500
in Wildland Firefighters
Role: PI

4740-RFA04-4/06-1  (Peel)          3/06 – 11/07
Health Effects Institute          $62,015
Impact of Improved Air Quality During the 1996 Atlanta Olympic Games
Role: PI

**Peer-Reviewed Publications**

Association between Personal Exposure to Household Air Pollution and Glycated Hemoglobin among Women
in Rural Areas of Guatemala, India, Peru, and Rwanda: Household Air …
A Ndikubwimana, BN Young, W Checkley, Y Chen, T Clasen, ...
Journal of Health and Pollution 13 (1), 017002

Predictors of Personal Exposure to Fine Particulate Matter, Black Carbon, and Carbon Monoxide among
Pregnant Women in Rwanda: Baseline Data from the HAPIN Trial
P Karakwende, W Checkley, Y Chen, ML Clark, T Clasen, E Dusabimana, ...
Journal of Health and Pollution 13 (1), 017001

Comparing Performance and Reliability of Collocated Enhanced Children's MicroPEM (ECM) on Gravimetric

and Nephelometric PM$_{2.5}$ Personal Exposure …
E Mollinedo, JP McCracken, M Johnson, R Piedrahita, A Pillarisetti, ...
Indoor Air 2025 (1), 8812602

Effects of a liquefied petroleum gas stove and fuel intervention on head circumference and length at birth: A multi-country household air pollution intervention network (HAPIN …
H Raheel, S Sinharoy, A Diaz-Artiga, SS Garg, A Pillarisetti, ...
Environment International 195, 109211

Exposure Contrasts of Women Aged 40–79 Years during the Household Air Pollution Intervention Network Randomized Controlled Trial
W Ye, D Campbell, M Johnson, K Balakrishnan, JL Peel, K Steenland, ...
Environmental Science & Technology

Prevalence and determinants of anaemia among pregnant women who use biomass for cooking in rural parts of Tamil Nadu
V Aravindolochanan, S Sinharoy, G Thangavel, N Puttaswamy, S Garg, ...

Data management plan and REDCap mobile data capture for a multi-country Household Air Pollution Intervention Network (HAPIN) trial
S Jabbarzadeh, LM Jaacks, A Lovvorn, Y Chen, J Wang, L Elon, A Nizam, ...
Digital Health 10, 20552076241274217

Association of household air pollution exposure and anemia among pregnant women: Analysis of baseline data from'Household Air Pollution Intervention Network (HAPIN)'trial
Y Deng, K Steenland, SS Sinharoy, JL Peel, W Ye, A Pillarisetti, SM Eick, ...
Environment International 190, 108815

Effect of a Liquefied Petroleum Gas Cookstove and Fuel Intervention on Food Insecurity and Maternal and Infant Dietary Diversity: A Multi-center Randomized Control Trial
S Sinharoy, R Das, LM Thompson, L Jaacks, A Diaz-Artiga, ...
Current Developments in Nutrition 8

Effect of a Liquified Petroleum Gas Cookstove and Fuel Intervention on Linear Growth Trajectories Between Birth and 12 Months: Evidence From the Multi-center HAPIN Trial
K Sivalogan, AD Stein, U Ramakrishnan, LM Thompson, J Wang, ...
Current Developments in Nutrition 8

Factors Determining Black Carbon Exposures among Pregnant Women Enrolled in the HAPIN Trial
DA Campbell, M Johnson, R Piedrahita, A Pillarisetti, LA Waller, ...
Environmental Science & Technology

Cooking with liquefied petroleum gas or biomass and fetal growth outcomes: a multi-country randomised controlled trial
W Checkley, LM Thompson, S Hossen, L Nicolaou, KN Williams, ...
The Lancet Global Health 12 (5), e815-e825

Fetal and Early-Life Stove and Fuel Interventions and Respiratory Oscillometry Lung Function Measures in Preschool-Aged Children from Ghana
ED McCollum, W Checkley, K Balakrishnan, TF Clasen, JL Peel
American journal of respiratory and critical care medicine 209 (6), 625-626

Effects of a liquefied petroleum gas stove intervention on stillbirth, congenital anomalies and neonatal mortality: A multi-country household air pollution intervention network …
A Younger, W Ye, A Alkon, K Harknett, MA Kirby, L Elon, AE Lovvorn, ...
Environmental Pollution 345, 123414

**Liquefied petroleum gas or biomass cooking and severe infant pneumonia**
ED McCollum, JP McCracken, MA Kirby, LM Grajeda, S Hossen, ...
New England Journal of Medicine 390 (1), 32-43

**Effects of Cooking with Liquefied Petroleum Gas or Biomass on Stunting in Infants**
W Checkley, LM Thompson, SS Sinharoy, S Hossen, LH Moulton, ...
New England Journal of Medicine 390 (1), 44-54

**The Association of County-Level Presidential Election Outcome and COVID-19 Mortality in Colorado, 2020-2022**
KA DeBie, MJ Gutilla, KP Keller, JL Peel, D Rojas-Rueda, AM Neophytou
Journal of Public Health Management and Practice, 10.1097

**Heat exposure among adult women in rural Tamil Nadu, India**
A Deshpande, N Scovronick, TF Clasen, L Waller, J Wang, ...
Environmental Science & Technology 58 (1), 315-322

Kalpana Balakrishnan, Kyle Steenland, Thomas Clasen, Howard Chang, Michael Johnson, Ajay Pillarisetti, Wenlu Ye, Luke P Naeher, Anaite Diaz-Artiga, John P McCracken, Lisa M Thompson, Ghislaine Rosa, Miles A Kirby, Gurusamy Thangavel, Sankar Sambandam, Krishnendu Mukhopadhyay, Naveen Puttaswamy, Vigneswari Aravindalochanan, Sarada Garg, Florien Ndagijimana, Stella Hartinger, Lindsay J Underhill, Katherine A Kearns, Devan Campbell, Jacob Kremer, Lance Waller, Shirin Jabbarzadeh, Jiantong Wang, Yunyun Chen, Joshua Rosenthal, Ashlinn Quinn, Aris T Papageorghiou, Usha Ramakrishnan, Penelope P Howards, William Checkley, Jennifer L Peel. Exposure–response relationships for personal exposure to fine particulate matter (PM2·5), carbon monoxide, and black carbon and birthweight: an observational analysis of the multicountry Household Air Pollution Intervention Network (HAPIN) trial. Lancet Planet Health 2023; 7: e387–96.

Kendra N Williams, Ashlinn Quinn, Hayley North, Jiantong Wang, Ajay Pillarisetti, Lisa M Thompson, Anaité Díaz-Artiga, Kalpana Balakrishnan, Gurusamy Thangavel, Ghislaine Rosa, Florien Ndagijimana, Lindsay J Underhill, Miles A Kirby, Elisa Puzzolo, Shakir Hossen, Lance A Waller, Jennifer L Peel, Joshua P Rosenthal, Thomas F Clasen, Steven A Harvey, William Checkley, HAPIN Investigators. Fidelity and adherence to a liquefied petroleum gas stove and fuel intervention: The multi-country Household Air Pollution Intervention Network (HAPIN) trial. Environment International. Volume 179, September 2023, 108160.. https://doi.org/10.1016/j.envint.2023.108160

Hoskovec L, Koslovsky MD, Koehler K, Good N, Peel JL, Volckens J, Wilson A. Infinite hidden Markov models for multiple multivariate time series with missing data. *Biometrics*. 2023. doi: 10.1111/biom.13715. PMID: 35788984.

Younger et al. Effects of a LPG stove and fuel intervention on adverse maternal outcomes: A multi-country randomized controlled trial conducted by the Household Air Pollution Intervention Network (HAPIN). Environmental International 2023. https://doi.org/10.1016/j.envint.2023.108059

Simkovich et al. Lung Ultrasound Protocol and Quality Control of Image Interpretation Using an Adjudication Panel in the Household Air Pollution Intervention Network (HAPIN) Trial. Ultrasound in Medicine & Biology. 2023. https://doi.org/10.1016/j.ultrasmedbio.2023.01.005.

Clasen TF, Chang HH, Thompson LM, Kirby MA, Balakrishnan K, Díaz-Artiga A, McCracken JP, Rosa G, Steenland K, Younger A, Aravindalochanan V, Barr DB, Castañaza A, Chen Y, Chiang M, Clark ML, Garg S, Hartinger S, Jabbarzadeh S, Johnson MA, Kim DY, Lovvorn AE, McCollum ED, Monroy L, Moulton LH, Mukeshimana A, Mukhopadhyay K, Naeher LP, Ndagijimana F, Papageorghiou A, Piedrahita R, Pillarisetti A, Puttaswamy N, Quinn A, Ramakrishnan U, Sambandam S, Sinharoy SS, Thangavel G, Underhill LJ, Waller LA, Wang J, Williams KN, Rosenthal JP, Checkley W, Peel JL; HAPIN Investigators. Liquefied Petroleum Gas or Biomass for Cooking and Effects on Birth Weight. *N Engl J Med*. 2022 Nov 10;387(19):1735-1746. doi: 10.1056/NEJMoa2206734. Epub 2022 Oct 10. PMID: 36214599; PMCID: PMC9710426.

Johnson M, Pillarisetti A, Piedrahita R, Balakrishnan K, Peel JL, Steenland K, Underhill LJ, Rosa G, Kirby MA, Díaz-Artiga A, McCracken J, Clark ML, Waller L, Chang HH, Wang J, Dusabimana E, Ndagijimana F, Sambandam S, Mukhopadhyay K, Kearns KA, Campbell D, Kremer J, Rosenthal JP, Checkley W, Clasen T, Naeher L; the Household Air Pollution Intervention Network (HAPIN) Trial Investigators. Exposure Contrasts of Pregnant Women during the Household Air Pollution Intervention Network Randomized Controlled Trial. *Environ Health Perspect*. 2022 Sep;130(9):97005. doi: 10.1289/EHP10295. Epub 2022 Sep 16. PMID: 36112539; PMCID: PMC9480977.

Nicolaou L, Underhill L, Hossen S, Simkovich S, Thangavel G, Rosa G, McCracken JP, Davila-Roman V, Fuentes LL, Quinn AK, Clark M, Diaz A, Pillarisetti A, Steenland K, Waller LA, Jabbarzadeh S, Peel JL, Checkley W; HAPIN Investigators. Cross-sectional analysis of the association between personal exposure to household air pollution and blood pressure in adult women: Evidence from the multi-country Household Air Pollution Intervention Network (HAPIN) trial. *Environ Res*. 2022 Nov;214(Pt 4):114121. doi: 10.1016/j.envres.2022.114121. Epub 2022 Aug 24. PMID: 36029836; PMCID: PMC9492861.

Starling AP, Wood C, Liu C, Kechris K, Yang IV, Friedman C, Thomas DSK, Peel JL, Adgate JL, Magzamen S, Martenies SE, Allshouse WB, Dabelea D. Ambient air pollution during pregnancy and DNA methylation in umbilical cord blood, with potential mediation of associations with infant adiposity: The Healthy Start study. *Environ Res.* 2022 Nov;214(Pt 1):113881. doi: 10.1016/j.envres.2022.113881. Epub 2022 Jul 11. PMID: 35835166.

Witinok-Huber R, Clark ML, Volckens J, Young BN, Benka-Coker ML, Walker E, Peel JL, Quinn C, Keller JP. Effects of household and participant characteristics on personal exposure and kitchen concentration of fine particulate matter and black carbon in rural Honduras. *Environ Res*. 2022 Nov;214(Pt 2):113869. doi: 10.1016/j.envres.2022.113869. Epub 2022 Jul 9. PMID: 35820656.

Ye W, Steenland K, Quinn A, Liao J, Balakrishnan K, Rosa G, Ndagijimana F, Ntivuguruzwa JD, Thompson LM, McCracken JP, Díaz-Artiga A, Rosenthal JP, Papageorghiou A, Davila-Roman VG, Pillarisetti A, Johnson M, Wang J, Nicolaou L, Checkley W, Peel JL, Clasen TF; Household Air Pollution Intervention Network (HAPIN) trial Investigators. Effects of a Liquefied Petroleum Gas Stove Intervention on Gestational Blood Pressure: Intention-to-Treat and Exposure-Response Findings From the HAPIN Trial. *Hypertension*. 2022 Aug;79(8):1887-1898. doi: 10.1161/HYPERTENSIONAHA.122.19362. Epub 2022 Jun 16. PMID: 35708015; PMCID: PMC9278708.

Friedman C, Dabelea D, Bloemsma LD, Thomas DSK, Peel JL, Adgate JL, Magzamen S, Martenies SE, Allshouse WB, Starling AP. Ambient air pollution during pregnancy and cardiometabolic biomarkers in cord blood. *Environ Epidemiol*. 2022 Mar 22;6(2):e203. doi: 10.1097/EE9.0000000000000203. PMID: 35434464; PMCID: PMC9005247.

Checkley W, Hossen S, Rosa G, Thompson LM, McCracken JP, Diaz-Artiga A, Balakrishnan K, Simkovich SM, Underhill LJ, Nicolaou L, Hartinger SM, Davila-Roman VG, Kirby MA, Clasen TF, Rosenthal J, Peel JL, On Behalf Of Household Air Pollution Intervention Network Hapin Investigators. Facing the Realities of Pragmatic Design Choices in Environmental Health Studies: Experiences from the Household Air Pollution Intervention Network Trial. *Int J Environ Res Public Health*. 2022 Mar 23;19(7):3790. doi: 10.3390/ijerph19073790. PMID: 35409475; PMCID: PMC8997769.

Benka-Coker ML, Clark ML, Rajkumar S, Young BN, Bachand AM, Brook RD, Nelson TL, Volckens J, Reynolds SJ, Wilson A, L'Orange C, Good N, Quinn C, Koehler K, Africano S, Osorto Pinel AB, Diaz-Sanchez D, Neas L, Peel JL. Household air pollution from wood-burning cookstoves and C-reactive protein among women in rural Honduras*. Int J Hyg Environ Health*. 2022 Apr;241:113949. doi: 10.1016/j.ijheh.2022.113949. Epub 2022 Mar 5. PMID: 35259686; PMCID: PMC8934269.

Ye W, Thangavel G, Pillarisetti A, Steenland K, Peel JL, Balakrishnan K, Jabbarzadeh S, Checkley W, Clasen T; HAPIN Investigators. Association between personal exposure to household air pollution and gestational blood pressure

among women using solid cooking fuels in rural Tamil Nadu, India. *Environ Res*. 2022 May 15;208:112756. doi: 10.1016/j.envres.2022.112756. Epub 2022 Jan 20. PMID: 35065931; PMCID: PMC8935388.

Hook SA, Hansen AP, Niesobecki SA, Meek JI, Bjork JKH, Kough EM, Peterson MS, Schiffman EK, Rutz HJ, Rowe AJ, White JL, Peel JL, Biggerstaff BJ, Hinckley AF. Evaluating public acceptability of a potential Lyme disease vaccine using a population-based, cross-sectional survey in high incidence areas of the United States. *Vaccine*. 2022 Jan 21;40(2):298-305. doi: 10.1016/j.vaccine.2021.11.065. Epub 2021 Dec 8. PMID: 34895785.

Quinn AK, Williams KN, Thompson LM, Harvey SA, Piedrahita R, Wang J, Quinn C, Pillarisetti A, McCracken JP, Rosenthal JP, Kirby MA, Diaz Artiga A, Thangavel G, Rosa G, Miranda JJ, Checkley W, Peel JL, Clasen TF. Fidelity and Adherence to a Liquefied Petroleum Gas Stove and Fuel Intervention during Gestation: The Multi-Country Household Air Pollution Intervention Network (HAPIN) Randomized Controlled Trial. *Int J Environ Res Public Health*. 2021 Nov 29;18(23):12592. doi: 10.3390/ijerph182312592. PMID: 34886324; PMCID: PMC8656791.

Bloemsma LD, Dabelea D, Thomas DSK, Peel JL, Adgate JL, Allshouse WB, Martenies SE, Magzamen S, Starling AP. Prenatal exposure to ambient air pollution and traffic and indicators of adiposity in early childhood: the Healthy Start study. *Int J Obes (Lond)*. 2022 Mar;46(3):494-501. doi: 10.1038/s41366-021-01003-0. Epub 2021 Nov 9. PMID: 34754067; PMCID: PMC9269985.

Liao J, Kirby MA, Pillarisetti A, Piedrahita R, Balakrishnan K, Sambandam S, Mukhopadhyay K, Ye W, Rosa G, Majorin F, Dusabimana E, Ndagijimana F, McCracken JP, Mollinedo E, de Leon O, Díaz-Artiga A, Thompson LM, Kearns KA, Naeher L, Rosenthal J, Clark ML, Steenland K, Waller LA, Checkley W, Peel JL, Clasen T, Johnson M; HAPIN Investigators. LPG stove and fuel intervention among pregnant women reduce fine particle air pollution exposures in three countries: Pilot results from the HAPIN trial. *Environ Pollut*. 2021 Dec 15;291:118198. doi: 10.1016/j.envpol.2021.118198. Epub 2021 Sep 21. PMID: 34740288; PMCID: PMC8593210.

Simkovich SM, Underhill LJ, Kirby MA, Crocker ME, Goodman D, McCracken JP, Thompson LM, Diaz-Artiga A, Castañaza-Gonzalez A, Garg SS, Balakrishnan K, Thangavel G, Rosa G, Peel JL, Clasen TF, McCollum ED, Checkley W; HAPIN Investigators. Resources and Geographic Access to Care for Severe Pediatric Pneumonia in Four Resource-limited Settings. *Am J Respir Crit Care Med*. 2022 Jan 15;205(2):183-197. doi: 10.1164/rccm.202104-1013OC. PMID: 34662531; PMCID: PMC8787246.

Friedman C, Dabelea D, Thomas DSK, Peel JL, Adgate JL, Magzamen S, Martenies SE, Allshouse WB, Starling AP. Exposure to ambient air pollution during pregnancy and inflammatory biomarkers in maternal and umbilical cord blood:  The Healthy Start study. Environmental Research. 2021.

Davila-Roman VG, Toenjes AK, Meyers RM, Lenzen PM, Simkovich SM, Herrera P, Fung E, Papageorghiou AT, Craik R, McCracken JP, Thompson LM, Balakrishnan K, Rose G, Peel J, Clasen TF, Hossen S, Checkley W, de Las Fuentes L, HAPIN investigators. Ultrasound core laboratory for the Household Air Pollution Intervention Network Trial: standarizing training and image management for field studies using portable ultrasound in fetal, lung, and vascular evaluations. Ultrasound in Medicine and Biology. 2021. doi.org/10.1016/j.ultrasmedbio.2021.02.015.

Murphy JA, Peel JL, Butts T, McKenzie LM, Litt JS. Understanding Emerging Environmental Health Concerns and Environmental Public Health–Tracking Priorities Among State and Local Professionals in Colorado
Journal of Public Health Management and Practice, 2021; doi: 10.1097/PHH.0000000000001010.

Simkovich SM, Thompson LM, Clark M, Balakrishnan K, Bussalleu A, Checkley W, Clasen T, Davila-Roman V, Diaz-Artiga A, de Las Fuentes L, Harvey S, Kirby M, Lovvorn A, McCollum E, Peel J, Quinn A, Rosa G, Underhil Ll, Williams K, Young B, Rosenthal J. A Risk Assessment Tool for Resumption of Research Activities During the COVID-19 Pandemic. BMC Research Methodology. 2021 (1).

Yan M, Wilson A, Dominici F, Wang Y, Al-Hamdan M, Crosson W, Schumacher A, Guikema S, Magzamen S, Peel JL, Peng RD, Anderson GB. Tropical cyclone exposures and risks of emergency Medicare hospital admission for cardiorespiratory diseases in 175 urban United States counties, 1999-2010. Epidemiology. 2021

Benka-Coker ML, Young BN, Keller JP, Walker ES, Rajkumar S, Volckens J, Good N, Quinn C, L'Orange C, Weller ZD, Africano S, Osorto AB, Peel JL, Clark ML. Impact of the wood-burning Justa cookstove on fine particulate matter exposure:  a stepped-wedge randomized trial in rural Honduras. Science Total Env. 2020.

Cole-Hunter T, Dhingra R, Fedak KM, Good N, L'Orange CL, Luckasen G, Mehaffy J, Walker E, Wilson A, Balmes J, Brook RD, Clark ML, Devlin RB, Volckens J, Peel JL. Short-term differences in cardiac function following controlled exposure to cookstove air pollution:  the subclinical tests on volunteers exposure to smoke (SToVES) study. Env Int. 2021.

Sambandam S, Mukhopadkhyay K, Sendhil S, Ye W, Pillarisetti A, Thangavel G, Natesan D, Ramasamy R, Matarajan A, Aravindalochanan V, Vinayagamoorthi A, Sivavadivel S, Madhavan RU, Puttaswamy N, Garg SS, Quinn A, Rosenthal J, Johnson M, Liao J, Steenland K, Piedrahita R, Peel J, Checkley W, Clasen T, Balakrishnan K. Exposure Contrasts associated with a liquefied petroleum gas (LPG) intervention at potential field sites for the multi-country household air pollution intervention network (HAPIN) trial in India:  results from pilot phase activities in rural Tamil Nadu. BMC Public Health. 2020.

Newman JD, Bhatt DL, Rajagopalan S, Balmes JR, Brauer M, Breysee PN, Brown AGM, Carnethon MR, Cascio WE, Collman GW, Fine Lawrence J, Hansel NN, Hernandez A, Hochman JS, Newby DE, Peel JL, Siegel J, Suscovick D, Thompson BL, Zhang J, Brook RD. Cardiopulmonary impact of particulate air pollution in high-risk popultions: JACC state-of-the-art review. J Am College Cardiology. 2020.

Liao J, McCracken JP, Piedrahita R, Thompson L, Mollinedo E, Canuz E, De Leon O, Diaz A, Johnson M, Clark M, Pillarisetti A, Naeher L, Steenland K, Checkley W, Peel J, Clasen T, and HAPIN investigators. The Use of Bluetooth Low Energy Beacon Systems to Estimate Indirect Personal Exposure to Household Air Pollution. J Exposure Science Env Epid, 2020. doi:10.1038/s41370-019-0172-z

Puttaswaymy N, Saidam S, Rajendran G, Arumugan K, Gupton S, William EW, Johnson CL, Panuwet P, Rajkumar S, Clark, ML, Peel JL, Checkley W, Clasen T, Balakrishnan K, Barr DB. Cross-validation of biomonitoring methods for polycyclic aromatic hydrocarbon metabolites in human urine:  results from the formative phase of the Household Air Pollution Intervention Network (HAPIN) trial in India. J Chromatography B. 2020.

Wiliams KN, Thompson LM, Sakas Z, Hengstermann M, Quinn A, Diaz-Artiga A, Thangavel G, Puzzolo E, Rosa G, Balakrishnan K, Peel J, Checkley W, Clasen TF, Miranda JJ, Rosenthal J, Harvey SA. Designing a comprehensive behavior change intervention to promote and monitor exclusive use of liquefied petroleum gas stoves for the Household Air Pollution Intervention Network (HAPIN) trial. BMJ Open. 2020.

Walker ES, Fedak KM, Good N, Balmes J, Brook RD, Clark ML, Cole-Hunter T, Dinenno F, Devlin R, L'Orange C, Luckasen G, Mehaffy J, Shelton R, Wilson A, Volckens J, Peel JL. Acute Differences in Pulse Wave Velocity, Augmentation Index, and Central Pulse Pressure Following Controlled Exposures to Cookstove Air Pollution in the Subclinical Tests of Volunteers Exposed to Smoke (SToVES) Study. Environmental Research, 2020. https://doi.org/10.1016/j.envres.2019.108831

Warren RJ, Martinies SE, Peel JL, Yi T, Robinson AL, Presto AA, Magzamen S. The relationship between black carbon and polycyclic aromatic hydrocarbon exposures and mortality in Allegheny County, Pennsylvania. Air Quality, Atmosphere & Health. 2020.

Yan M, Wilson A, Peel JL, Magzamen S, Sun Q, Li T, Anderson GB. Community-wide mortality rates in Beijing, China, during the July 2012 flood compared to unexposed periods. Epidemiology. 2020.

Burrowes VJ, Piedrahita R, Pillarisetti A, Underhill L, Fandino-Del-Rio M, Johnson M, Kephart J, Hartinger S, Steenland K, Naeher L, Kearns K, Peel JL, Clark ML, Checkley W, and HAPIN Investigators. Comparison of next-generation portable pollution monitors to measure exposure to $PM_{2.5}$ from household air pollution in Puno, Peru. Indoor Air, 2020. https://doi.org/10.1111/ina.12638

Johnson MA, Steenland K, Piedrahita R, Clark ML, Pillarisetti A, Balakrishnan K, Peel JL, Naeher LP, Liao J, Wilson D, Sarnat J, Underhill LJ, Burrowes V, McCracken JP, Rosa G, Rosenthal J, Sambandam S, de Leon O, Kirby MA, Kearns K, Checkley W, Clasen T, HAPIN Investigators. Air pollutant exposure and stove use assessment methods for the Household Air Pollution Intervention Network (HAPIN) trial. Environmental Health Perspectives. 2020.

Barr DB, Puttaswamy N, Jaacks LM, Steenland K, Rajkumar S, Gupton S, Ryan PB, Balakrishnan K, Peel JL, Checkley W, Clasen T, Clark ML, (HAPIN Investigative Team). Design and rationale of the biomarker center of the household air pollution intervention network (HAPIN) trial. Environmental Health Perspectives. 2020.

Clasen T, Checkley W, Peel JL, Balakrishnan K, McCracken JP, Rosa G, Thompson LM, Barr DB, Clark ML, Johnson MA, Waller LA, Jaacks LM, Steenland K, Miranda JJ, Chang HH, Kim DY, McCollum ED, Davila-Roman VG, Papageorghiou A, Rosenthal JP, HAPIN Investigators. Design and rationale of the HAPIN study: a multicountry randomized controlled trial to assess the effect of liquefied petroleum gas stove and continuous fuel distribution. Environmental Health Perspectives. 2020.

Mayer A, Malin S, McKenzie L, Peel J, Adgate J. Understanding self-rated health and unconventional oil and gas development in three Colorado communities. Society and Natural Resources. 2020.

Walker ES, Clark, M. L., Young BN, Rajkumar, S. P., Benka-Coker, M. L., Bachand, A. M., Brook, R. D., Nelson, T. L., Volckens, J., Reynolds, S. J., L'Orange, C., Africano, S., Osorto Pinel, A. B., Good, N. A. E., Koehler, K. A., Peel, J. L.  Exposure to household air pollution from biomass cookstoves and self-reported symptoms among women in rural Honduras. Indoor Air. 2020. https://doi.org/10.1080/09603123.2019.1579304

Crocker ME, Hossen S, Goodman D, Simkovich SM, Kirby M, Thompson LM, Rosa G, Garg SS, Thangavel G, McCollum ED, Peel J, Clasen T, Checkley W, HAPIN Investigators. Effects of high altitude on respiratory rate and oxygen saturation reference values in healthy infants and children younger than 2 years in four countries: a cross-sectional study. The Lancet Global Health. 2020.

Benka-Coker ML, Peel JL, Volckens J, Good N, Bilsback KR, L'Orange C, Quinn C, Young BN, Rajkumar S, Wilson A, Tryner J, Africano S, Osorto AB, Clark ML. Kitchen concentrations of fine particulate matter and particle number concentration in households using biomass cookstoves in rural Honduras. Environmental Pollution, 2020. https://doi.org/10.1016/j.envpol.2019.113697

Fedak KM, Good N, Walker ES, Balmes J, Brook RD, Clark ML, Cole-Hunter T, Devlin R, L'Orange C, Luckasen G, Mehaffy J, Shelton R, Wilson A, Volckens J, Peel JL. Acute changes in lung function following controlled exposure to cookstove air pollution in the subclinical tests of volunteers exposed to smoke (STOVES) study. Inhalation Toxicology. 2020.

Simkovich SM, Underhill LJ, Kirby MA, Goodman D, Crocker ME, Hossen S, McCracken JP, de León O, Thompson LM, Garg SS, Balakrishnan K, Thangavel G, Rosa G, Peel JL, Clasen TF,  McCollum ED, Checkley W. Design and conduct of facility-based surveillance for severe childhood pneumonia in the Household Air Pollution Intervention Network (HAPIN) trial. ERJ Open Research. 2020.

Young BN, Peel JL, Nelson TL, Bachand AM, Heiderscheidt JM, Luna B, Reynolds SJ, Koehler KA, Volckens J, Diaz-Sanchez D, Neas LM, Clark ML. C-reactive Protein from Dried Blood Spots: Application to Household Air Pollution Field Studies. Indoor Air, 2020. https://doi.org/10.1111/ina.12603

Moore, B.F.; Butler, L.M.; Bachand, A.M.; Salim, A.; Reynolds, S.J.; Wang, R.; Nelson, T.L.; Peel, J.L.; Murphy, S.E.; Koh, W.-P.; Yuan, J.-M.; Clark, M.L. Diet, Secondhand Smoke, and Glycated Hemoglobin (HbA1c) Levels among Singapore Chinese Adults. *Int. J. Environ. Res. Public Health* 2019, *16*, 5148.

Goodman D, Crocker ME, Pervaiz F, McCollum ED, Steenland K, Simkovich, SM, Meile CH, Hammitt LL, Herrera P, Zar HJ, Campbell H, Lanato CF, McCracken JP, Thompson LM, Rosa G, Kirby MA, Garg S, Thangavel G, Thanasekaraan V, Balakrishnan K, King C, Clasen T, Checkley T, and the HAPIN Investigators. Challenges in the diagnosis of paediatric pneumonia in intervention field trials:  recommendation from a pneumonia field trial working group. The Lancet Respiratory Medicine. 2019. https://doi.org/10.1016/S2213-2600(19)30249-8

Tryner J, Good N, Wilson A, Clark ML, Peel JL, Volckens J. Variation in gravimetric correction factors for nephelometer-derived estimates of personal exposure to PM2. 5. Environmental Pollution. 2019; 250, 251-261. https://doi.org/10.1016/j.envpol.2019.03.121

Fedak KM. Good N, Walker ES, Balmes J, Brook RD, Clark ML, Cole-Hunter T, Devlin R, L'Orange C, Luckasen G, Mehaffy J, Shelton R, Wilson A, Volckens J, Peel JL. Acute effects on blood pressure following controlled exposure to cookstove air pollution in the SToVES study. J Am Heart Assoc. 2019. 8:e012246. https://doi.org/10.1161/JAHA.119.012246

Young BN, Peel JL, Benka-Coker ML, Rajkumar S, Walker ES, Brook RD, Nelson TL, Volckens J, L'Orange C, Good N, Quinn C, Keller JP, Weller ZD, Africano S, Anibal B O P, Clark ML. Study protocol for a stepped-wedge randomized cookstove intervention in rural Honduras: household air pollution and cardiometabolic health. BMC Public Health. 2019. https://doi.org/10.1186/s12889-019-7214-2

Malin SA. Myer A. Crooks J. McKenzie L. Peel JL. Adgate JL. Putting on Partisan Glasses: Political Identity, Quality of Life, and Oil and Gas Production in Colorado. Energy Policy. 2019: 129; 738-748. https://doi.org/10.1016/j.enpol.2019.01.049

Fedak KM, Good N, Walker E, Clark ML, L'Orange C, Volckens J, Peel JL. An expert survey on the material types used to start cookstoves. Energy for sustainable development, 2019. 48, 59-66. https://doi.org/10.1016/j.esd.2018.11.001.

Moore, B.F.; Butler, L.M.; Bachand, A.M.; Salim, A.; Reynolds, S.J.; Wang, R.; Nelson, T.L.; Peel, J.L.; Murphy, S.E.; Koh, W.-P.; Yuan, J.-M.; Clark, M.L. Diet, Secondhand Smoke, and Glycated Hemoglobin (HbA1c) Levels among Singapore Chinese Adults. Int. J. Environ. Res. Public Health 2019, 16, 5148. https://doi.org/10.3390/ijerph16245148

Bilsback K, Dahlke J, Fedak K, Good N, Hecobian A, Herckes P, L'Orange C, Mehaffy J, Sullivan A, Tryner J, Van Zyl L, Walker E, Zhou Y, Pierce JR, Wilson A, Peel J, Volckens J. A Laboratory Assessment of 120 Air Pollutant Emissions from Biomass and Fossil-Fuel Cookstoves. *Environ. Sci. Technol.* 2019. 53,12, 7114-7125. https://doi.org/10.1021/acs.est.8b07019.

van Zyl L, Tryner J, Bilsback KR, Good N, Hecobian A, Sullivan A, Zhou Y, Peel JL, Volckens J. Effects of Fuel Moisture Content on Emissions from a Rocket-Elbow Cookstove
Environmental science & technology. 2019. 53 (8), 4648-4656. https://doi.org/10.1021/acs.est.9b00235.

Berg KE, Turner LR, Benka-Coker ML, Rajkumar S, Young BN, Peel JL, Clark ML, Volckens J, Charles S Henry CS. Electrochemical dithiothreitol assay for large-scale particulate matter studies. Aerosol Science and Technology. 2019. 53 (3), 268-275. https://doi.org/10.1080/02786826.2018.1560391

Young, B. N., Clark, M. L., Rajkumar, S. P., Benka-Coker, M. L., Bachand, A. M., Brook, R. D., Nelson, T. L., Volckens, J., Reynolds, S. J., L'Orange, C., Good, N. A. E., Koehler, K. A., Africano, S., Osorto Pinel, A. B., Peel, J. L. Exposure to household air pollution from biomass cookstoves and blood pressure among women in rural Honduras: A cross-sectional study. Indoor Air. 2019 Jan;29(1):130-142. doi: 10.1111/ina.12507.

Good, N. A. E., Carpenter, T., Anderson, G. B., Wilson, T. A., Peel, J. L., Browning, R. C., Volckens, J. (2019). Development and validation of models to predict personal ventilation rate for air pollution research. Journal of Exposure Science & Environmental Epidemiology. doi:10.1038/s41370-018-0067-4

Eilenberg, S. R., Bilsback, K. R., Johnson, M., Kodros, J. K., Lipsky, E. M., Naluwagga, A., Fedak, K. M., Benka-Coker, M., Reynolds, B., Peel, J. L., Clark, M. L., Shan, M., Sambandam, S., L'Orange, C., Pierce, J. R., Subramanian, R., Volckens, J., Robinson, A. L. (2018). Field measurements of solid-fuel cookstove emissions from uncontrolled cooking in China, Honduras, Uganda, and India. *ATMOSPHERIC ENVIRONMENT, 190*, 116-125. (Published: 2018)

Koehler, K. A., Good, N. A. E., Wilson, A., Mölter, A., Moore, B. F., Carpenter, T., Peel, J. L., Volckens, J. (2019). The Fort Collins Commuter Study: Variability in Personal Exposure to Air Pollutants by Microenvironment. *Indoor air*. https://doi.org/10.1111/ina.12533

Pillarisetti, A., Carter, E., Rajkumar, S. P., Young, B. N., Benka-Coker, M. L., Peel, J. L., Johnson, M., Clark, M. L. (2019). Measuring personal exposure to fine particulate matter ($PM_{2.5}$) among rural Honduran women: A field evaluation of the Ultrasonic Personal Aerosol Sampler (UPAS). Environment international, 123, 50-53. https://doi.org/10.1016/j.envint.2018.11.014

Rajkumar, S. P., Young, B. N., Clark, M. L., Benka-Coker, M. L., Bachand, A. M., Brook, R. D., Nelson, T. L., Volckens, J., Reynolds, S. J., L'Orange, C., Good, N. A. E., Koehler, K. A., Africano, S., Osorto Pinel, A. B., Peel, J. L. (2019). Household air pollution from biomass-burning cookstoves and metabolic syndrome, blood lipid concentrations, and waist circumference in Honduran women: A cross-sectional study. *Environmental research, 170*, 46-55. https://doi.org/10.1016/j.envres.2018.12.010

McKenzie, L. M., Crooks, J. C., Peel, J. L., Blair, B. D., Brindley, S., Allshouse, W. B., Malin, S., Adgate, J. L. (2019). Relationships between indicators of cardiovascular disease and intensity of oil and natural gas activity in Northeastern Colorado. *Environmental research, 170*, 56-64. https://doi.org/10.1016/j.envres.2018.12.004

Benka-Coker, M. L., Clark, M. L., Rajkumar, S. P., Young, B. N., Bachand, A. M., Balmes, J. R., Brook, R., Nelson, T. L., Volckens, J., Reynolds, S. J., Wilson, A., L'Orange, C., Good, N. A. E., Quinn, C. W., Koehler, K. A., Africano, S., Osorto Pinel, A., Peel, J. L. (2018). Exposure to Household Air Pollution from Biomass Cookstoves and Levels of Fractional Exhaled Nitric Oxide (FeNO) among Honduran Women. *International journal of environmental research and public health, 15*(11). (Published: November 13, 2018)

Fedak, K. M., Good, N. A. E., Dahlke, J., Hecobian, A., Sullivan, A. P., Zhou, Y., Peel, J. L., Volckens, J. (2018). Chemical Composition and Emissions Factors for Cookstove Startup (Ignition) Materials. *Environmental science & technology, 52*(16), 9505-9513. (Published: August 21, 2018)

Rajkumar, S. P., Clark, M. L., Young, B. N., Benka-Coker, M. L., Bachand, A. M., Brook, R. D., Nelson, T. L., Volckens, J., Reynolds, S. J., L'Orange, C., Good, N. A. E., Koehler, K. A., Africano, S., Osorto Pinel, A. B., Peel, J. L. (2018). Exposure to household air pollution from biomass-burning cookstoves and HbA1c and diabetic status among Honduran women. *Indoor air*. (Published: June 13, 2018)

Steenland, K., Pillarisetti, A., Kirby, M., Peel, J. L., Clark, M. L., Checkley, W., Chang, H. H., Clasen, T. (2017). Modeling the potential health benefits of lower household air pollution after a hypothetical liquified petroleum gas (LPG) cookstove intervention. *Environment international, 111*, 71-79. (Published: November 25, 2017)

Moore BF, Clark ML, Annette A, Reynolds SJ, Nelson TL, Peel JL. Interactions between Diet and Exposure to Secondhand Smoke on Glycated Hemoglobin (HbA1c) Levels among U.S. Children: Results from NHANES 2007-2012. Nicotine & Tobacco Research, 2017. doi: 10.1093/ntr/ntw261. PMID:27679605

Good N, Molter A, Peel JL, Volckens J. An accurate filter loading correction is essential for measuring personal exposure to black carbon using an Aethalometer. J Expo Sci Environ Epidemiol, 2017. doi: 10.1038/jes.2016.71.

Moore BF, Clark ML, Bachand A, Reynold SJ, Nelson TL, Peel JL.  Interactions between Diet and Exposure to Second Hand Smoke on the Prevalence of Childhood Obesity – Results from NHANES 2007 – 2010.  Environ Health Perspect. 2016 Aug;124(8):1316-22. doi: 10.1289/ehp.1510138.

Good N, Molter A, Ackerson C, Bachand A, Carpenter T, Clark ML, Fedak KM, Kayne A, Koehler K, Moore B, L'Orange C, Quinn C, Ugave V, Stuart AL, Peel JL, Volckens J. The Fort Collins Commuter Study: Impact of route type and transport mode on personal exposure to multiple air pollutants. J Expo Sci Environ Epidemiol, 2015 doi: 10.1038/jes.2015.68. [Epub ahead of print] PubMed PMID: 26507004

Moore BF, Clark ML, Annette A, Reynolds SJ, Nelson TL, Peel JL. Interactions between Diet and Exposure to Secondhand Smoke on Metabolic Syndrome among Children - NHANES 2007-2010. The Journal of clinical endocrinology and metabolism 2015; doi: 10.1210/jc.2015. PMID:  26495750

Kim, S-Y, Dutton SJ, Sheppard L, Hannigan MP, Miller SL, Milford JB, Peel JL, Vedal S. The short-term association of selected components of fine particulate matter and mortality in the Denver Aerosol Sources and Health (DASH) Study. Environmental Health, 2016. DOI: 10.1186/s12940-015-0037-4.

Peel JL, Baumgartner J, Wellenius GA, Clark ML, Smith KR. Are randomized trials necessary to advance research on household air pollution? Current Epidemiol Reports, 2016.

Clements N, Milford JB, Miller SL, Peel JL, Hannigan MP. Comparisons of urban and rural $PM_{10-2.5}$ and $PM_{2.5}$ mass concentrations and semi-volatile fractions in northeastern Colorado, Atmospheric Chemistry and Physics, 2016.

Clark ML, Heiderscheidt JM, Peel JL. Integrating behavior change theory and measures into health-based cookstove interventions: a proposed epidemiologic research agenda. Journal of Health Communication: International Perspectives, 20:sup1, 94-97, DOI: 10.1080/10810730.2014.989346

Pride K, Peel JL, Robinson BF, Busacker A, Grandpre J, Bisgard KM, Yip FY, Murphy TD. Association of short-term exposure to ground-level ozone and respiratory outpatient clinic visits in a rural location — Sublette County, Wyoming, 2008-2011. Environmental Research, 2015.

Oakes MM, Baxter LK, Duvall RM, Madden M, Xie M, Hannigan MP, Peel JL, Pachon JE, Balachandran S, Russell A, Long TC. Int J Environ Res Public Health, 2014; 11: 11727-52. doi: 10.3390/ijerph111111727

Clark ML, Peel JL. Perspectives in Household Air Pollution Research:  Who Will Benefit from Interventions? Current Environmental Health Reports. 2014; 1: 250-257. DOI 10.1007/s40572-014-0021-0

Adar SD, Filigrana PA, Clements N, Peel JL. Ambient coarse particulate matter and human health:  a systematic review and meta-analysis. Current Environmental Health Reports. 2014; 3:258-274.

Clark ML, Reynolds SJ, Hendrikson E, Peel JL.  Asthma prevalence and risk factor assessment of an underserved and primarily Latino child population in Colorado. Journal of Environmental Health 2014; 76:8-16.

Clements N, Jana B. Milford JB , Miller SL, Navidi W, Peel JL, Hannigan MP.  Errors in coarse particulate matter mass concentrations and spatiotemporal characteristics when using subtraction estimation methods, Journal of the Air & Waste Management Association, 2013; 63:12, 1386-1398, DOI:10.1080/10962247.2013.816643

Whitesell M, Bachand A, Peel J, Brown M. "Familial, Social, and Individual Factors Contributing to Risk for Adolescent Substance Use." Journal of Addiction 2013, http://dx.doi.org/10.1155/2013/579310.

Clements N, Eav J, Xie M, Hannigan MP, Miller SP, Navid W, Peel JL, Schauer J, Shafer M, Milford JB. Concentrations and Source Insights for Trace Elements in Fine and Coarse Particulate Matter in Northeastern Colorado. In press, Atmospheric Environ, 2013.

Clark ML, Peel JL, Balakrishnan K, Balbus J, Breysse P, Chillrud S, Naeher L, Rodes C, Vette A. Household Air Pollution Related to Solid Fuel Use and Health: The Need for Improved Exposure Assessment. Environmental Health Perspectives, 2013 DOI:10.1289/ehp.1206429.

Kim S-Y, Vedal S, Peel JL, Hannigan MP, Dutton SJ, Sheppard L.  The impact of the frequency of particulate matter species monitoring on mortality and hospitalization effect estimates in time series studies. J Exposure Science Environ Epidemiol doi:10.1038/jes.2013.28. 2013.

Clark ML, Bachand AM, Heiderscheidt JM, Yoder SA, Luna B, Volckens J, Koehler KA, Conway S, Reynolds SJ, Peel JL. Impact of a cleaner-burning cookstove intervention on blood pressure in Nicaraguan women. Indoor Air 2013; 23: 105-114.

Xie, M, Piedrahita, R, Dutton, SJ, Milford, JB, Hemann, JG, Miller, SL, Peel, JL, Kim, SY, Vedal, S, Sheppard, L, Hannigan, MP. Positive matrix factorization of a 32-month series of daily PM2.5 speciation data with incorporation  of temperature stratification. *Atmospheric Environment*, 2013; 65: 11-20.

Xie, M, Coons, TL, Hemann, JG, Dutton, SJ, Milford, JB, Miller, SL, Peel, JL, Kim, SY, Vedal, S, Sheppard, L, Hannigan, MP. Intra-urban spatial variability and uncertainty assessment of PM2.5 sources based on carbonaceous species. *Atmospheric Environment*, 2012; 60:305-315.

Xie, M, Hannigan, MP, Dutton, SJ, Milford, JB, Hemann, JG, Miller, SL, Schauer, JJ, Peel, JL, Vedal, S. Positive matrix factorization of PM2.5 – comparison and implications of using different speciation data sets. *Environmental Science & Technology*, 2012; 46: 11962-11970.

Xie, M, Coons, TL, Dutton, SJ, Milford, JB, Miller, SL, Peel, JL, Vedal, S, Hannigan, MP. Intra-urban spatial variability of PM2.5-bound carbonaceous components. *Atmospheric Environment*, 2012; 60: 486-494.

Davidson EA, David MB, Galloway JN, Goodale CL, Haeuber R, Harrison J, Howarth RW, Jaynes DB, Lowrance RR, Nolan BT, Peel JL, Pinder RW, Porter E, Snyder CS, Townsend AR, Ward MH. Excess Nitrogen in the U.S. Environment: Trends, Risks, and Solutions, Issues in Ecology, 2012: Report Number 15.

Peel JL, Haueber R, Garcia V, Russell AG, Neas LM. Impact of nitrogen and climate change interactions on ambient air pollution and human health. Biogeochemistry, 2012 DOI 10.1007/s10533-012-9782-4

Kim S-Y, Vedal S, Peel JL, Hannigan MP, Dutton SJ, Sheppard L.  Lag structure of the associations between PM2.5 components and hospitalization in Denver. Environmental Health Perspectives, 2012: doi:10.1289/ehp.1104721.

Clements N, Piedrahita R, Ortega J, Peel JL, Hannigan M, Miller SL, Milford JB. Characterization and Nonparametric Regression of Rural and Urban Coarse Particulate Matter Mass Concentrations in Northeastern Colorado. Aerosol, Science, and Technology 46:108–123, 2012

*Peel JL, Tolbert PE., Klein M, Metzger KB, Flanders WD, Mulholland JA, Freed G. Ambient air pollution and cardiorespiratory events in high-risk infants on home monitors. Environmental Health Perspectives 2011; 119:1321–1327.
   * Selected by editors to be highlighted in EHP's Science Selections

Clark ML, Bazemore H, Reynolds SJ, Volckens J, Heiderscheidt J, Conway S, Peel JL. Baseline assessment of indoor air pollution and health status among Nicaragua women using indoor biomass stoves. International Journal of Occupational & Environmental Health, 2011; 17:113-121

*Smith KR, Peel JL. Mind the Gap. Environmental Health Perspectives 2010 doi: 10.1289/ehp.1002517.
   * Selected by editors to be highlighted in EHP's Science Selections

Heuscher, Z., Gilkey, D., Peel, J., Kennedy, C.  The Association of self-reported backpack use and backpack weight with low back pain among college students. Journal of Manipulative and Physiological Therapeutics 2010; 33:432-437.

Gilkey DP, Keefe TJ, Peel JL, Kassab, OM, Kennedy CA. Risk factors associated with back pain:  a cross-sectional study of 963 college students.J Manipulative Physiol Ther 2010; 33: 88-95.

Peel JL, Klein M, Flanders WD, Mulholland JA, Tolbert PE. 2010. Impact of Improved Air Quality During the 1996 Summer Olympic Games in Atlanta on Multiple Cardiovascular and Respiratory Outcomes. HEI Research Report 148. Health Effects Institute, Boston, MA.

Clark ML, Reynolds SJ, Burch JB, Conway S, Bachand AM, Peel JL.  Indoor air pollution, cookstove quality, and housing characteristics in two Honduran communities. Environmental Research 2010; 110:12-18.

Clark ML, Peel JL, Burch JB, Nelson TL, Robinson MM, Conway S, Bachand AM, Reynolds SJ.  Impact of improved cookstoves on indoor air pollution and adverse health effects among Honduran women. International Journal of Environmental Health Research, Advance Access, August 2009; DOI: 10.1080/09603120902842705.

Donovan, RM, Nelson TL, Peel JL, Lipsey TL, Voyles W, Israel RG. C-reactive protein and the metabolic syndrome are inversely associated with cardiorespiratory fitness in firefighters. Journal of Occupational Medicine, Advance Access, July 2009; doi:10.1093/occmed/kqp095.

Tolbert PE, Klein M, Peel JL, Sarnat, SE, Sarnat JA. Multipollutant modeling issues in a study of ambient air quality and emergency department visits in Atlanta. J Exp Sci Environ Epidemiol 2007;17:S29-S35.

Metzger KB, Klein M, Flanders WD, Peel JL, Mulholland. JA, Langberg JJ, Tolbert PE. Ambient air pollution and tachyarrhythmic events in patients with implantable cardioverter defibrillators. Epidemiology 2007;18(5):585-92.

Peel JL, Metzger KB, Klein M, Flanders WD, Mulholland JA, Tolbert PE.  Ambient air pollution and cardiovascular emergency department visits in potentially sensitive populations. American Journal of Epidemiology, 2007;165:625-633.

Wade KS, Mulholland JA, Marmur A, Russell AG, Hartsell B, Edgerton E, Klein M, Waller L, Peel JL, Tolbert PE. Effects of Instrument Precision and Spatial Variability on the Assessment of the Temporal Variation of Ambient Air Pollution in Atlanta, Georgia. J Air Waste Management Assoc. 2006;56:876-888.

Peel JL, Tolbert PE, Klein M, Metzger K, Flanders WD, Todd K, Mulholland J, Ryan PB, Frumkin H.   Ambient air pollution and respiratory emergency department visits. Epidemiology 2005;16: 164-174.

Metzger KB, Tolbert PE, Klein M, Peel JL, Flanders WD, Todd K, Mulholland JA, Ryan PB, Frumkin, H  Ambient air pollution and cardiovascular emergency department visits. Epidemiology 2004;15: 46-56.

Baker DW, Gazmararian JA, Williams MV, Scott T, Parker RM, Green D, Ren J, Peel J. Health literacy and use of outpatient physician services by Medicare managed care enrollees. J Gen Intern Med 2004;19:215-20.

Gazmararian JA, Williams MW, Baker DW, Peel J.  Health literacy and patient knowledge of chronic diseases. Patient Education and counseling. 2003;51: 267-75.

Baker DW, Gazmararian JA, Williams MV, Scott T, Parker RM, Green D, Ren J, Peel J. Functional health literacy and the risk of hospital admission among Medicare managed care enrollees.  American Journal of Public Health 2002;92: 1278-1283.

Waller EK, Rosenthal H, Jones TW, Peel J, Lonial S, Langston A, Redel I, Jurickova I, Boyer MW.  Larger numbers of CD4[bright] dendritic cells in donor bone marrow are associated with increased relapse after allogeneic bone marrow transplantation.  Blood 2001;97:2948-2956.

Tolbert PE, Klein M, Metzger KB, Peel J, Flanders WD, Todd K, Mulholland JA, Ryan PB, Frumkin H. Interim results of the Study of Particulates and Health in Atlanta (SOPHIA).  Journal of Exposure Analysis and Environmental Epidemiology 2000; 20:446-460.

### Other Publications

Health Effects Institute, 2010. Proceedings of an HEI Workshop on Further Research to Assess the Health Impacts of Actions Taken to Improve Air Quality. Communication 15. Health Effects Institute, Boston, MA (contributor)

Balakrishnan K, Clasen T, Mehta S, Peel J, Pillarisetti A, Pokhrel A, Samet J, Thompson L, Zhang J.  In Memoriam: Kirk Smith. Environ Health Perspectives 2020.


## V. SERVICE ACTIVITIES AND PROFESSIONAL AWARDS

### PROFESSIONAL  AWARDS:

| | |
|---|---|
| Delta Omega National Honorary Society in Public Health (Alpha Upsilon Chapter) | 5/2010 |
| Environmental Health Student Association Outstanding Professor Award | 5/2009 |
| Environmental Health Student Association Outstanding Internship Site Award | 5/2009 |
| Nominated, CSU, Popular Science Brilliant 10 | 6/2008 |

**SERVICE ACTIVITIES:**

***Department, College, and University Service:***

| | |
|---|---|
| CSU Provost Workload Task Force | 2022 – present |
| ERHS Workload Task Force co-chair | 2023 – 2024 |
| CSU Vice President for Research Search Committee member | 2023 |
| CSU Biomedical Research IRB Chair | 4/2024 – 10/2024 |
| CSU Biomedical Research IRB Associate Chair | 8/2021 – 4/2024 |
| CSU Academic Misconduct Review Committee | 3/2021 - present |
| CSU Biomedical Research IRB full member | 2/2021 – 8/2021 |
| Department Head Search Committee member<br>Department of Environmental and Radiological Health Sciences, Colorado State University | 8/2018 – 5/2019 |
| Faculty Search Committee Chair, Epidemiology<br>Department of Environmental and Radiological Health Sciences, Colorado State University | 7/2018 – 6/2019 |
| Faculty Search Committee Chair, Epidemiology (2 positions)<br>Department of Environmental and Radiological Health Sciences, Colorado State University | 5/2015 – 4/2018 |
| CSU IRB alternate member | 8/2015 – 1/2021 |
| CSU IRB Coordinator Search Committee | 5/2014 – 7/2014 |
| ERHS Promotion and Tenure Committee | 8/2013 – 6/2022 |
| CSU Conflict of Interest Committee | 8/2012 – present |
| College Research Council committee member<br>College of Veterinary Medicine and Biomedical Sciences, Colorado State University | 8/2011 – 8/2015 |
| Faculty Search Committee Chair, Epidemiology (2 positions)<br>Department of Environmental and Radiological Health Sciences, Colorado State University | 8/2011 – 8/2013 |
| Colorado School of Public Health admissions reviewer | 1/2011 – present |
| Epidemiology Section Head<br>Department of Environmental and Radiological Health Sciences, Colorado State University | 7/2010 – present |
| Invited speaker, The International Cookstove Program. Colorado State University<br>International Colloquium on Global Challenges for Sustainability. Fort Collins, CO | 9/2009 |
| Colorado School of Public Health Faculty Senate | 6/2009 – 8/2012 |
| Colorado School of Public Health CEPH Self Study Committee (Faculty Affairs) | 6/2009 – 5/2010 |

ACCESS Faculty Development Project                                              3/2009 – 5/2009
College of Veterinary Medicine and Biomedical Sciences, Colorado State University, Fort Collins, CO

Faculty Search Committee, Health Physicist                                     4/2009 – 3/2010
Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

Undergraduate Education Committee                                              8/2004 –12/2015,
8/2023 - present
Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

Graduate Education Committee                                                   1/2009 – 5/2012
Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

Celebrate Undergraduate Research Conference Judge                             04/2008 –4/ 2011
Colorado State University

Faculty Search Committee Chair, Cancer Epidemiologist                         9/2007 – 7/2008
Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

Faculty Search Committee Member, Department Head                              9/2007 – 7/2008
Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

Academic Programs Committee Representative                                     2/2005 – 12/2006
College of Veterinary Medicine and Biomedical Sciences, Colorado State University, Fort Collins, CO

Web Design Committee                                                          1/2005 – present
Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

Faculty Search Committee, Industrial Hygiene                                   1/2005 – 6/2005
Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

Women's Studies Project on Teaching, Curriculum and Scholarship               11/2005 – 5/2006
Colorado State University, Fort Collins, CO

Faculty Advisory Committee                                                     8/2004 – 5/2012
Food Science and Safety Interdisciplinary Studies Minor, Colorado State University, Fort Collins, CO

### *Local and State Service:*

Invited speaker, Air Quality and Health Symposium, Denver, Colorado          5/2019

Invited speaker, Natural Gas Symposium, Colorado School of Public Health, Denver    6/2014

Expert testimony, Health Effects of Carbon Monoxide, Colorado Ethanol        7/2009
Group for the Colorado Air Quality Control Commission Hearing on
Oxygenated Fuels

Invited speaker, City of Fort Collins "Air Quality Report the Community"      7/2007

State Health Department Lecture Series                                        5/2003

Epidemiology Branch, Division of Public Health, Georgia Department of Human Resources, Atlanta, GA

**National and International Service:**

| | |
|---|---|
| US EPA Clean Air Scientific Advisory Committee (CASAC), charted member | 2024 – present |
| US EPA Clean Air Scientific Advisory Committee (CASAC) Particulate Matter (PM) and Ozone Panels | 2023 - 2024 |
| Advisory Committee, Center for Healthy Workers and the Environment, University of Colorado | 2023 - present |
| Advisory Committee, NIH East Africa GEOHealth Hub | 2023 - present |
| Technical Advisory Group, Global Air Pollution and Health, World Health Organization (WHO) | 6/2021 – present |
| Deputy Editor, Environmental Health Perspectives | 2023 - present |
| Invited co-chair, Health Effects Institute Annual Meeting | 4/2022 |
| Invited co-chair, Health Effects Institute Annual Meeting | 4/2021 |
| Invited co-chair, Health Effects Institute Annual Meeting | 4/2020 |
| Invited speaker, Texas A&M University, College Station, TX | 9/2019 |
| Invited speaker, Emory University Rollins School of Public Health, Atlanta, GA | 9/2019 |
| Invited speaker, The Bloomberg School of Public Health, Johns Hopkins, Baltimore, MD | 8/2019 |
| Invited session chair and speaker, International Society for Environmental Epidemiology Utrecht, The Netherlands | 8/2019 |
| Invited co-chair, Health Effects Institute Annual Meeting, Arlington, VA | 4/2017 |
| Health Effects Institute Review Committee | 8/2016 – present |
| Session chair, Society for Epidemiologic Research Annual Meeting, Denver, CO | 6/2015 |
| Invited speaker, Health Effects Insitute Annual Meeting, Philadelphia, PA | 5/2015 |
| Invited speaker, University of British Columbia Institute for Heart+Lung Health Research FEST 2015 | 3/2015 |
| Invited speaker, British Columbia Lung Association | 3/2015 |
| Invited session chair, Health Effects Insitute Annual Meeting, San Francisco, CA | 4/2013 |
| Invited panelist, US Environmental Protection Agency PM Policy Workshop | 1/2013 |
| Invited keynote speaker, National Air Quality Conference, US EPA, Denver, CO | 5/2012 |
| Member, Scientific Planning Committee, International Society for Environmental Epidemiology Annual Meeting | 2012, 2013 |

National Institutes of Health Indoor Air Pollution Exposure and Biomarker          5/2011 – 8/2013
Working Group

| | |
|---|---|
| Reviewer, National Particle and Component Toxicity projects, Health Effects Institute | 5/2011 – 8/2013 |
| Steering Committee, NSF Research Coordination Network on Reactive Nitrogen in the Biosphere | 6/2010 – 2015 |
| Invited panelist, US Environmental Protection Agency Multipollutant Workshop | 2010 |
| Invited speaker, Health Effects Insitute Grant Review Meeting, Washington, DC | 1/2010 |
| Invited speaker, Health Effects Insitute Accountability Workshop. Boston, MA | 10/2009 |
| Invited speaker, The Health Effects of Ambient Air Pollution. Health and Community Impacts of Intermodal Railyards and Distribution Centers Community Meeting. Gardener, Kansas | 8/2009 |
| Invited speaker, British Columbia Environmental and Occupational Health Research Network Spring Workshop: Developing Research Opportunities Around the 2010 Games:  Focus on Public Health and Environmental Sustainability, Vancouver, British Columbia | 5/2009 |
| Invited speaker, Impact of Improved Air Quality During the 1996 Atlanta Olympic Games on Multiple Cardiorespiratory Outcomes. Health Effects Institute Annual Meeting, Portland, OR | 4/2009 |
| Associate Editor, *Environmental Health Perspectives* | 5/2009 – 2023 |
| Invited Speaker, 24th Annual Clean Air Conference Boulder, Colorado | 9/2008 |
| Editorial Board, *Environmental Health Perspectives* | 2/2008 – 5/2009 |
| Expert writer, US EPA CO Integrated Science Assessment | 6/2008 – 2013 |
| Expert writer, US EPA Ozone Integrated Science Assessment | 5/2009 – 2013 |
| Invited panel member, US EPA PM Health Effects Workshop, Durham, NC | 6/2008 |
| Invited panel member, US EPA $NO_x$ / $SO_x$ Health Effects Workshop, Durham, NC | 2/2007 |
| Invited panel member, US EPA CO Health Effects Workshop, Durham, NC, | 1/2008 |
| Invited reviewer, National Research Council report, *Estimating Ozone Mortality Risk Reduction Benefits of Air Pollution Regulations* | 1/2008 |
| Abstract Reviewer Society for Epidemiologic Research Annual Conference | 2/2007 – 2015 |

Mentoring Committee (Liaison to Communications Committee)                 $10/2006 - 8/2013$
American College of Epidemiology
Developed proposal for mentoring award; organized session for 2007 annual meeting

Journal reviewer
*Journal of the American Medical Association, The Lancet, Epidemiology, American Journal of Epidemiology, Environmental Health Perspectives, ES&T, Environment International, Indoor Air, Environmental Research, American Journal of Respiratory and Critical Care Medicine, Chest, Australian and New Zealand Journal of Public Health,  BMC Public Health, International Journal of Biometeorology, Atmosphere, Atmosphere and Environment, Science of the Total Environment, International Journal of Environmental Research in Public Health, PLOS One*

**Grant Review Service:**

| | |
|---|---|
| NIEHS Children's Environmental Health Translational Research Center review | 2021 |
| NIH Study Section Member, Infectious Disease, Respiratory, and Pregnancy (IRAP) | $2018 - 2022$ |
| External Reviewer, Pilot Projects, University of Southern California | 2019 |
| NIEHS ONES review panel | 2015-2019 |
| Health Effects Institute, Enhancing near-road exposure assessment through Characterization of non-tailpipe and tailpipe emissions near urban roads and in tunnels | 6/2014 |
| NIEHS Environmental Health Sciences Center Grant review committee (T32, P30), standing member | $2013 - 2017$ |
| US EPA Tribal Health STAR review committee | 2013 |
| US EPA STAR graduate fellowship review committee | 2013 |
| NIEHS P30/T32 reviewer, Ad Hoc | 2013, 2018, 2019, 2020 |
| NIH Study Section Ad Hoc Member, Infectious Disease, Respiratory, and Pregnancy (IRAP) | $2012 - 2018$ |
| External Reviewer, Internal Projects, NIEHS | 2012 |
| External Reviewer, Pilot Projects, Harvard School of Public Health | 2011, 2016 |
| National Institutes of Health (NIEHS) Children's Environmental Health Center Review Committee (P01 and P20 reviews) | 7/2009 |