UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-02417-SKC-KAS

ASSOCIATION OF HOME APPLIANCE
MANUFACTURERS,

       Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado
Department of Public Health & Environment (CDPHE),

JEFF LAWRENCE, Director of the Environmental Health
and Sustainability Division of the CDPHE, and

PHIL WEISER, Colorado Attorney General,

       Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO MOTION FOR PRELIMINARY INJUNCTION AND FOR ADDITIONAL PAGES**

Pursuant to D.C.COLO.LCivR 6.1, Plaintiff Association of Home Appliance Manufacturers ("AHAM"), by and through their undersigned counsel, hereby moves the Court for an extension of time to file its Reply to Motion for Preliminary Injunction and requests additional pages. In support thereof, AHAM states as follows:

1.      On August 11, 2025, the Court entered an order establishing a 30-page limit for AHAM's motion for preliminary injunction and Defendants' response

thereto and a 15-page limit for AHAM's reply in support of the motion for preliminary injunction. Dkt. 24.

2. On August 13, 2025, the Court granted the parties' Joint Motion to Set Briefing Schedule, which established October 21, 2025 as the deadline for AHAM to file its reply in support of the motion for preliminary injunction. Dkt. 26.

3. On August 19, 2025, AHAM filed a renewed Motion for a Preliminary Injunction with was supported by the expert declaration of Dr. Stacey Benson. Dkt. 27.

4. On September 24, 2025, Proposed Defendant-Intervenor Physicians for Social Responsibility Colorado ("PSRC") filed an Unopposed Motion to Intervene as a defendant in this action. Dkt. 36. The Court has not yet ruled on the Motion to Intervene.

5. On September 20, 2025, Defendants filed their opposition to the motion for preliminary injunction; Defendants did not submit expert testimony with its opposition. Dkt. 39.

6. On October 6, 2025, PSRC filed a Response to the Motion for Preliminary Injunction that was 15 pages in length and attached declarations from two expert witnesses, Dr. Michael Johnson and Dr. Jennifer Peel. Dkt. 41.

7. PSRC's brief introduces legal arguments, scientific studies, and expert opinions that were not introduced or addressed in Defendants' brief.

8.  In order to file a single Reply brief addressing all of the arguments raised in the response briefs filed by Defendants and PSRC, AHAM respectfully requests an extension of time of one week from October 21, 2025 to October 28, 2025 to file its reply brief and also requests five additional pages from 15 pages to 20 pages for that brief.

9.  These circumstances present good cause for the extension of time and additional pages, because the deadline and page limitations were set prior to PSRC filing its motion to intervene and responsive brief raising new arguments and introducing new scientific studies and expert testimony.

10. Pursuant to D.C.COLO.LCivR 6.1(b), this is AHAM's first request for extension of time.

11. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Motion will be served contemporaneously upon AHAM by their respective attorneys.

WHEREFORE, AHAM respectfully requests that this Court grant an extension of time for AHAM to file its reply in support of the Motion for Preliminary Injunction from October 21, 2025 to October 28, 2025 and grant AHAM leave to file a 20-page reply brief.

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for AHAM conferred with counsel for Defendants and Proposed Defendant-Intervenor Physicians for Social Responsibility Colorado and they do not object to this request.

## AI CERTIFICATION

AHAM certifies that no portion of this filing was drafted by artificial intelligence.

Dated:  October 9, 2025                    Respectfully submitted,


                                           *s/ Herman J. Hoying*
                                           Frederick R. Yarger
                                           Andrew M. Unthank
                                           Herman J. Hoying
                                           Wheeler Trigg O'Donnell LLP
                                           370 Seventeenth Street, Suite 4500
                                           Denver, CO 80202
                                           Telephone: 303.244.1800
                                           Facsimile:  303.244.1879
                                           Email: yarger@wtotrial.com
                                                  unthank@wtotrial.com
                                                  hoying@wtotrial.com

                                           Attorneys for Plaintiff,
                                           Association of Home Appliance
                                           Manufacturers

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on October 9, 2025, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO MOTION FOR PRELIMINARY INJUNCTION AND FOR ADDITIONAL PAGES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Kelly Mariotti (President & CEO)**
  kmariotti@aham.org

- **Peter G. Baumann**
  peter.baumann@coag.gov,carmen.vanpelt@coag.gov

- **Katherine M. Field**
  kate.field@coag.gov,sarah.peasley@denvergov.org,courtnee.lewis@denvergov.org,nicole.petosa@denvergov.org,bryson.silk@denvergov.org,camelia.close@denvergov.org,bonnie.marsh@denvergov.org

- **Herman J. Hoying**
  hoying@wtotrial.com,behunin@wtotrial.com

- **Michael Colin Landis**
  michael.landis@coag.gov,carmen.vanpelt@coag.gov,john.watson@coag.gov,barbara.dory@coag.gov,kacey.higgerson@coag.gov

- **Pawan Nelson**
  pawan.nelson@coag.gov,sarah.bomgardner@coag.gov,jennifer.reynard@coag.gov,pawan.nelson@gmail.com

- **Jeffrey C. Parsons**
  jeff@parsonslawoffice.com,parsonsje@hotmail.com,jeff@wmaplaw.org

- **Andrew Michael Unthank**
  unthank@wtotrial.com,cljones@wtotrial.com,sun@wtotrial.com

- **Frederick Richard Yarger**
  yarger@wtotrial.com,keitlen@wtotrial.com

*s/ Herman J. Hoying*