**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02417-SKC-KAS

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS,

     Plaintiff,

v.

PHIL WEISER, Colorado Attorney General, in his official capacity,

     Defendant,

v.

PHYSICIANS FOR SOCIAL RESPONSIBILITY COLORADO,

     Intervenor Defendant.

---

## NOTICE

Defendant Phil Weiser, Colorado Attorney General, in his official capacity, hereby provides Notice to the Court and to the parties that the website referenced in Paragraph 85 of Plaintiff's Complaint (Doc. No. 9) has been amended. The website is available at: https://cdphe.colorado.gov/health-impacts-of-gas-fueled-stoves.

Respectfully submitted this 23rd day of June, 2026.

PHILIP J. WEISER
Attorney General

*s/* Peter G. Baumann

**Peter G. Baumann***
Senior Assistant Attorney General
Public Officials Unit | State Services Section
**Katherine M. Field***
Senior Assistant Attorney General
Consumer Fraud Unit | Consumer Protection
 Section
**Pawan Nelson***
Senior Assistant Attorney General
Cross-Unit Litigation Team | Civil Litigation
 & Employment Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone:  720.508.6000
peter.baumann@coag.gov
kate.field@coag.gov
pawan.nelson@coag.gov

*Attorney for Defendant AG Weiser*
*Counsel of Record