IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02417-SKC-KAS

ASSOCIATION OF HOME APPLICATION MANUFACTURERS,

      Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado Department of Public
Health & Environment (CDPHE), in her official capacity,
JEFF LAWRENCE, Director of the Environmental Health and Sustainability Division of
the CDPHE, in his official capacity, and
PHIL WEISER, Colorado Attorney General, in his official capacity,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on a discovery dispute emailed to chambers on
July 10, 2026. After conferral with the parties,

      IT IS HEREBY **ORDERED** that a Discovery Hearing is **SET** for **August 5, 2026,
at 1:30 p.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.

      IT IS FURTHER **ORDERED** that the parties shall familiarize themselves with the
undersigned's Discovery Dispute Hearing Procedures, which are posted on the Court's
website at www.cod.uscourts.gov.

      Dated: July 14, 2026