**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02417-SKC-KAS

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS,

Plaintiff,

v.

PHIL WEISER, Colorado Attorney General, in his official capacity,

Defendant,

v.

PHYSICIANS FOR SOCIAL RESPONSIBILITY COLORADO,

Intervenor Defendant.

---

# JOINT MOTION FOR EXTENSION OF TIME TO DESIGNATE REBUTTAL EXPERTS

---

Defendant Philip J. Weiser, in his official capacity as Attorney General of the State of Colorado, Intervenor Defendant Physicians for Social Responsibility Colorado, and Plaintiff Association of Home Appliance Manufacturers respectfully request the Court to extend the deadline by which to designate rebuttal experts. In support of this joint motion, the parties state as follows.

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), the parties have conferred regarding the relief requested in this motion, and all parties join in the motion.

## MOTION

1. The current deadline for the parties to disclose rebuttal experts is November 20, 2026. *See* ECF No. 60.

2. The parties have been working diligently towards this deadline, but additional time is necessary to prepare disclosures to rebut unanticipated expert testimony. After conferring, the parties agree that this deadline should be extended to allow the parties additional time to prepare their rebuttal expert disclosures.

3. Therefore, the parties respectfully request that the deadline to designate rebuttal experts be extended up to and including December 18, 2026.

4. Good cause exists for the extension. This is the parties' second request to extend this deadline. No party objects to this extension. Furthermore, this extension will allow the parties adequate time to make disclosures, ensuring that issues are properly developed for and presented to the Court.

5. Counsel for the parties are contemporaneously serving a copy of this motion on their clients.

6. Accordingly, the parties respectfully request that the deadline to designate rebuttal experts be extended up to and including December 18, 2026.

Respectfully submitted this 18th day of November, 2026.

WHEELER TRIGG O'DONNELL LLP

*s/* Herman Hoying
Frederick R. Yarger
Andrew M. Unthank
Herman J. Hoying
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: yarger@wtotrial.com
unthank@wtotrial.com
hoying@wtotrial.com

*Attorneys for Plaintiff Association of Home Appliance Manufacturers*

PHILIP J. WEISER
Attorney General

s/ Pawan Nelson
***Peter G. Baumann****
Senior Assistant Attorney General
Public Officials Unit | State Services Section
***Katherine M. Field****
Senior Assistant Attorney General
Consumer Fraud Unit | Consumer Protection Section
***Pawan Nelson****
Senior Assistant Attorney General
Cross-Unit Litigation Team | Civil Litigation & Employment Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone: 720.508.6000
peter.baumann@coag.gov
kate.field@coag.gov
pawan.nelson@coag.gov

*Attorney for Defendant AG Weiser*
*Counsel of Record

*s/* Jeffrey C. Parsons
Jeffrey C. Parsons
Parsons Law Office, LLC
2205 West 136th Avenue, Suire 106-311
Broomfield, CO 80023
Telephone: 720-203-2871
jeff@parsonslawoffice.com

*Attorney for Intervenor-Defendant*